## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MG FREESITES LTD | |
| *Plaintiff*, | |
| v. | C.A. No. 20-1012-CFC-JLH |
| SCORPCAST, LLC d/b/a HAULSTARS, | LEAD CONSOLIDATED CASE |
| *Defendant*. | JURY TRIAL DEMANDED |
| SCORPCAST, LLC dba HAULSTARS, | |
| *Plaintiff*, | |
| v. | C.A. No. 21-0887-CFC |
| MG FREESITES, LTD, | |
| *Defendant*. | |

### <u>VOLUME 2 OF 2 – EXHIBITS F-Q</u>

OF COUNSEL:

Ralph A. Dengler
Frank M. Gasparo
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020
(212) 307-5500

Jonathan M. Sharret
Venable LLP
1290 Avenue of the Americas
New York, NY 10020
(212) 307-5500

Dated: January 24, 2022

Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
caras@rlf.com

*Attorneys for MG Freesites Ltd*

# EXHIBIT F

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

Upon information and belief MindGeek S.A.R.L controls and directs the actions of the MindGeek Group of entities (MG Freesites Ltd.; MG Premium Ltd; MG Billing Corp US; MG Billing Ltd.; 9219-1568 Quebeck, Inc.; MCGY Holdings; MG Global Entertainment; MG Global Entertainment Europe (collectively referred to as "Defendants")) to make, use, sell, offer the sell, and import the Accused Instrumentalities. Upon information and belief, based on publicly available information MG Freesites Ltd and/or MG Premium Ltd make, maintain, and operate the Accused Instrumentalities ("Defendants' System").

The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Pornhub Network of sites.  The Pornhub Network includes the following Hubsites: Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com).  To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '987 patent.

Defendants own and operate the Accused Instrumentalities that infringe, as set forth in the following manner.  The images used in this claim chart are images captured from Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com).  Through publicly available information, similar images are also uploaded through the Accused Instrumentalities to other Pornhub Network Hubsites.

<u>Claim 1</u>

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[pre]** A video system, comprising: | Defendants' System is configured to associate images with videos uploaded through Pornhub, as shown below.  Pornhub is used as an example. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[a]:** a network interface; | Defendants' System provides a network interface that is configured to communicate over a network with Defendants' video data stores. Defendants own and operate Pornhub, which is an example of one video data store maintained by the Defendants. In order for videos to be uploaded to Pornhub's video data store, users must connect to Pornhub's servers using a network interface and the internet. Additionally, Pornhub's servers have a network interface for connecting to the internet and users. |
| **1[b]:** at least one processing device; | Defendants' System provides at least one processing device in the form of servers, computers, and/or a combination of the two, including but not exclusive of Defendants' use of content delivery networks. |
| **1[c]:** non-transitory memory storing programmatic code that when executed by the at least one processing device, cause the video system to: | Defendants make, use, sell, offer to sell, and/or import programmatic code that is stored in non-transitory memory that when executed performs the operations set forth in the remaining elements of claim 1. The non-transitory memory containing the programmatic code may be found in one or more of Defendants' servers, computers, the combination thereof, and/or content delivery networks used by Defendants. These contentions will also be informed by the source code from Defendants' System. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[d]:** provide to a first user terminal of a first user a first user interface that enables the first user to upload a first video or provide a link to the first video; | Defendants System provides a user interface through or over the internet using a network interface to its users.  The user interface is provided to a first user device, such as a computer system.  This user interface allows users to associate with respect to a video an image and/or text that is not from the video with a user-specified position in the video, as shown below.  In another example shown below, the blue box below shows an image and/or text not from the given video associated with a user-specified position that can occur by use of the user-interface.<br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. |
| | Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube! |
| |  |
| | If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads. |
| | https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |
| | *See also* Defendant's produced source code files: changelog.md (image upload 30, 125) actor.php (upload image 137) xVideoUploadService.java (video upload 15) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[e]:** receive over a network using the network interface, from the first user terminal of the first user, an upload of a first video or a link thereto; | Defendants' System contains programmatic code that allows users to upload videos. Those videos are received over the internet via a network interface.<br><br>For example:<br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- . |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---------|----------------------------------|
|         | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[f]:** provide over the network, using the network interface, to the first user terminal a second user interface that enables the first user to:<br><br>provide at least one of an upload or a link to an image,<br>add text to be associated with the image,<br>add a link to be associated with the image; | Defendants' System is configured to provide over a network, using the network interface, to the first user terminal a second user interface that enables the first user to provide an upload and/or link to an image. The user may add text and a link to be associated with the image. For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | **2.7 Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br><br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **1[j]:** receive via the second user interface:<br><br>an upload of or a link to a first image; a first item of text; and | Defendants' System receives via the second user interface: an upload indication for or a link to a first image; a first item of text; and a first link, comprising a first destination Uniform Resource Locator (URL). |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| a first link, comprising a first destination Uniform Resource Locator ( URL ); | For example, Defendants' System receives an indication of a first image by allowing users to upload Action Tags including, for example, a line of text pertaining to the significant event indicated "Blowjob, Anal, Cumshot etc.".<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
|  | **2.7 Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected.You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br><br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128. <br><br> *See also* Defendant's produced source code files: <br> Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) <br> Playbacktimelabel.ts (timechanged 135, seeked 136) <br> Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[k]:** store the upload of or a link to the first image, the first item of text, and the first link; | Defendants' System ais configured to store the upload and/or link to the image, text, and link. For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---------|----------------------------------|
| | **2.7 Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br><br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **1[l]:** use a content player displayed on the first user terminal to display the first video in association with a scrubber bar; | Defendants' System is configured to use a content player displayed on the first user terminal to display the first video in association with a scrubber bar.  For example, content player "Video Manager" may be used to display the video in association with a scrubber bar.  For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>*See also* Defendant's produced source code files:<br>Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br>Controlbar.ts (seekbar 16)<br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[m]:** enable the first user to define, using the scrubber bar and a first control, when the first image is to be displayed as an overlay when the first video is played back; | Defendants' System is configured to allow the user to define when the first image is to be displayed using the scrubber bar using the scrubber bar and a first control. For example, a user may play the uploaded video and add an action tag when the action starts.<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br><br>*See also* Defendant's produced source code files:<br><br>Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br><br>Controlbar.ts (seekbar 16)<br><br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br><br>Kayhandlers.js |
| **1[n]:** receive from the first user a definition as to when the first image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the user a definition as to when the first image is to be displayed as an overlay when the video is played back.  For example, a user may play the uploaded video and add an action tag when the action starts. This is received by the Defendants' System, for example, to be uploaded to the Tub Sites.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
|  | <br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---------|----------------------------------|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. <br><br> Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube! <br><br>  <br><br> If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads. <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- <br><br> *See also* Defendant's produced source code files: <br> Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) <br> Controlbar.ts (seekbar 16) <br> Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) <br> Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | Kayhandlers.js |
| **1[o]:** store the definition as to when the first image is to be displayed when the first video is played back; | Defendants' System store the definition as to when the image is to be displayed when the video is played back.  For example, the definition as to when the first image is to be displayed is stored on Pornhub, as well as the other Hubsites in substantially the same way via the Pornhub Network. <br><br> **2.6 Action Tags** <br><br> Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. <br><br> Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br>  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | <br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---------|----------------------------------|
|  | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[p]:** receive via the second user interface:<br><br>an upload of or a link to a second image;<br>a second item of text; and<br>a second link, comprising a second destination Uniform Resource Locator ( URL ); | Defendants' System receives via the second user interface: an upload indication for or a link to a second image; a second item of text; and a second link, comprising a second destination Uniform Resource Locator (URL).<br><br>Defendants' System may receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL. Users may indicate Action Tags for a second image and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. For the first or second image/text, a respective link comprising a respective destination URL is received.  For example, the second image overlay (titled "Pussy Licking") is given the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. *See also* Defendant's produced source code files: Playbacktimelabel.ts (timechanged 135, seeked 136) Imageloader.ts (tracks loading state of images) Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[q]:** store the upload of or a link to the second image, the second item of text, and the second link; | Defendants' System stores an upload and/or link to the second image, second item of text, and second link.  For example:<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> For the first or second image/text, a respective link comprising a respective destination URL is stored.  For example, the second image overlay (titled "Pussy Licking") is given the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. <br><br> A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags <br><br> See also Defendant's produced source code files: <br> imageloader.ts (tracks loading state of images) <br> seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) <br> playbacklabel.ts |
| **1[r]:** enable the first user to define, using the scrubber bar and the first control, when the second image is to be displayed as an overlay when the first video is played back; | Defendants' System enables the first user to define, using the scrubber bar and the first control, when the second image is to be displayed as an overlay when the first video is played back.  For example, the user may define when the second image is to be displayed as an overlay when the video is played back in the Video Playback System.  The user may "repeat as needed." |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | <br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |
| **1[s]:** receive from the first user a definition as to when the second image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the user a definition as to when the second image is to be displayed as an overlay. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) |
| **1[t]:** store the definition as to when the second image is to be displayed when the first video is played back; | Defendants' System is configured to store the definition as to when the second image is to be displayed when the first video is played back.  For example, the definition as to when the second image is to be displayed is stored on Pornhub, as well as the other Hubsites in substantially the same way via the Pornhub Network. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags** <br><br> Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. <br><br> Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | <br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) |
| **1[u]:** provide a video player for display on a second user terminal of a second user; | Defendants' System provides a second video player for display on a second user terminal. For example, Defendants' System provides a video player on Pornhub to the terminal of a second user, as well as the other Hubsites in substantially the same way via the Pornhub Network. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |
| **1[v]:** enable the video player to play the first video, and display:<br><br>the first image as an overlay in accordance with the definition as to when the first image is to be displayed when the first video is played back;<br><br>the second image as an overlay in accordance with the definition as to | Defendants' System enables the video player to play the first image as an overlay in accordance with the definition as to when the first image is to be displayed when the first video is played back, and the second image as an overlay in accordance with the definition as to when the second image is to be displayed when the first video is played back.  For example, Defendants' System provides a video player on Pornhub to the terminal of a second user, as well as other Hubsites in substantially the same way via the Pornhub Network. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| when the second image is to be displayed when the first video is played back; |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br> If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br><br>*See also* Defendant's produced source code files:<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| **1[w]:** wherein in response to detecting that the second user has selected the first or the second image, a respective link, comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the second user terminal. | Defendants' System in response to detecting that the second user has selected the first or second image activates a respective link comprising a respective destination URL, and the respective network destination corresponding to the respective URL is accessed by the second user terminal. For example:  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 1 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> When the second user selects the first or second image/text, a respective link comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the second user terminal. For example, by selecting the first image overlay (titled "Blowjob") the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128. <br> And by selecting the second image overlay (titled "Pussy Licking"), the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 2 | Infringing Product/Structure/Act |
|---|---|
| **2:** The video system as defined in claim 1, wherein the video player is configured to provide a share control, wherein in response to detecting activation of the share control, a link to content of the first video is shared with a first recipient. | Defendants' System provides a share control that when activated shares a link to the content of the first video.  For example:<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5faf25357fa50. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 3 | Infringing Product/Structure/Act |
|---|---|
| **3:** The video system as defined in claim 1, wherein the video player is configured to provide a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored. | Defendants' System provides a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored.  For example:<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5faf25357fa50. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 4 | Infringing Product/Structure/Act |
|---|---|
| **4:** . The video system as defined in claim 1, further comprising wherein the video system is configured to provide a preview control which when activated, enables the first user to review the first video prior to posting the first video. | Defendants' System is configured to provide a preview control, which when activated enables the first user to review the first video prior to posting.  For example, "Video Manager" enables the first user to review the first video prior to posting.<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 4 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 5 | Infringing Product/Structure/Act |
|---|---|
| **5:** The video system as defined in claim 1, wherein the video system is configured to provide an interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the video system. | Defendants' System provides an interface that enables a user to drag and upload content to the interface and video system.  For example:<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 6 | Infringing Product/Structure/Act |
|---|---|
| **6:** The video system as defined in claim 1, wherein the video system is configured to provide an interface configured to enable a user to organize videos of the user by category. | Defendants' System provides an interface that is configured to enable a user to organize videos of the user by category. For example:<br><br>**HOW DOES IT WORK?**<br>Once you've successfully joined our Amateur Program, there are a few different ways to make money. Let's break them down:<br><br>1. Free-to-view Pornhub Videos<br><br>The most common and popular way to earn money on Pornhub. Upload your videos to be viewed for free on Pornhub, and you'll earn a (substantial) cut of the ad revenue generated by your videos. The rate you get paid depends on the performance of your video (views + ratings). For an example, the average RPM ($ per 1000 views) for 2017 was $0.69, compared to $0.62 in 2016. More details on uploading Pornhub videos right here.<br><br>2. For-sale Modelhub videos<br><br>Pornhub's sister site, Modelhub, is the world's fastest-growing adult marketplace, letting you sell your videos at any price you choose. You keep 65% of the sale price. Read more here. You can also choose to make your video viewable for free, earning ad revenue, but restrict downloads to paying customers (or just make them undownloadable altogether).<br><br>https://www.pornhub.com/blog/1262. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 7 | Infringing Product/Structure/Act |
|---|---|
| **7:** The video system as defined in claim 1, wherein the video system is configured to limit the size of uploaded videos to a first file size . | Defendants' System is configured to limit the size of uploaded videos. For example:<br><br>**Video Specs**<br><br>**Basic Video Specs**<br><br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br><br>• Minimum File Size: 11MB<br><br>• Maximum File Size: 10GB<br><br>• Optimal Frame Rate: 30-60 FPS<br><br>• Bitrate: Min 1500 kb/s Recommended 8000 kb/s<br><br>• Aspect Ratio: 16:9 Widescreen<br><br>• Video Resolution: Recommended 1920 x 1080<br><br>https://help.pornhub.com/hc/en-us/articles/230163668-Video-Specs.<br><br>*See also* Defendant's produced source code files:<br>Base.js (uploadsizelimit 205, fileistoolarge 219)<br><br>Customvideouploads.js (maxchunksize 31, minimumfilesize 53) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 9 | Infringing Product/Structure/Act |
|---|---|
| **9:** The video system as defined in claim 1, wherein the video system is configured to enable the video player to be embedded on a third party site and the first video to be played via the video player embedded on the third party site. | Defendants' System is configured to enable a video player to be embedded on a third-party site. For example:<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5faf25357fa50. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 11 | Infringing Product/Structure/Act |
|---|---|
| **11[pre]:** The video system as defined in claim 1, wherein the video system is configured to provide for display on the first user terminal:<br><br>a user interface that enables the first user to define a plurality of segments in the first video by selecting a starting frame from the first video for each segment, | Defendants' System is configured to provide for display on the first user terminal a user interface that enables the first user to define a plurality of segments in the first video by selecting a starting frame from the first video for each segment.  For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 11 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags. |
| **11[a]:** a user interface to the first user terminal enabling the first user to:<br><br>define a hot spot to be provided within a video player playback area, and | Defendants' System allows a user to define a hotspot to be provided in the video playback area. For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 11 | Infringing Product/Structure/Act |
|---|---|
| | *See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br><br>Imageloader.ts (tracks loading state of images)<br><br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **11[b]:** define a navigation operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed. | Defendants' System is configured to define a navigation operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed.  For example:<br><br><br><br>https://www.redtube.com/32900411.<br><br>*See also* Defendant's produced source code files:<br>Seekbarhandler.ts<br>Keyhandler.js (e.target.tag.Name 15)<br>CheckDsThumbnailSelectionStatus.php (releaseID 40) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 11 | Infringing Product/Structure/Act |
|---|---|
| | Uicontainer.ts (interaction events from mouse and touch are tracked 25, mouse enter 148, move 155)<br>Wrapper.js (hover 86, fixedplayer 21)<br>Index.js (hasPictureInPicture) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 12 | Infringing Product/Structure/Act |
|---|---|
| **12:** The video system as defined in claim 1, wherein the video system is configured to enable the first user to define a plurality of segments in the first video by selecting a starting frame from the first video for a given segment. | Defendants' System is configured to enable the first user to define a plurality of segments. For example, a user may define a plurality of segments by adding tags when the action starts and may repeat as needed.<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 12 | Infringing Product/Structure/Act |
|---|---|
|  |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags.<br><br>*See also* Defendant's produced source code files:<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>ThumbnailSelection.php (videoID 85)<br>ThumbnailSelectionController.php (ThumbnailSelectionService 57) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 14 | Infringing Product/Structure/Act |
|---|---|
| **14:** The video system as defined in claim 1, wherein the video system is configured to provide a user interface to the first user terminal enabling the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System is configured to enable the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 14 | Infringing Product/Structure/Act |
|---|---|
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 15 | Infringing Product/Structure/Act |
|---|---|
| **15:** The video system as defined in claim 1, wherein the video system is configured to provide a user interface to the first user terminal enabling the first user to define a hot spot to be provided within a video player playback area and define a navigation operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed. | Defendants' System is configured to enable the first user to provide within a video player playback area and define a navigation operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed.  For example:<br><br><br><br>https://www.redtube.com/32900411.<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br><br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>Label.ts (gets text for label 79)<br><br>FileFormat.php (gallery pictures 7, gallery thumbs 8)<br><br>GalleryFactory.php (Gallery Format::PICTURES 10) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 16 | Infringing Product/Structure/Act |
|---|---|
| **16:** The video system as defined in claim 1, wherein the first image is displayed adjacent to a video player scrubber during a corresponding segment when the first video is played back by the video player. | Defendants' System is configured to display the first image adjacent to the video player scrubber. For example:  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. <br><br> *See also* Defendant's produced source code files: <br> Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) <br><br> Controlbar.ts (seekbar 16) <br><br> Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 16 | Infringing Product/Structure/Act |
|---|---|
| | seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br><br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br><br>Kayhandlers.js |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 17 | Infringing Product/Structure/Act |
|---|---|
| **17:** The video system as defined in claim 1, wherein at least one of the first image or the second image comprises text. | Defendants' System is configured to display the first image with text.  For example:<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br><br>Timelinemarkershandler.ts (seekBarmarkersnapping 12) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 18 | Infringing Product/Structure/Act |
|---|---|
| **18:** The video system as defined in claim 1, wherein the video system is configured to provide a user interface to the first user terminal enabling the first user edit first video data. | Defendants' System is configured to enable the first user to edit the first video.  For example:<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br>During the upload process, you will be afforded the opportunity to further format the way your content will be presented to the users.<br><br>Well-formed titles, tags and categories will help increase views by allowing users to find your videos in search results. Rather than attempting to appeal to the broadest range of viewers, your goal should be to target the demographic that will be most interested in your niche(s).<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 19 | Infringing Product/Structure/Act |
|---|---|
| **19:**  The video system as defined in claim 1, wherein the video system is configurable to require users to complete a log-in process in order to view the first video provide a user interface to the first user terminal enabling the first user edit first video data. | Defendants' System is configured to require users to log-in in order to view the first video and provide a user interface to the first user terminal enabling the first user edit first video data.  For example: <br><br> **How do I upload videos?** <br><br> After logging into your account navigate to the top of the page. Click on the "upload" button located next to the search bar. <br><br>  <br><br> On the next page, you will be presented with the option of uploading either videos or photos. Click on "Upload Videos". <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| **20[pre]** A computer implemented method, comprising: | Defendants' System is configured to associate images with videos uploaded through the Hubsites, as shown below.  Pornhub is used as an example. |
| **20[a]:** providing, by a computer system comprising hardware, to a first user terminal of a first user a first user interface that enables the first user to upload a first video or provide a link to the first video; | Defendants' System provide by a computer system comprising hardware, to a first user terminal of a first user a first user interface that enables the first user to upload a first video or provide a link to the first video.  For example, via Defendants' Systems a user may upload a first video to be uploaded to the PNSs.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- . |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. |
| | Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube! |
| |  |
| | If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads. |
| | https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |
| | *See also* Defendant's produced source code files: <br> changelog.md (image upload 30, 125) <br> actor.php (upload image 137) <br> xVideoUploadService.java (video upload 15) |
| **20[b]:** providing by the computer system over the network to the first user terminal a second user interface that enables the first user to: | Defendants' System enables the first user to provide at least an upload or a link to an image, add text to be associated with the image, and add a link to be associated with the image.  For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| Provide at least one of an upload or a link to an image, add text to be associated with the image, add a link to be associated with the image; | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>**Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128. <br><br> A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags.<br><br>*See also* Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **20[f]:** receiving, at the computer system:<br><br>an upload of or a link to a first image;<br>a first item of text; and<br>a first link, comprising a first destination Uniform Resource Locator ( URL ); | Defendants' System is configured to receive at the computer system an upload of or a link to a first image, a first item of text, and a first link comprising a first URL.  For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>For the image/text, a respective link comprising a respective destination URL is received.  For example, the image overlay (titled "Pussy Licking") is given the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. |
| **20[g]:** storing the upload of or a link to the first image, the first item of text, and the first link; | Defendants' System stores the upload of or a link to the first image, the first item of text, and the first link.  For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>For the image/text, a respective link comprising a respective destination URL is received.  For example, the image overlay (titled "Pussy Licking") is given the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238.<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| **20[h]:** enabling a content player to display the first video in association with a scrubber bar on the first user terminal; | Defendants' System is configured to enable a content player to display the first video in association with a scrubber bar on the first user terminal.  For example, the content player may display a first video in association with a scrubber bar on the first user terminal.  For example; <br><br>  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. <br><br> *See also* Defendant's produced source code files: <br> Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) <br> Controlbar.ts (seekbar 16) <br> Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
|  | when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |
| **20[i]:** enabling the first user to define when the first image is to be displayed when the first video is played back; | Defendants' System is configured to enable the first user to define when the first image is to be displayed when the first video is played back.  For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
|  | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| **20[k]:** receiving at the computer system from the first user a definition as to when the first image is to be displayed when the first video is played back; | Defendants' System is configured to receive at the computer system from the first user a definition as to when the first image is to be displayed when the first video is played back.  For example, a user may add an action tag when the action starts.<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br>A user can define the start times for the Action Tags.<br><br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| **20[l]:** storing by the computer system the definition as to when the first image is to be displayed when the first video is played back; | Defendants' System stores the definition as to when the first image is to be displayed when the first video is played back.  For example:<br><br>2.6 Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **20[m]:** receiving via the second user interface:<br><br>an upload of or a link to a second image;<br>a second item of text; and<br>a second link, comprising a second destination Uniform Resource Locator ( URL ); | Defendants' System receives via the second user interface: an upload indication for or a link to a second image; a second item of text; and a second link, comprising a second destination Uniform Resource Locator (URL).<br><br>Defendants' System may receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL. Users may indicate Action Tags for a second image and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| storing by the computer system the upload of or a link to the second image, the second item of text, and the second link; | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | For the first or second image/text, a respective link comprising a respective destination URL is received.  For example, the second image overlay (titled "Pussy Licking") is given the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **20[n]:** enabling the first user to define when the second image is to be displayed when the first video is played back; | Defendants' System enables first user to define when the second image is to be displayed when the first video is played back.  For example, the user may add an action tag when the action starts and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. <br><br> ## Action Tags <br><br> Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. <br><br> Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br> https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. <br><br> A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags. <br><br> *See also* Defendant's produced source code files: <br> Playbacktimelabel.ts (timechanged 135, seeked 136) <br> Imageloader.ts (tracks loading state of images) <br> Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| **20[o]:** receiving at the computer system from the first user a definition as to when the second image is to be displayed when the first video is played back;<br><br>storing by the computer system the definition as to when the second image is to be displayed when the first video is played back; | Defendants' System receives and stores at the computer system from the first user a definition as to when the second image is to be displayed when the first video is played back.  For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> See also Defendant's produced source code files: <br> Playbacktimelabel.ts (timechanged 135, seeked 136) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
|  | Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **20[p]:** enabling a video player to be displayed on a second user terminal of a second user; | Defendants' System enables a video player to be displayed on a second user terminal of a second user.  For example, a second user terminal enables a video player to be displayed on the Hubsites.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>*See also* Defendant's produced source code files: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| | imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **20[q]:** enabling the video player to:<br><br>play the first video, and display:<br><br>the first image in accordance with the definition as to when the first image is to be displayed when the first video is played back;<br><br>the second image in accordance with the definition as to when the second image is to be displayed when the first video is played back;<br><br>wherein in response to detecting that the second user has selected the first or the second image, a respective link, comprising a respective destination URL i activated , and a | Defendants System is configured to enable a video player to play the first video, and display the first and second images in accordance with the defined timestamp when the first video is played back. For example, second users may play the first video on Defendants' System, where images appear as an overlay in accordance with the first user's defined Action Tag and timestamp:<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 20 | Infringing Product/Structure/Act |
|---|---|
| respective network destination corresponding to the respective destination URL is accessed by the second user terminal. | 

https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.

When the second user selects the first or second image/text, a respective link comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the second user terminal. For example, by selecting the first image overlay (titled "Blowjob") the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128.

And by selecting the second image overlay (titled "Pussy Licking"), the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 21 | Infringing Product/Structure/Act |
|---|---|
| **21[a]:** The method as defined in claim 20, the method further comprising:<br><br>providing for display on the first user terminal an interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the computer system; | Defendants' System provides an interface that enables a user to drag and upload content to the interface and video system.  For example:<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 21 | Infringing Product/Structure/Act |
|---|---|
| **21[b]:** providing for display on the first user terminal an interface configured to enable a user to organize videos of the user by category; | Defendants' System enables a user to organize videos by category. For example, a user may make videos free-to-view, or for-sale.<br><br>**HOW DOES IT WORK?**<br><br>Once you've successfully joined our Amateur Program, there are a few different ways to make money. Let's break them down:<br><br>1. Free-to-view Pornhub Videos<br><br>The most common and popular way to earn money on Pornhub. Upload your videos to be viewed for free on Pornhub, and you'll earn a (substantial) cut of the ad revenue generated by your videos. The rate you get paid depends on the performance of your video (views + ratings). For an example, the average RPM ($ per 1000 views) for 2017 was $0.69, compared to $0.62 in 2016. More details on uploading Pornhub videos right here.<br><br>2. For-sale Modelhub videos<br><br>Pornhub's sister site, Modelhub, is the world's fastest-growing adult marketplace, letting you sell your videos at any price you choose. You keep 65% of the sale price. Read more here. You can also choose to make your video viewable for free, earning ad revenue, but restrict downloads to paying customers (or just make them undownloadable altogether).<br><br>https://www.pornhub.com/blog/1262. |
| **21[c]:** limiting the size of uploaded videos to a first file size; | Defendants' System is configured to limit the size of uploaded videos.  For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 21 | Infringing Product/Structure/Act |
|---|---|
| | **Video Specs**<br><br>**Basic Video Specs**<br><br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br><br>• Minimum File Size: 11MB<br><br>• Maximum File Size: 10GB<br><br>• Optimal Frame Rate: 30-60 FPS<br><br>• Bitrate: Min 1500 kb/s Recommended 8000 kb/s<br><br>• Aspect Ratio: 16:9 Widescreen<br><br>• Video Resolution: Recommended 1920 x 1080<br><br>https://help.pornhub.com/hc/en-us/articles/230163668-Video-Specs.<br><br>*See also* Defendant's produced source code files:<br>Base.js (uploadsizelimit 205, fileistoolarge 219)<br>Customvideouploads.js (maxchunksize 31, minimumfilesize 53) |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 21 | Infringing Product/Structure/Act |
|---|---|
| **21[d]:** enabling the video player to be embedded on a third party site and the first video to be played via the video player embedded on the third party site. | Defendants' System enables a video player to be embedded on a third-party site.  For example, a user may Make a Gif that may be played via a video player embedded on a third party site.  https://www.pornhub.com/view_video.php?viewkey=ph5faf25357fa50. |
|  | https://twitter.com/welovepornhub?lang=en. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 22 | Infringing Product/Structure/Act |
|---|---|
| **22:** The method as defined in claim 20, the method further comprising enabling the video player to be embedded on a social networking site and the first video to be played via the video player embedded on the social networking site, wherein viewers are enabled to add comments related to the first video. | Defendants' System enables a video player to be embedded on a social networking site and the first video to be played via the video player embedded on the social networking site, wherein viewers are enabled to add comments related to the first video.  For example:<br><br><br><br>https://twitter.com/welovepornhub?lang=en. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 23 | Infringing Product/Structure/Act |
|---|---|
| **23:** The method as defined in claim 20, wherein enabling the first user to define when the first image is to be displayed when the first video is played back, further comprises enabling the first user to define, using a scrubber bar and a first control, when the first image is to be displayed when the first video is played back. | Defendants' System provides a user interface on the first user terminal that enables the first user to define, using a scrubber bar and a first control, when the first image is to be displayed when the first video is played back.  For example, a user may add an action tag when the action starts. |



**2.6 Action Tags**

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.

## Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 23 | Infringing Product/Structure/Act |
|---|---|
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. <br><br> A user can define the start times for the Action Tags. <br><br>  <br><br> https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 24 | Infringing Product/Structure/Act |
|---|---|
| **24:** The method as defined in claim 20, the method further comprising enabling providing a user interface to the second user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service. | Defendants' System enables a user interface to the second user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service. For example, a user may copy a URL to be shared.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5faf25357fa50. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 25 | Infringing Product/Structure/Act |
|---|---|
| **25:** . The method as defined in claim 20, the method further comprising providing a user interface to be displayed on the first user terminal that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System provides a user interface to be displayed on the first user terminal that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.  For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| **26[pre]** Non-transitory computer-readable media including computer-executable instructions that, when executed by computer system, cause the computer system to at least: | Defendants' System stores programmatic code in non-transitory memory that when executed performs the following limitations.  Pornhub is used as an example.<br><br>These contentions will also be informed by the source code from Defendants' System. |
| **26[a]** provide to a first user terminal of a first user a first user interface that enables the first user to upload a first video or provide a link to the first video; | Defendants' System receives videos over a first user terminal that enables users to upload videos. For example, Defendants' System allows users to access a first user terminal and upload a video file to Pornhub.com. Users may submit videos to the Pornhub Network, for example, to be uploaded to other Hubsites. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |
| **26[b]** receive, from the first user terminal of the first user, an upload of a first video or a link thereto; | Defendants' System receives from the first user terminal an upload from the first user of a first video. For example, Defendants' Systems receive videos over the first network device by an upload from the first user. These videos are uploaded and posted by Defendant on Pornhub and other Hubsites by, for example, the Pornhub Network. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!  If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads. https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. *See also* Defendant's produced source code files: changelog.md (image upload 30, 125) actor.php (upload image 137) xVideoUploadService.java (video upload 15) |
| **26[c]** provide to the first user terminal a second user interface that enables the first user to: provide at least one of an upload or a link to an image, add text to be associated with the image, | Defendants' System is configured to provide to the first user terminal a second user interface that enables the first user to provide at least one upload of an image or text, add text to be associated with the image, add a link to be associated with the image.  For example, a user to upload an image corresponding to Action Tag to be associated with the action indicated. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| add a link to be associated with the image; | **Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |
| **26[d]** receive:<br>an upload of or a link to a first image; a first item of text; and | Defendants System is configured to receive an upload of or a link to a first image, a first item of text, and a first link comprising a first destination URL.  For example, an indication of a first image by allowing users to upload Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| a first link, comprising a first destination Uniform Resource Locator (URL); | **Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | A user can define the start times for the Action Tags.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |
| **26[e]** enable a content player to display the first video in association with a scrubber bar on the first user terminal; | Defendants' System is configured to enable a content player to display the first video in association with a scrubber bar on the first user terminal.  For example, a content player that enables the first video to be played with a scrubber bar on the first user terminal. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | **2.6 Action Tags** <br><br> Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. <br><br> Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br>  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| |  |
| | https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |
| | *See also* Defendant's produced source code files: |
| | Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) |
| | Controlbar.ts (seekbar 16) |
| | Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) |
| | Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) |
| | Kayhandlers.js |
| **26[f]** enable the first user to define when the first image is to be displayed when the first video is played back; | Defendants' System allows the user to define when images are displayed. For example, a user may add action tags when the action starts. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags.<br><br>*See also* Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **26[g]** receive from the first user a definition as to when the first image is to be displayed when the first video is played back; | *See* 26[f]. |
| **26[h]** receive via the second user interface:<br>an upload of or a link to a second image;<br>a second item of text; and | Defendants' System is configured to receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL.  For example, users may indicate Action Tags for a second image and repeat as needed, including second items of images and text to indicate the significant events in the first video. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| a second link, comprising a second destination Uniform Resource Locator (URL); |  |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| | *See also* Defendant's produced source code files:<br><br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br><br>Imageloader.ts (tracks loading state of images)<br><br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **26[i]** enable the first user to define when the second image is to be displayed when the first video is played back; | Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
|  | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br>A user can define the start times for the Action Tags. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags. <br><br> *See also* Defendant's produced source code files: <br> ThumbnailSelection.php <br> ThumbnailSelectionController.php <br> DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53) <br> ThumbnailController.cs (generate video thumbnail 69) |
| **26[j]** receive from the first user a definition as to when the second image is to be displayed when the first video is played back; | *See* 27[i]. |
| **26[k]** enable a video player to be displayed on a second user terminal of a second user; | Defendants' System includes a video player that enables videos to be displayed on a second user's terminal. For example, Pornhub.com includes video players on a second user's terminal. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |
| **26[l]** enable the video player to: play the first video, and display:<br><br>the first image in accordance with the definition as to when the first image is to be displayed when the first video is played back;<br><br>the second image in accordance with the definition as to when the second image is to be displayed when the first video is played back;<br>wherein in response to detecting that the second user has selected the first or the second image, a respective link, comprising a respective | Defendants System is configured to enable a video player to play the first video, and display the first and second images in accordance with the defined timestamp when the first video is played back.  For example, second users may play the first video on Pornhub, where images appear as an overlay in accordance with the first user's defined Action Tag and timestamp: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
| destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the second user terminal. |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.  When the second user selects the first or second image/text, a respective link comprising a respective destination URL is activated, and a respective network destination corresponding to the |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 26 | Infringing Product/Structure/Act |
|---|---|
|  | respective destination URL is accessed by the second user terminal. For example, by selecting the first image overlay (titled "Blowjob") the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128.<br><br>And by selecting the second image overlay (titled "Cowgirl"), the second user accesses the respective designated URL https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=238. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 27 | Infringing Product/Structure/Act |
|---|---|
| **27[pre]:** The non-transitory computer-readable media as defined in claim 26, wherein the computer-executable instructions, when executed by computer system, cause the computer system to: | Defendants' System store programmatic code in non-transitory memory that when executed performs the following limitations. |
| **27[a]:** provide for display on the first user terminal an interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the computer system; | Defendants' System provides a user terminal interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the computer system.  For example, a user may upload content via the Pornhub Network, to be uploaded to the Hubsites. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 27 | Infringing Product/Structure/Act |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 27 | Infringing Product/Structure/Act |
|---|---|
|  | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br> If for any reason the Pornhub channel to which you are uploading does not have a matching counterpart on YouPorn and/or Redtube, please reach out to your account representative or write us at partners@pornhub.com to create the missing channels before starting multi-tube uploads.<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

## Exhibit F:

## Infringement Contentions for U.S. Patent No. 10,205,987

| Claim 27 | Infringing Product/Structure/Act |
|---|---|
| **27[b]:** provide for display on the first user terminal an interface configured to enable a user to organize videos of the user by category; and | Defendants' System enables a user to organize videos by category. For example, a user may make videos free-to-view, or for-sale.<br><br>**HOW DOES IT WORK?**<br>Once you've successfully joined our Amateur Program, there are a few different ways to make money. Let's break them down:<br><br>1. Free-to-view Pornhub Videos<br><br>The most common and popular way to earn money on Pornhub. Upload your videos to be viewed for free on Pornhub, and you'll earn a (substantial) cut of the ad revenue generated by your videos. The rate you get paid depends on the performance of your video (views + ratings). For an example, the average RPM ($ per 1000 views) for 2017 was $0.69, compared to $0.62 in 2016. More details on uploading Pornhub videos right here.<br><br>2. For-sale Modelhub videos<br><br>Pornhub's sister site, Modelhub, is the world's fastest-growing adult marketplace, letting you sell your videos at any price you choose. You keep 65% of the sale price. Read more here. You can also choose to make your video viewable for free, earning ad revenue, but restrict downloads to paying customers (or just make them undownloadable altogether).<br><br>https://www.pornhub.com/blog/1262. |
| **27[c]:** enable the video player to be embedded on a third party site and the first video to be played via the video player embedded on the third party site. | Defendants' System enables a video player "GIF" to be embedded and played on a third party site. For example: |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 27 | Infringing Product/Structure/Act |
|---|---|
|  |  |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 28 | Infringing Product/Structure/Act |
|---|---|
| **28:** The non-transitory computer-readable media as defined in claim 26, wherein the computer-executable instructions, when executed by the computer system, cause the computer system to enable the video player to be embedded on a social networking site and the first video to be played via the video player embedded on the social networking site, wherein viewers are enabled to add comments related to the first video. | Defendants' System enables a video player to be embedded on a social networking site and the first video to be played via the video player embedded on the social networking site, wherein viewers are enabled to add comments related to the first video.  For example:  https://twitter.com/welovepornhub?lang=en. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 30 | Infringing Product/Structure/Act |
|---|---|
| **30:** The non-transitory computer-readable media as defined in claim 26, wherein the computer-executable instructions, when executed by computer system, cause the computer system to provide a user interface to be displayed on the first user terminal that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System provides a user interface on the first user terminal that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. For example:<br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**Exhibit F:**

**Infringement Contentions for U.S. Patent No. 10,205,987**

| Claim 30 | Infringing Product/Structure/Act |
|---|---|
|  | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

# EXHIBIT G

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

Upon information and belief MindGeek S.A.R.L controls and directs the actions of the MindGeek Group of entities (MG Freesites Ltd.; MG Premium Ltd; MG Billing Corp US; MG Billing Ltd.; 9219-1568 Quebeck, Inc.; MCGY Holdings; MG Global Entertainment; MG Global Entertainment Europe (collectively referred to as "Defendants")) to make, use, sell, offer the sell, and import the Accused Instrumentalities.  Upon information and belief, based on publicly available information MG Freesites Ltd and/or MG Premium Ltd make, maintain, and operate the Accused Instrumentalities ("Defendants' System").

The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Pornhub Network of sites.  The Pornhub Network includes the following Hubsites: Pornhub (www.pornhub.com); PornhubPremium (www.pornhubpremium.com); Brazzers (www.brazzers.com); MOFOS (www.mofos.com); Babes.com (www.babes.com); Twistys.com (www.twistys.com); Men.com (www.men.com); RealityKings (www.realitykings.com); DigitalPlayground.com (www.digitalplayground.com); PornhubLive (www.PornhubLive.com); YouPorn (www.youporn.com); RedTube (www.redtube.com); Tube8 (www.tube8.com); Thumbzilla (www.thumbzilla.com); and XTube (www.xtube.com).  To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '288 patent.

**Claim 1**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| **1 [Preamble]**: A multi-channel video distribution system, comprising: | This preamble is not limiting.  To the extent the preamble may be limiting, Defendants' System consists of a multi-channel video distribution system.<br><br>For example, through the Model Program and Content Partner Program a media submitter may upload videos to the Hubsites.<br><br>CONTENT<br><br>As used in these Terms and Conditions, the word "Content" shall mean any photographs, images, videos, graphics, banner ads, music, sounds, communications, information, software, emails, or any other type of content whatsoever. You acknowledge and understand that our website permits access to Content that is protected by copyrights, trademarks, and other intellectual property rights ("Proprietary Rights"), which Proprietary Rights are valid and protected in all media and technologies existing now or later developed. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | *See*, *e.g.*, https://www.pornhublive.com/terms.html?langchoice=en.<br><br><br><br>*See*, *e.g.*, https://www.pornhub.com/live?track=6001. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  |  *See, e.g.,* https://www.pornhub.com/partners/models. |

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | *See, e.g.,* https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>Promoted_community_videos.html.twig (rating 37, votes 52) |
| **1[a]**: an interface to a media file data repository accessible by one or more computers over a network; | Defendants' System includes an interface to a media file data repository accessible by one or more computers over a network.<br><br>For example, media files can be accessed by computers, including, but not limited to, desktop computers, tablets, and mobile devices over networks, such as the internet.<br><br>For example, media submitters may upload media file data through the Model Program and Content Partner Program to the Hubsites.<br><br><br><br>*See, e.g.,* https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | Defendants' System includes one or more data repositories including but not limited to, Pornhub (www.pornhub.com), PornhubLive (www.PornhubLive.com), YouPorn (www.youporn.com), RedTube (www.redtube.com), Tube8 (www.tube8.com), Thumbzilla (www.thumbzilla.com), and XTube (www.xtube.com) and other sites such as Model Hub.<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **1[b]**: a system comprising one or more microprocessors, programmable digital signal processors, and an application specific integrated circuit, the system configured to: simultaneously record and stream, via the interface, to user devices at least a first video from a media submitter; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to simultaneously record and stream to user devices at least a first video from a media submitter via the interface.<br><br>For example, through at least the PornhubLive "live cam shows," Defendants' System can stream videos from a media submitter.  Defendants' System can also simultaneously record videos, in that defendant has the exclusive right to "use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute…".<br><br>As another example, Defendants' System allows for uploaded content to be exported to other Hubsites through the Model Program and Content Partner Program, as an example. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| |  https://www.pornhublive.com/cam/AlyssiaJade.<br><br>https://www.pornhublive.com/terms.html?langchoice=en. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  | <br>https://www.pornhub.com/partners/models. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |
| **1[c]**: receive, over a communication network via the interface, uploads of a plurality of media files comprising a plurality of media files associated with the media submitter, one or more of the media | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to receive, over a communication network via the interface, uploads of a plurality of media files comprising a plurality of media files associated with the media submitter, one or more of the media files comprising performance data.<br><br>For example, media file submitters can upload media files, such as videos and/or images, to Defendants' System including, for example, Pornhub and PornhubLive via the Model Program and Content Partner Program.  These uploads are examples of performance data.  The media files uploaded are associated with the media submitter. Through at least the Model Program and Content Partner Program, these media files may be associated with the media submitter on the Hubsites. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| files comprising performance data; |  |

<u>EXHIBIT G</u>

<u>**Infringement Contentions for U.S. Patent No. 10,354,288**</u>

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br><br>https://www.pornhub.com/partners/models.<br><br>## What is the Content Partner Program?<br><br>The **Content Partner Program** is designed for studios with a pay-site to expose their content to millions of visitors. Once partnered, you receive a personalized channel that includes free ad space both on your channel and on your videos. Through the use of video features on our homepage, your content is promoted to our users which will direct traffic back to your pay-site, with the intention of converting them into paying members. In turn, we would receive a share of this revenue through your affiliate program. There is no compensation based on views in this program.<br><br>If you are producing 1080p content, you may also want to sign up for our Viewshare program, as these two programs are compatible. This would allow you to promote your brand and pay-site through the Content Partner Program while also earning revenue on full length scenes in Viewshare.<br><br>https://help.pornhub.com/hc/en-us/articles/360048496113-What-is-the-Content-Partner-Program-. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>Promoted_community_videos.html.twig (rating 37, votes 52) |
| **1[d]**: store, in the media file data repository, the plurality of media files in association with an account associated with said media submitter; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to store, in the media file data repository, the plurality of media files in association with an account associated with a media submitter<br><br>For example, PornhubLive.com stores at least media files related to a media submitter's recorded streams, public profile, and profile picture.  Through at least the Model Partner Program and Content Partner Program, a plurality of media files associated with the media submitter may be stored on the Hubsites. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  |  https://www.pornhublive.com/cam/Beauty_Anne. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  *See, e.g.,* https://www.pornhubpremium.com/channels/bratty-sis. |

### EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br>*See, e.g.,* https://www.pornhub.com/pornstar/alina-lopez. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         |  *See, e.g.,* https://www.modelhub.com/little-caprice/videos?_ga=2.238773504.1841485604.1609179096-484930486.1609179096. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| |  *See, e.g.,* https://pornhublive.com/cam/AmiRides. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| |  *See*, *e.g.*, https://www.youporn.com/channel/770/penthouse/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  |  *See*, *e.g.*, https://www.youporn.com/pornstar/539/alexis-texas/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | <br>*See, e.g.*, https://www.redtube.com/pornstar/abella+danger. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  *See, e.g.,* https://www.redtube.com/channels/brazzers. |

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  |  *See*, *e.g.*, https://www.tube8.com/channel/6722/babes/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  *See, e.g.*, https://www.xtube.com/profile/mydirtyhobby-40143401. <br><br> *See also* Defendant's produced source code files: Promoted_community_videos.html.twig (rating 37, votes 52) |
| **1[e]**: via an online profile page of the media submitter: provide access to the plurality of media files to one or more user devices over the | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to provide access to the plurality of media files to one or more user devices over the communication network via an online profile page of the media submitter. <br><br> For example, through at least the Model Program and Content Partner Program a media submitter may upload media files to the Hubsites, accessible via an online profile page.  Defendants' Pornhub and PornhubLive sites, for example, have individual profile pages for media submitters available for users to access over the internet and include media files such as submitted videos, pictures, and text. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| communication network; | <br><br>*See, e.g.,* https://www.pornhubpremium.com/channels/bratty-sis. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  |  *See*, *e.g.*, https://www.pornhub.com/pornstar/alina-lopez. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | <br><br>*See, e.g.,* https://www.modelhub.com/little-caprice/videos?_ga=2.238773504.1841485604.1609179096-484930486.1609179096. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  |  *See, e.g.,* https://pornhublive.com/cam/AmiRides. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | <br><br>*See, e.g.,* https://www.youporn.com/channel/770/penthouse/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         |  *See*, *e.g.*, https://www.youporn.com/pornstar/539/alexis-texas/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | <br>*See, e.g.*, https://www.redtube.com/pornstar/abella+danger. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | <br>*See*, *e.g.*, https://www.redtube.com/channels/brazzers. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | <br>*See, e.g.,* https://www.tube8.com/channel/6722/babes/. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  *See, e.g.,* https://www.xtube.com/profile/mydirtyhobby-40143401. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         |  https://www.pornhub.com/partners/cpp <br><br> In another example, Defendants' users viewing a streamers profile page may view at least a media submitter's photos, profile information, and videos recorded and submitted via the internet.  The performance data may be presented to the online community in a variety of user communication mediums. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  https://www.pornhublive.com/cam/Beauty_Anne. <br><br> *See also* Defendant's produced source code files: Update_stars_videos.php |
| **1[f]**: enable users to communicate using a Voice over Internet Protocol communication mechanism; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable users to communicate using a Voice over Internet Protocol communication mechanism via an online profile page of the media submitter. <br><br> For example, media submitters to PornhubLive, may communicate via a webcam, providing voice and video streaming over internet protocol.  For example, PornhubLive allows users to communicate using a voice over internet protocol mechanism. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | You can also participate in voice-to-voice chat with performers who have chosen to offer this option via our confidential phone system (Note that not all performers have this option enabled). You must be in an exclusive chat session with the performer to use this service. Most performers who have voice-to-voice chat enabled will have an icon indicating that they offer this service on the homepage. You can also ask the performer if phone chat is an option and whether or not they are willing to enable the feature for you.<br><br>https://www.pornhublive.com/customer-service/faq.html?langchoice=en. |
| **1[g]**: provide a custom radio station comprising a streamable playlist; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to provide a custom radio station comprising a streamable playlist via an online profile page.<br><br>For example, PornhubLive allows media submitters to create their own playlist/content on their profile page that may be viewed from their personal page. For example, PornhubLive.com allows a user to post video playlists available for streaming. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| |  https://www.pornhublive.com/cam/CherryJennyX. <br><br> In another example, media submitters may create custom streamable playlists via the Model Partner Program and Content Partner Program that may be exported to other Hubsites. The streamable playlist is accessible via a number of methods including, for example, a search engine. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | <br><br>https://www.pornhub.com/partners/models.<br><br>*See also* Defendant's produced source code files:<br>Update_stars_videos.php |
| **1[h]**: provide a search engine configured to enable users to access the custom radio station; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to provide a search engine configured to enable users to access the custom radio station.<br><br>For example, PornhubLive.com allows users to search for a media submitter, or category of media submitter, and access their custom video playlist. Similarly, media submitter's custom content submitted via at least the Model Partner Program and Content Partner Program is searchable on the Hubsites. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         |  https://www.pornhublive.com/tag/joi. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  |  https://www.pornhublive.com/cam/CherryJennyX. |

<u>EXHIBIT G</u>

<u>**Infringement Contentions for U.S. Patent No. 10,354,288**</u>

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br>https://www.pornhub.com/partners/models. |
| **1[i]**: synchronize one or more of the plurality of media files of the media submitter with a remote system that provides at least one alternate system for distributing the one or more of the plurality of media files; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to synchronize one or more media files of the media submitter with a remote system that provides at least one alternate system for distributing the one or more media files.<br><br>For example, Defendants' System may synchronize media files of the first media system with remote systems (e.g. Pornhub servers) to provide alternate systems for distributing the media files.  For example, PornhubLive.com may record content, with the ability to "perform and display the Content (in whole or in part) worldwide and/or incorporate it in other works in any form."  PornhubLive media submitter's recorded streams may be placed on the Model Partner Program and Content Partner Program servers, for example, for alternate distribution to other Hubsites. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  |

In the event You submit or post any Content of any type to or on our website, You acknowledge and agree that You have the legal right to do so, and that any such Content is not being used by You in any way which violates any other entity's Proprietary Rights. By submitting or posting to or on our website any Content, You grant us and our affiliates the royalty-free, perpetual, irrevocable, non-exclusive right (including any moral rights) and license to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, communicate to the public, perform and display the Content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or later developed, for the full term of any rights that may exist in such Content. You also warrant that the holder of any Proprietary Rights (including moral rights) in any such Content has completely, validly, and irrevocably granted to You the right to grant the license stated in this paragraph. You also permit any Member and authorized user to access, display, view, store, and reproduce the Content for personal use. You agree that we may employ virus-checking technology to protect our website from viruses. You also acknowledge: (i) any and all Content on or related to our website is provided under license by us, our affiliates, You, or Independent Content Providers ("ICPs"); and (ii) at a minimum, we have copyright rights or other Proprietary Rights in all such Content.

https://www.pornhublive.com/terms.html?langchoice=en.

https://www.pornhub.com/video/search?search=pornhublive+private+show.

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br><br>https://www.pornhub.com/partners/models. |
| **1[j]**: track a number of instances of advertisements associated with offline distribution of the performance data of said media | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to track a number of instances of advertisements associated with offline distribution of the performance data of a media submitter's performance data.<br><br>For example, Defendants' System, through at least the Model Partner Program and Content Partner Program, tracks offline performance data and associated advertisements by tracking at least viewership and advertisement revenue made from videos.  Offline performance data may include, for example, viewership via cell phones. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| submitter's performance data; | **What percentage of Revshare or PPS rate do we accept?**<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-.<br><br>**How much money will I make?** —<br><br>In the Model Program, you are paid a percentage of the ad revenue made on your verified videos. The percentage of your payout is dependent on the performance of the ads around your video. Check your earnings tab often to track your earnings! Note: You must be logged in to access your earnings tab.<br><br>For an example, the average RPM (that's Revenue Per Mille, or per 1000 views) for 2018 was $0.64, 2017 was $0.69, 2016 was $0.62, and 2015 was $0.44.<br><br>On Modelhub, you keep 65% of your video sales, 80% of your tips and Fan Clubs.<br><br>https://www.pornhub.com/partners/models |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br><br>https://mobile.pornhub.com/.<br><br>In another example, Defendants' System have at least one server configured to tracks downloads of performance data for an artist.  For example, on Modelhub.com, downloads such as purchasing a video for sale is tracked by Defendants' System, and revenue generated is shared with the media submitter.  The performance download score is the number of purchases and downloads of the video. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **^ What is Modelhub and how does it work?** <br><br> Modelhub is a clip site designed for models from the ground up, powered by Pornhub. <br><br> That means you can now sell your content directly from your Pornhub account. <br><br> Since Modelhub is fully integrated, you will use the Pornhub account you already have. <br><br> To start making money on Modelhub, you have a couple of options: <br><br> 1. Upload new videos to Modelhub, available for purchase only (no free streaming) <br> 2. The content you have for sale on Modelhub can also appear on Pornhub Premium for a higher RPM than the usual Model Program rate <br> 3. Set a price to charge for downloads on any of your free-to-stream content that's currently on Pornhub <br> 4. Switch your Modelhub videos to free-to-stream at any time to start earning the regular Model Program rate <br> 5. Sell subscriptions to your content with Fan Clubs <br> 6. Take custom clip requests <br><br> We'll have lots of new stuff for you soon, including a merch store for selling physical goods. Stay tuned. <br><br><br> Keep 65% of your video sales (80% - 15% processing fee) <br><br> *See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360046712793-Modelhub-and-Selling-Videos-. |

<u>**EXHIBIT G**</u>

<u>**Infringement Contentions for U.S. Patent No. 10,354,288**</u>

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  |  *See*, *e.g.*, https://www.modelhub.com/video/ph5f18acc930a61. In another example, in the Model Program, artists are paid a percentage of the advertising revenue made on verified videos.  The percentage of advertising revenue paid to the artist is dependent on the performance of the advertisements around the video.  Defendant uses factors such as the number of clicks, the user country, and sales to determine the performance of a video and the ultimate percentage of advertising revenue paid to the artist.  Artists are ranked on both the Hubsites and ModelHub.  The ranking on ModelHub is calculated daily by an algorithm that takes the artist's performance and engagement on the site into account. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | **Earnings and Payments**<br><br>^   **How are the earnings calculated?**<br><br>With the launch of Modelhub, there are six ways that you can get revenue from video uploads:<br><br>**1) Free to Stream Pornhub\* Videos earn Ad Revenue**<br><br>• Content is available to stream on Pornhub\*<br>• We pay out a high percentage (80%+) of the ad revenue that your videos earn.<br>• Your earnings are based on the views of your video times the ad rate. The ad rate is calculated based on the performance of the ads around your video (clicks, user country, sales).<br>• For an example, the average RPM (rate per 1000 views) for 2019 was $0.60<br><br>\* Content can export to the network sites as well, if you have opted in for this in your Model Settings or during the sign up<br><br>**2) Free to Steam Pornhub\* Videos earning Ad Revenue AND have the option to Download**<br><br>• Content is available to stream on Pornhub\* and will earn ad revenue, as previously described<br>• You can set a Price to Download the video in your video manager<br>• Users can purchase the download on both Pornhub and Modelhub<br>• You will receive a % of the sales (see Modelhub Earnings below)<br><br>**3) Modelhub Videos for Sale**<br><br>• Content is available to stream or download only if the user purchased the video<br>• Users can purchase the video on Pornhub (under your paid videos) and Modelhub<br>• The privacy *For Sale* must be selected during the upload process<br>• You will receive a % of the sales (see Modelhub Earnings below) |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **4) Modelhub Videos for Sale AND on Pornhub Premium for a Viewshare RPM**<br><br>• Users can purchase the video on Pornhub (under your paid videos) and Modelhub<br><br>• Pornhub Premium members can stream the video, but if they wish to download the video, they must purchase it<br><br>• The privacy *For Sale* must be selected during the upload process + you have selected to have the video visible on Premium either during the upload or in your video manager<br><br>• You will receive a % of the sales (see Modelhub Earnings below) as well as a Viewshare** RPM for any views incurred on Pornhub Premium<br><br>**5) Fanclub**<br><br>• You can choose what to include in your Fan Club (videos, photos, text posts, messaging, discounts and more)<br><br>• The Fan Only Videos and Photos are only available if users are a member of your fan club<br><br>• To enable your fan club just head to your model settings > Modelhub > Fan Club > Enable fan club<br><br>• You can set your fan club monthly fee for anything between $0.99 and $99/month<br><br>• You keep 80% of all your fan club subscription revenue!<br><br>**6) Custom Videos**<br><br>• Your fans can order custom videos from you, directly on your profile<br><br>• Custom Video payout percentage matches your other Modelhub videos at 65%.<br><br>**\*\* Viewshare Rate**<br><br>• Viewshare pays out a monthly rate per thousand views on your content. The rate is based on the program's performance on that particular month on a whole. A percentage of the revenue of Premium is paid out to all the videos in Viewshare and each video gets a piece of the revenue based on the amount of views.<br><br>• Basically, the better Pornhub Premium does as a whole, the more money you make.<br><br>• For example, in 2019, the average Viewshare rate was $35.58 per 1000 views.<br><br>**Modelhub Earnings**<br><br>Keep 65% of your video sales (80% minus 15% processing fee)<br><br>Keep 80% of your tips (95% minus 15% processing fee)<br>We fully cover charge backs so there are no surprise fees or changes.<br><br>*See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360046090414-Earnings-and-Payments. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | *See also* Defendant's produced source code files:<br>Update_stars_videos.php (promoted videos 15) |
| **1[k]**: track a number of views of a plurality of online items of performance data associated with advertisements; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to track a number of views of a plurality of online items of performance data associated with advertisements.<br><br>For example, Defendants' System, through at least the Model Partner Program and Content Partner Program, tracks online performance data and associated advertisements by tracking viewership and advertisement revenue made from videos.<br><br>## What percentage of Revshare or PPS rate do we accept?<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  https://www.pornhub.com/partners/models. <br><br> For example, Modelhub delivers advertisement content with media files to an online community at Modelhub.com. <br><br> *See*, *e.g.*, https://www.modelhub.com/video/ph5f18acc930a61. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | In another example from Defendants' System, advertisement content is placed alongside the media file on Defendants' Hubsites in the form of clickable side advertisements, banners underneath the video, and links to the submitter's own websites.<br><br>For example, advertisements are delivered along with content items associated with artists through Defendants' System on its Hubsites.<br><br><br>*See*, *e.g.*, https://www.pornhub.com/view_video.php?viewkey=ph5f73a48216ea1. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|-----------------------------------|
| |  |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  *See, e.g.,* https://www.tube8.com/anal/filling-her-holes/71751001/.<br><br>*See, e.g.,* https://www.thumbzilla.com/video/ph5cd119bf1023c/ci008. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  |  *See, e.g.,* https://www.xtube.com/video-watch/horny-yanks-lesbians-sosha-belle-and-aurora-odaire-45703341. <br><br> In another example, advertising content is delivered with the media file on Pornhub Premium to an online community at Pornhubpremium.com. Advertising content includes a media submitter's other videos, other users' videos, and advertisement for a media submitter's personal website/stores. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  |
| | *See*, *e.g.*, https://www.pornhubpremium.com/view_video.php?viewkey=ph5a5ba74cab18d. |
| | **3. Pornhub Premium**<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views). |
| | *See*, *e.g.*, https://www.pornhub.com/blog/1262.<br><br>In another example, views of content uploaded to Defendants' System and viewable on Pornhub Premium directly translates to revenue for the uploaders of the content. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | ## What is the Viewshare program?<br><br>The **Viewshare** program, also known as **Pornhub Premium**, is designed to earn you revenue based on the number of views your content receives. In this program you will upload full-length, HD videos which are locked behind our paywall, and you are compensated every time a Premium user watches your video. While Premium is an ad-free environment, partners receive a prominent "Join" button on their channel and below their videos to drive traffic back to their pay-site.<br>*See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360047765034-What-is-the-Viewshare-program-.<br><br>In another example, the Defendants' System tracks views and ratings of videos in the Content Partner program.<br><br>When videos obtain high views and ratings, they will get a chance to be  showcased in the "Hot Porn Videos" section at the top of the Pornhub homepage. Additionally, your video will rank higher in search results and be featured on the Hottest and Most-Viewed pages.<br><br>*See, e.g.,* https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>In another example from Defendants' System, Content Partner program content feature rate on the homepage is affected by performance and rank. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | **How often are my videos Featured?**<br><br>The System features 3-4 videos on the homepage a month, from each channel. This means that uploading once a week per channel would be ideal.<br><br>The feature rate is affected by performance and rank, but will only affect the frequency slightly i.e. approximately +/- 1 video a month.<br><br>*See*, *e.g.*, https://help.pornhub.com/hc/en-us/articles/229817427-How-often-are-my-videos-Featured-.<br><br>In another example, Content Partner program members can also use Defendants' System to perform A-B testing with their advertisements to determine which of their ads are performing best.<br><br>**4.3 A-B Split Testing**<br>By using various layouts and periodically checking the click through rate (CTR) and sales, you can determine which styles are the most profitable for your content. This will give you a better idea of which ads are sending traffic to your site.<br>*See*, *e.g.*, https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>In another example, in the Model Program, artists are paid a percentage of the advertising revenue made on verified videos.  The percentage of advertising revenue paid to the artist is dependent on the performance of the advertisements around the video.  Defendant uses factors such as the number of clicks, the user country, and sales to determine the performance of a video and the ultimate percentage of advertising revenue paid to the artist. Artists are ranked on both the Hubsites and ModelHub.  The ranking on ModelHub is calculated daily by an algorithm that takes the artist's performance and engagement on the site into account. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | **Earnings and Payments**<br><br>^   **How are the earnings calculated?**<br><br>With the launch of Modelhub, there are six ways that you can get revenue from video uploads:<br><br>**1) Free to Stream Pornhub\* Videos earn Ad Revenue**<br><br>• Content is available to stream on Pornhub\*<br>• We pay out a high percentage (80%+) of the ad revenue that your videos earn.<br>• Your earnings are based on the views of your video times the ad rate. The ad rate is calculated based on the performance of the ads around your video (clicks, user country, sales).<br>• For an example, the average RPM (rate per 1000 views) for 2019 was $0.60<br><br>\* Content can export to the network sites as well, if you have opted in for this in your Model Settings or during the sign up<br><br>**2) Free to Steam Pornhub\* Videos earning Ad Revenue AND have the option to Download**<br><br>• Content is available to stream on Pornhub\* and will earn ad revenue, as previously described<br>• You can set a Price to Download the video in your video manager<br>• Users can purchase the download on both Pornhub and Modelhub<br>• You will receive a % of the sales (see Modelhub Earnings below)<br><br>**3) Modelhub Videos for Sale**<br><br>• Content is available to stream or download only if the user purchased the video<br>• Users can purchase the video on Pornhub (under your paid videos) and Modelhub<br>• The privacy *For Sale* must be selected during the upload process<br>• You will receive a % of the sales (see Modelhub Earnings below) |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | **4) Modelhub Videos for Sale AND on Pornhub Premium for a Viewshare RPM** <br><br> • Users can purchase the video on Pornhub (under your paid videos) and Modelhub <br><br> • Pornhub Premium members can stream the video, but if they wish to download the video, they must purchase it <br><br> • The privacy *For Sale* must be selected during the upload process + you have selected to have the video visible on Premium either during the upload or in your video manager <br><br> • You will receive a % of the sales (see Modelhub Earnings below) as well as a Viewshare** RPM for any views incurred on Pornhub Premium <br><br> **5) Fanclub** <br><br> • You can choose what to include in your Fan Club (videos, photos, text posts, messaging, discounts and more) <br><br> • The Fan Only Videos and Photos are only available if users are a member of your fan club <br><br> • To enable your fan club just head to your model settings > Modelhub > Fan Club > Enable fan club <br><br> • You can set your fan club monthly fee for anything between $0.99 and $99/month <br><br> • You keep 80% of all your fan club subscription revenue! <br><br> **6) Custom Videos** <br><br> • Your fans can order custom videos from you, directly on your profile <br><br> • Custom Video payout percentage matches your other Modelhub videos at 65%. <br><br> **\*\* Viewshare Rate** <br><br> • Viewshare pays out a monthly rate per thousand views on your content. The rate is based on the program's performance on that particular month on a whole. A percentage of the revenue of Premium is paid out to all the videos in Viewshare and each video gets a piece of the revenue based on the amount of views. <br><br> • Basically, the better Pornhub Premium does as a whole, the more money you make. <br><br> • For example, in 2019, the average Viewshare rate was $35.58 per 1000 views. <br><br> **Modelhub Earnings** <br><br> Keep 65% of your video sales (80% minus 15% processing fee) <br><br> Keep 80% of your tips (95% minus 15% processing fee) <br> We fully cover charge backs so there are no surprise fees or changes. <br><br> *See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360046090414-Earnings-and-Payments. |

EXHIBIT G

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | *See also* Defendant's produced source code files:<br>Update_stars_videos.php (promoted videos 15) |
| **1[I]**: dynamically generate an offer depending on availability of one or more services and whether the offer of a service has a different threshold value or condition, the dynamic generation of an offer comprising: | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to dynamically generate an offer depending on availability of one or more services and whether the offer of a service has a different threshold value or condition.<br><br>For example, Defendants' System offers media submitters and users, for example, the service of Pornhub Premium. As a threshold, top performers of contests are placed onto the front page of Pornhub Premium, where they can be viewed by users who have paid for the service of Pornhub Premium. The threshold of a performer being "featured on the frontpage of Pornhub Premium" is that they qualify to be in the "top 20" videos based on "performance metrics." Users of Pornhub.com are offered to buy into Pornhub Premium, where they will be able to view the said videos. Media submitters to the Model Program and Content Partner Program are offered the ability to submit videos to Pornhub Premium, for example. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| |  https://www.pornhubpremium.com/premium_signup?ats=eyJhIjoyNiwibiI6MywicyI6MiwiZSI6ODk4NSwicCI6NSwiY24iOiJOb3RfTWVtYmVyX0xvZ2luX0MwMDBfNDdfMV80MiJ9&join=47&load=1&pp=42. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | Our first Modelhub contest of 2019 has come to an end!<br><br>The theme for #SEXERCISE2019 was sexy self-improvement - be that mental, physical, or otherwise!<br><br>We broke a serious sweat going through all of your submissions and choosing three highly-deserving winners.<br><br>But choose, we did.<br><br>We've awarded three amazing grand prizes, and the top 20 videos have also been featured on the front page of Pornhub Premium, which means a chance at some serious Viewshare ad revenue.<br><br>And now, without further ado - our grand prize winners for **#SEXERCISE2019**!<br><br>3rd Prize - $1000<br><br>Third Prize goes to **80' aerobic FUCKING DREAM! Best POV SEX ever!** by Kathia Nobili!<br><br>https://www.pornhub.com/blog/7191 |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **Rules**<br><br>- Winners chosen by a panel of Modelhub judges, based on quality and creativity, as well as performance metrics like sales and previews<br><br>- Your video must be for sale on Modelhub, with Premium Viewshare enabled<br><br>- No free-to-view videos<br><br>- New uploads only (cannot re-use old videos)<br><br>- Multiple entries are allowed!<br><br>- Must contain the tag SEXERCISE2019<br><br>- Inaccurately titled, tagged and/or categorized videos are not eligible for the contest<br><br>https://www.modelhub.com/blog/7011.<br><br>In another example, Defendants' System presents a revenue participation offer to participants in the Model Program based on a threshold condition.<br><br>Once you've successfully joined our Amateur Program, there are a few different ways to make money. Let's break them down:<br><br>1. Free-to-view Pornhub Videos<br><br>The most common and popular way to earn money on Pornhub. Upload your videos to be viewed for free on Pornhub, and you'll earn a (substantial) cut of the ad revenue generated by your videos. The rate you get paid depends on the performance of your video (views + ratings). For an example, the average RPM ($ per 1000 views) for 2017 was $0.69, compared to $0.62 in 2016. More details on uploading Pornhub videos right here. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | *See*, *e.g.*, https://www.pornhub.com/blog/1262. <br><br>  <br><br> *See*, *e.g.*, https://www.pornhub.com/partners/models. <br><br> In another example, a media submitter may upload media files to Defendants' System Modelhub for sale.  Media submitters keep a percentage of the video sales revenue, as well as having the option of uploading the video to Pornhub Premium, where it will revenue share at a per-view rate. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **^ What is Modelhub and how does it work?**<br><br>Modelhub is a clip site designed for models from the ground up, powered by Pornhub.<br><br>That means you can now sell your content directly from your Pornhub account.<br><br>Since Modelhub is fully integrated, you will use the Pornhub account you already have.<br><br>To start making money on Modelhub, you have a couple of options:<br><br>1. Upload new videos to Modelhub, available for purchase only (no free streaming)<br>2. The content you have for sale on Modelhub can also appear on Pornhub Premium for a higher RPM than the usual Model Program rate<br>3. Set a price to charge for downloads on any of your free-to-stream content that's currently on Pornhub<br>4. Switch your Modelhub videos to free-to-stream at any time to start earning the regular Model Program rate<br>5. Sell subscriptions to your content with Fan Clubs<br>6. Take custom clip requests<br><br>We'll have lots of new stuff for you soon, including a merch store for selling physical goods. Stay tuned.<br><br>Keep 65% of your video sales (80% - 15% processing fee)<br><br>*See*, *e.g.*, https://help.pornhub.com/hc/en-us/articles/360046712793-Modelhub-and-Selling-Videos-.<br><br>In another example, Defendants' System allows media submitters in the Content Partner Program to upload media files to Pornhub Premium, where they participate in revenue sharing at a per-view rate. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | 3. Pornhub Premium<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views).<br><br>*See*, *e.g.*, https://www.pornhub.com/blog/1262.<br><br>In another example from Defendants' System, authors are paid a percentage of the advertising revenue made on verified videos in the Model Program.  The percentage of advertising revenue paid to the author is dependent on the performance of the advertisements around the video. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **Earnings and Payments** |

**^ How are the earnings calculated?**

With the launch of Modelhub, there are six ways that you can get revenue from video uploads:

**1) Free to Stream Pornhub* Videos earn Ad Revenue**

- Content is available to stream on Pornhub*
- We pay out a high percentage (80%+) of the ad revenue that your videos earn.
- Your earnings are based on the views of your video times the ad rate. The ad rate is calculated based on the performance of the ads around your video (clicks, user country, sales).
- For an example, the average RPM (rate per 1000 views) for 2019 was $0.60

* Content can export to the network sites as well, if you have opted in for this in your Model Settings or during the sign up

**2) Free to Steam Pornhub* Videos earning Ad Revenue AND have the option to Download**

- Content is available to stream on Pornhub* and will earn ad revenue, as previously described
- You can set a Price to Download the video in your video manager
- Users can purchase the download on both Pornhub and Modelhub
- You will receive a % of the sales (see Modelhub Earnings below)

**3) Modelhub Videos for Sale**

- Content is available to stream or download only if the user purchased the video
- Users can purchase the video on Pornhub (under your paid videos) and Modelhub
- The privacy *For Sale* must be selected during the upload process
- You will receive a % of the sales (see Modelhub Earnings below)

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | **4) Modelhub Videos for Sale AND on Pornhub Premium for a Viewshare RPM**<br><br>• Users can purchase the video on Pornhub (under your paid videos) and Modelhub<br><br>• Pornhub Premium members can stream the video, but if they wish to download the video, they must purchase it<br><br>• The privacy *For Sale* must be selected during the upload process + you have selected to have the video visible on Premium either during the upload or in your video manager<br><br>• You will receive a % of the sales (see Modelhub Earnings below) as well as a Viewshare** RPM for any views incurred on Pornhub Premium<br><br>**5) Fanclub**<br><br>• You can choose what to include in your Fan Club (videos, photos, text posts, messaging, discounts and more)<br><br>• The Fan Only Videos and Photos are only available if users are a member of your fan club<br><br>• To enable your fan club just head to your model settings > Modelhub > Fan Club > Enable fan club<br><br>• You can set your fan club monthly fee for anything between $0.99 and $99/month<br><br>• You keep 80% of all your fan club subscription revenue!<br><br>**6) Custom Videos**<br><br>• Your fans can order custom videos from you, directly on your profile<br><br>• Custom Video payout percentage matches your other Modelhub videos at 65%.<br><br>**\*\* Viewshare Rate**<br><br>• Viewshare pays out a monthly rate per thousand views on your content. The rate is based on the program's performance on that particular month on a whole. A percentage of the revenue of Premium is paid out to all the videos in Viewshare and each video gets a piece of the revenue based on the amount of views.<br><br>• Basically, the better Pornhub Premium does as a whole, the more money you make.<br><br>• For example, in 2019, the average Viewshare rate was $35.58 per 1000 views.<br><br>**Modelhub Earnings**<br><br>Keep 65% of your video sales (80% minus 15% processing fee)<br><br>Keep 80% of your tips (95% minus 15% processing fee)<br>We fully cover charge backs so there are no surprise fees or changes.<br><br>*See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360046090414-Earnings-and-Payments. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | In another example from Defendants' System, participants in the Content Partner program are paid based on revenue share and ad revenue. <br><br> **What is the Viewshare program?** <br><br> The **Viewshare** program, also known as **Pornhub Premium**, is designed to earn you revenue based on the number of views your content receives. In this program you will upload full-length, HD videos which are locked behind our paywall, and you are compensated every time a Premium user watches your video. While Premium is an ad-free environment, partners receive a prominent "Join" button on their channel and below their videos to drive traffic back to their pay-site. <br> *See, e.g.*, https://help.pornhub.com/hc/en-us/articles/360047765034-What-is-the-Viewshare-program-. <br><br> **What type of payment methods are accepted?** <br><br> In order to pay our partners out, we offer the following payment types: <br><br> <table><tr><th>Payment Type</th><th>Minimum Payout</th><th>Information Required</th></tr><tr><td>Paxum</td><td>$100</td><td>Paxum email address</td></tr><tr><td>Wire</td><td>$500</td><td>Payee name<br>Bank name<br>Bank address<br>Account number (IBAN)<br>Swift code<br>Routing number</td></tr><tr><td>Check</td><td>$100</td><td>Payee name<br>Payee address</td></tr></table> <br> All payments are processed 2-3 weeks into the following month. <br> *See, e.g.*, https://help.pornhub.com/hc/en-us/articles/234692747-What-type-of-payment-methods-are-accepted-. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | ### What percentage of Revshare or PPS rate do we accept?<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>*See, e.g.*, https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-.<br><br>*See also* Defendant's produced source code files:<br>Update_stars_videos.php (promoted videos 15) |
| **1[m]**: determine if a first predetermined threshold is met based at least in part on an aggregate number of views of the plurality of items of performance data associated with advertisements and the number of instances of advertisements associated with the | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to determine if a first predetermined threshold is met based at least in part on an aggregate number of views of the plurality of items of performance data associated with advertisements and the number of instances of advertisements associated with the offline distribution of the media submitter's performance data.<br><br>For example, media submitters who submit into a contest must meet a threshold of at least views to meet the requirement for being featured on the front page of Pornhub Premium in Defendants' System. Viewership of the performance data is associated with advertisements, both online and offline. Offline distribution of the performance data includes, for example, any of the below media files being distributed via a cell phone and cellular data. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| offline distribution of the media submitter's performance data; | Our first Modelhub contest of 2019 has come to an end!<br><br>The theme for #SEXERCISE2019 was sexy self-improvement - be that mental, physical, or otherwise!<br><br>We broke a serious sweat going through all of your submissions and choosing three highly-deserving winners.<br><br>But choose, we did.<br><br>We've awarded three amazing grand prizes, and the top 20 videos have also been featured on the front page of Pornhub Premium, which means a chance at some serious Viewshare ad revenue.<br><br>And now, without further ado - our grand prize winners for **#SEXERCISE2019!**<br><br>3rd Prize - $1000<br><br>Third Prize goes to **80' aerobic FUCKING DREAM! Best POV SEX ever!** by Kathia Nobili!<br><br>https://www.pornhub.com/blog/7191 |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
| --- | --- |
| | **Rules**<br><br>- Winners chosen by a panel of Modelhub judges, based on quality and creativity, as well as performance metrics like sales and previews<br><br>- Your video must be for sale on Modelhub, with Premium Viewshare enabled<br><br>- No free-to-view videos<br><br>- New uploads only (cannot re-use old videos)<br><br>- Multiple entries are allowed!<br><br>- Must contain the tag SEXERCISE2019<br><br>- Inaccurately titled, tagged and/or categorized videos are not eligible for the contest<br><br>https://www.modelhub.com/blog/7011.<br><br>**How much money will I make?**  —<br><br>In the Model Program, you are paid a percentage of the ad revenue made on your verified videos. The percentage of your payout is dependent on the performance of the ads around your video. Check your earnings tab often to track your earnings! Note: You must be logged in to access your earnings tab.<br><br>For an example, the average RPM (that's Revenue Per Mille, or per 1000 views) for 2018 was $0.64, 2017 was $0.69, 2016 was $0.62, and 2015 was $0.44.<br><br>On Modelhub, you keep 65% of your video sales, 80% of your tips and Fan Clubs.<br><br>https://www.pornhub.com/partners/models. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | In another example, Defendants' System also includes another threshold value or condition in the revenue share rate of a Content Partner's affiliate program.<br><br>## What percentage of Revshare or PPS rate do we accept?<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-.<br><br>In another example, Defendants' System also promotes videos in the Content Partner program that meet certain thresholds.<br><br><br><br>*See*, *e.g.*, https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>*See also* Defendant's produced source code files: Update_stars_videos.php (promoted videos 15) |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| **1[n]**: determine the availability of at least one service; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to determine the availability of at least one service.<br><br>For example, Defendants offer at least Pornhub Premium for users to view. The service available is that users who pay for Pornhub Premium may access premium videos (including contest winners, featured on the first page).<br><br><br><br>https://www.pornhubpremium.com/premium_signup?ats=eyJhIjoyNiwibiI6MywicyI6MiwiZSI6ODk4NSwicCI6NSwiY24iOiJOb3RfTWVtYmVyX0xvZ2luX0MwMDBfNDdfMV80MiJ9&join=47&load=1&pp=42.<br><br>Alternatively, a media submitter who places in the top of a contest has the service available to them of being featured on the front page of Pornhub Premium, where they can be expected to earn more advertisement revenue. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | Our first Modelhub contest of 2019 has come to an end! <br><br> The theme for #SEXERCISE2019 was sexy self-improvement - be that mental, physical, or otherwise! <br><br> We broke a serious sweat going through all of your submissions and choosing three highly-deserving winners. <br><br> But choose, we did. <br><br> We've awarded three amazing grand prizes, and the top 20 videos have also been featured on the front page of Pornhub Premium, which means a chance at some serious Viewshare ad revenue. <br><br> And now, without further ado - our grand prize winners for **#SEXERCISE2019**! <br><br> 3rd Prize - $1000 <br><br> Third Prize goes to **80' aerobic FUCKING DREAM! Best POV SEX ever!** by Kathia Nobili! <br> https://www.pornhub.com/blog/7191. <br><br> September 2018 <br> August 2018 <br> July 2018 <br> June 2018 <br> May 2018 <br> April 2018 <br> March 2018 <br> February 2018 <br> January 2018 <br> December 2017 <br> November 2017 <br> October 2017 <br> September 2017 <br> August 2017 <br> July 2017 <br> June 2017 <br> May 2017 <br> April 2017 <br> March 2017 <br> February 2017 <br> January 2017 <br> December 2016 <br> November 2016 <br> October 2016 <br> September 2016 <br> August 2016 <br> July 2016 <br> June 2016 <br> May 2016 <br> April 2016 |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | **How much money will I make?**  —<br><br>In the Model Program, you are paid a percentage of the ad revenue made on your verified videos. The percentage of your payout is dependent on the performance of the ads around your video. Check your earnings tab often to track your earnings! Note: You must be logged in to access your earnings tab.<br><br>For an example, the average RPM (that's Revenue Per Mille, or per 1000 views) for 2018 was $0.64, 2017 was $0.69, 2016 was $0.62, and 2015 was $0.44.<br><br>On Modelhub, you keep 65% of your video sales, 80% of your tips and Fan Clubs.<br><br>https://www.pornhub.com/partners/models.<br><br>3. Pornhub Premium<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views).<br><br>https://www.pornhub.com/blog/1262.<br><br>**What percentage of Revshare or PPS rate do we accept?**<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-. |

<u>EXHIBIT G</u>

<u>Infringement Contentions for U.S. Patent No. 10,354,288</u>

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | In another example from Defendants' System, Content Partner program participants are featured on the homepage 3-4 times a month. <br><br> **How often are my videos Featured?** <br><br> The System features 3-4 videos on the homepage a month, from each channel. This means that uploading once a week per channel would be ideal. <br><br> The feature rate is affected by performance and rank, but will only affect the frequency slightly i.e. approximately +/- 1 video a month. <br> *See*, *e.g.*, https://help.pornhub.com/hc/en-us/articles/229817427-How-often-are-my-videos-Featured-. <br><br> In another example, the Defendants' System also promotes videos in the Content Partner program. <br><br>  <br><br> *See*, *e.g.*, https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. <br><br> In another example, the artist can make additional money by utilizing additional services, such as selling videos on ModelHub, or by receiving tips in the Live Cam portion of the Hubsites. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  | In another example, Defendants' System provides artists' performance data to the public through websites including, but not limited to, Pornhub (www.pornhub.com), PornhubLive (www.PornhubLive.com), YouPorn (www.youporn.com), RedTube (www.redtube.com), Tube8 (www.tube8.com), Thumbzilla (www.thumbzilla.com), and XTube (www.xtube.com). |
| **1[o]**: based at least in part on the availability of at least one service and the first predetermined threshold being met, dynamically generate a first offer of online and offline services; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to dynamically generate a first offer of online and offline services based at least in part on the availability of at least one service and the first predetermined threshold being met.<br><br>For example, based on the availability of at least Pornhub Premium being offered to users, and the media submitter meeting a threshold to place in a contest and be featured on the front page of Pornhub Premium, a user is offered the ability to view a video on Pornhub Premium of a contest winner if they sign up for Pornhub Premium.<br><br> |

EXHIBIT G

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | https://www.pornhubpremium.com/premium_signup?ats=eyJhIjoyNiwibiI6MywicyI6MiwiZSI6ODk4NSwicCI6NSwiY24iOiJOb3RfTWVtYmVyX0xvZ2luX0MwMDBfNDdfMV80MiJ9&join=47&load=1&pp=42.<br><br>*[image: Pornhub Premium blog post about #SEXERCISE2019 contest with sidebar of monthly archive links September 2018 through April 2016]*<br><br>https://www.pornhub.com/blog/7191.<br><br>In another example, media submitters to Defendants' System who are in the top submissions of a monthly or themed contest are offered either a cash prize, or the ability to be featured on Pornhub Premium where their revenue will vary dynamically based on viewshare advertisement revenue. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|         | Our first Modelhub contest of 2019 has come to an end!<br><br>The theme for #SEXERCISE2019 was sexy self-improvement - be that mental, physical, or otherwise!<br><br>We broke a serious sweat going through all of your submissions and choosing three highly-deserving winners.<br><br>But choose, we did.<br><br>We've awarded three amazing grand prizes, and the top 20 videos have also been featured on the front page of Pornhub Premium, which means a chance at some serious Viewshare ad revenue.<br><br>And now, without further ado - our grand prize winners for **#SEXERCISE2019**!<br><br>3rd Prize - $1000<br><br>Third Prize goes to **80' aerobic FUCKING DREAM! Best POV SEX ever!** by Kathia Nobili!<br><br>https://www.pornhub.com/blog/7191. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | **Rules**<br><br>- Winners chosen by a panel of Modelhub judges, based on quality and creativity, as well as performance metrics like sales and previews<br><br>- Your video must be for sale on Modelhub, with Premium Viewshare enabled<br><br>- No free-to-view videos<br><br>- New uploads only (cannot re-use old videos)<br><br>- Multiple entries are allowed!<br><br>- Must contain the tag SEXERCISE2019<br><br>- Inaccurately titled, tagged and/or categorized videos are not eligible for the contest<br><br>https://www.modelhub.com/blog/7011.<br><br>**3. Pornhub Premium**<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views).<br><br>https://www.pornhub.com/blog/1262. |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | ### What percentage of Revshare or PPS rate do we accept?<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-.<br><br>In another example in Defendants' System, Content Partner program participants are featured on the homepage 3-4 times a month, but "feature rate is affected by performance and rank."<br><br>### How often are my videos Featured?<br><br>The System features 3-4 videos on the homepage a month, from each channel. This means that uploading once a week per channel would be ideal.<br><br>The feature rate is affected by performance and rank, but will only affect the frequency slightly i.e. approximately +/- 1 video a month.<br>*See, e.g.*, https://help.pornhub.com/hc/en-us/articles/229817427-How-often-are-my-videos-Featured-.<br><br>In another example, Defendants' System also promotes videos in the Content Partner program that meet certain thresholds. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | <br><br>*See*, *e.g.*, https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |
| **1[p]**: enable a communication between the media submitter and one or more users; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable a communication between the media submitter and one or more users.<br><br>For example, Defendants' System allows for communication between media submitters and users.  For example, media submitters on PornhubLive and users communicate online via audio and text.<br><br><br>https://www.pornhublive.com/customer-service/faq.html?langchoice=en. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| **1[q]**: at least partly in response to acceptance of the first offer online and offline services, enable the provision of the online and offline services. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable the provision of online and offline services at least partly in response to acceptance of the first offer online and offline services.<br><br>For example, users of Defendants' System may accept the offer to membership into Pornhub Premium, where they will be able to see premium videos.<br><br><br><br>https://www.pornhubpremium.com/premium_signup?ats=eyJhIjoyNiwibiI6MywicyI6MiwiZSI6ODk4NSwicCI6NSwiY24iOiJOb3RfTWVtYmVyX0xvZ2luX0MwMDBfNDdfMV80MiJ9&join=47&load=1&pp=42.<br><br>In another example, Defendants' System enables the provision of hosting submitted media on Hubsites. *See, e.g.,* Pornhub (www.pornhub.com), PornhubLive (www.PornhubLive.com), YouPorn (www.youporn.com), RedTube (www.redtube.com), Tube8 (www.tube8.com), Thumbzilla (www.thumbzilla.com), and XTube (www.xtube.com). |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
|  | In another example, a media submitter may accept being featured on the front page of Pornhub Premium, where they may receive more ad revenue.<br><br><br>https://www.pornhub.com/blog/7191. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---------|----------------------------------|
| | 3. Pornhub Premium<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views).<br><br>https://www.pornhub.com/blog/1262.<br><br>**What percentage of Revshare or PPS rate do we accept?**<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-.<br><br>In another example from Defendants' System, Content Partner program participants are featured on the homepage 3-4 times a month, but "feature rate is affected by performance and rank."<br><br>**How often are my videos Featured?**<br><br>The System features 3-4 videos on the homepage a month, from each channel. This means that uploading once a week per channel would be ideal.<br><br>The feature rate is affected by performance and rank, but will only affect the frequency slightly i.e. approximately +/- 1 video a month.<br><br>*See, e.g.*, https://help.pornhub.com/hc/en-us/articles/229817427-How-often-are-my-videos-Featured-. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  | In another example, the Defendants' System also promotes videos in the Content Partner program that meet certain thresholds.<br><br><br><br>*See*, *e.g.*, https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>In another example, the artist can make additional money by utilizing additional services, such as selling videos on ModelHub, or by receiving tips in the Live Cam portion of the Hubsites. |

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

## Claim 2

| Claim 2 | Infringing Method/System/Product |
|---|---|
| **2:** The multi-channel video distribution system, as defined in claim 1, wherein the enablement of a communication between the media submitter and one or more users is provided via the offline profile page of the media submitter using voice of internet protocol (VoIP). | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable communication between the media submitter and one or more users via the offline profile page of the media submitter using voice of internet protocol (VoIP). For example, PornhubLive, enables communication between the media submitter and users via the profile of the media submitter using VoIP.  https://www.pornhublive.com/customer-service/faq.html?langchoice=en. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

**Claim 3**

| Claim 3 | Infringing Method/System/Product |
|---|---|
| **3:** The multi-channel video distribution system, as defined in claim 1, wherein the system is configured to enable performance data to be distributed via a plurality content sharing channels comprising podcasting and text messaging. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable performance data to be distributed via a plurality of content sharing channels comprising podcasting and text messaging<br><br>For example, Defendants' System allow performance data to be distributed via podcast.<br><br><br><br>*See, e.g.,* https://www.pornhub.com/video/search?search=podcast. |

### EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288



**The Pornhub Podcast with Asa Akira**

★★★★★ 2 ratings

**A society & culture podcast from:** The Pornhub Podcast with Asa Akira
**Creators:** Asa Akira (Host) (edit)
Website: http://www.stitcher.com/s?fid=168529
🅴 EXPLICIT

*See*, *e.g.*, https://podnews.net/podcast/1342490160.

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

In another example, Defendants' System presents media files **that can be shared via text message.**



*See*, *e.g.*, https://www.pornhub.com/view_video.php?viewkey=ph5fc65f50ac794

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**



**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

**Claim 4**

| Claim 4 | Infringing Method/System/Product |
|---|---|
| **4:** The multi-channel video distribution system, as defined in claim 1, wherein the system is configured to determine a service level based as least in part on differently weighted interactions related to the media submitter's performance data. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to determine a service level based as least in part on differently weighted interactions related to the media submitter's performance data<br><br>For example, the Model partner Program and Content Partner Program allow for differently weighted interactions with the media submitter's performance data.<br><br>**How much money will I make?**     —<br><br>In the Model Program, you are paid a percentage of the ad revenue made on your verified videos. The percentage of your payout is dependent on the performance of the ads around your video. Check your earnings tab often to track your earnings! Note: You must be logged in to access your earnings tab.<br><br>For an example, the average RPM (that's Revenue Per Mille, or per 1000 views) for 2018 was \$0.64, 2017 was \$0.69, 2016 was \$0.62, and 2015 was \$0.44.<br><br>On Modelhub, you keep 65% of your video sales, 80% of your tips and Fan Clubs.<br><br>https://www.pornhub.com/partners/models.<br><br>## What percentage of Revshare or PPS rate do we accept?<br><br>We accept the default rate provided by your affiliate program. This tends to be around 50% (PPS or revshare), but may vary from program to program.<br><br>As long as the payout percentage is fair, we can get moving and start promoting your brand!<br><br>https://help.pornhub.com/hc/en-us/articles/229817127-What-percentage-of-Revshare-or-PPS-rate-do-we-accept-. |

EXHIBIT G

**Infringement Contentions for U.S. Patent No. 10,354,288**

|  | 3. Pornhub Premium<br><br>When you upload a for-sale video, you can check off "VIEWABLE ON PREMIUM" to make your video available for Pornhub Premium customers as well. Pornhub Premium pays a per-view rate just like Pornhub does, but at a much higher rate (about $45/1000 views).<br><br>https://www.pornhub.com/blog/1262.<br><br>In another example from Defendants' System, media submitters have different service levels based on differently weighted interactions. |
|---|---|

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

## Earnings and Payments

### ^ How are the earnings calculated?

With the launch of Modelhub, there are six ways that you can get revenue from video uploads:

**1) Free to Stream Pornhub\* Videos earn Ad Revenue**

- Content is available to stream on Pornhub\*
- We pay out a high percentage (80%+) of the ad revenue that your videos earn.
- Your earnings are based on the views of your video times the ad rate. The ad rate is calculated based on the performance of the ads around your video (clicks, user country, sales).
- For an example, the average RPM (rate per 1000 views) for 2019 was $0.60

\* Content can export to the network sites as well, if you have opted in for this in your Model Settings or during the sign up

**2) Free to Steam Pornhub\* Videos earning Ad Revenue AND have the option to Download**

- Content is available to stream on Pornhub\* and will earn ad revenue, as previously described
- You can set a Price to Download the video in your video manager
- Users can purchase the download on both Pornhub and Modelhub
- You will receive a % of the sales (see Modelhub Earnings below)

**3) Modelhub Videos for Sale**

- Content is available to stream or download only if the user purchased the video
- Users can purchase the video on Pornhub (under your paid videos) and Modelhub
- The privacy *For Sale* must be selected during the upload process
- You will receive a % of the sales (see Modelhub Earnings below)

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

4) Modelhub Videos for Sale AND on Pornhub Premium for a Viewshare RPM

- Users can purchase the video on Pornhub (under your paid videos) and Modelhub

- Pornhub Premium members can stream the video, but if they wish to download the video, they must purchase it

- The privacy *For Sale* must be selected during the upload process + you have selected to have the video visible on Premium either during the upload or in your video manager

- You will receive a % of the sales (see Modelhub Earnings below) as well as a Viewshare** RPM for any views incurred on Pornhub Premium

5) Fanclub

- You can choose what to include in your Fan Club (videos, photos, text posts, messaging, discounts and more)

- The Fan Only Videos and Photos are only available if users are a member of your fan club

- To enable your fan club just head to your model settings > Modelhub > Fan Club > Enable fan club

- You can set your fan club monthly fee for anything between $0.99 and $99/month

- You keep 80% of all your fan club subscription revenue!

6) Custom Videos

- Your fans can order custom videos from you, directly on your profile

- Custom Video payout percentage matches your other Modelhub videos at 65%.

** Viewshare Rate

- Viewshare pays out a monthly rate per thousand views on your content. The rate is based on the program's performance on that particular month on a whole. A percentage of the revenue of Premium is paid out to all the videos in Viewshare and each video gets a piece of the revenue based on the amount of views.

- Basically, the better Pornhub Premium does as a whole, the more money you make.

- For example, in 2019, the average Viewshare rate was $35.58 per 1000 views.

Modelhub Earnings

Keep 65% of your video sales (80% minus 15% processing fee)

Keep 80% of your tips (95% minus 15% processing fee)
We fully cover charge backs so there are no surprise fees or changes.

*See, e.g.,* https://help.pornhub.com/hc/en-us/articles/360046090414-Earnings-and-Payments.

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

**Claim 5**

| Claim 5 | Infringing Method/System/Product |
|---|---|
| **5:** The multi-channel video distribution system, as defined in claim 1, wherein the first predetermined threshold relates to a ranking of submitted performance within a first category. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to use a predetermined threshold relating to a ranking of submitted performance within a first category.<br><br>For example, in the Defendants' System, the first predetermined threshold may relate to a ranking of the performance data.<br><br> |

## EXHIBIT G

### Infringement Contentions for U.S. Patent No. 10,354,288

| | |
|---|---|
| | https://www.pornhub.com/blog/7191. |

### Claim 6

| Claim 6 | Infringing Method/System/Product |
|---|---|
| **6:** The multi-channel video distribution system, as defined in claim 1, wherein the first predetermined threshold relates to a percentage of submitted positive feedback. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to use a predetermined threshold relating to a percentage of submitted positive feedback<br><br>For example, in Defendants' System, the first predetermined threshold may relate to a percentage of submitted positive feedback.  For example, the predetermined threshold may relate to voting.<br><br>The holidays are around the corner and what better way to get you perked up and ready for the festivities than with this month's Viewers' Choice Let It Snow theme?! Winter can be quite dreary for most of us, so take advantage of this season of hibernation and get creative with your video submission. And if you're in need of some inspiration or tunes to help you get into the holiday mood, we just launched a Christmas album! So feel free to use the songs as background music to compliment your video submission.<br><br>Don't forget, the winners are chosen by votes, so remind your fans to support you and help you win one of our top 3 prizes. The top 50 submissions will also get featured on our Pornhub homepage!<br><br>**Monthly Prizes**<br><br>1st Place  win $3,000<br><br>2nd Place wins $2,000<br><br>3rd Place win $1,000<br><br>Top 50 videos will get featured on Pornhub home page<br><br>Click here for more info on Viewers' Choice and how to participate. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

|  | https://www.pornhub.com/blog/11341. |
| --- | --- |

## EXHIBIT G

## Infringement Contentions for U.S. Patent No. 10,354,288

### Claim 7

| Claim 7 | Infringing Method/System/Product |
|---------|----------------------------------|
| **7:** The multi-channel video distribution system, as defined in claim 1, wherein the system is configured to monitor activations related to content, wherein at least one offer is provided to the media submitter based at least in part on the monitored activations. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to monitor activations related to content, wherein at least one offer is provided to the media submitter based at least in part on the monitored activations.<br><br>For example, Defendants' System monitors activations including, but not limited to: views of related content, downloads of related content, comments on related content, ratings of related content, use of jump sites on related content, shares of related content, purchases of related content, making GIFs of related content, duration of views of related content, clicks on advertisements related to content, and subscription to sites after clicking on advertisements related to content. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

**Claim 8**

| Claim 8 | Infringing Method/System/Product |
|---|---|
| **8:** The multi-channel video distribution system, as defined in claim 1, wherein the system is configured to enable distribution of performance data via cell phones. | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable distribution of performance data via cell phones. <br><br> For example, Defendants' System is configured to enable distribution of performance data via cell phone and cell phone app. <br><br>  <br> https://www.pornhub.com/devices. |

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**



*See, e.g.*, https://www.pornhub.com/apps/android.

# EXHIBIT H

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

Upon information and belief MindGeek S.A.R.L controls and directs the actions of the MindGeek Group of entities (MG Freesites Ltd.; MG Premium Ltd; MG Billing Corp US; MG Billing Ltd.; 9219-1568 Quebeck, Inc.; MCGY Holdings; MG Global Entertainment; MG Global Entertainment Europe (collectively referred to as "Defendants")) to make, use, sell, offer the sell, and import the Accused Instrumentalities.  Upon information and belief, based on publicly available information MG Freesites Ltd and/or MG Premium Ltd make, maintain, and operate the Accused Instrumentalities ("Defendants' System").

The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Pornhub Network of sites.  The Pornhub Network includes the following Hubsites: Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com).  To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '278 patent.

Defendants own and operate the Accused Instrumentalities that infringe, as set forth in the following manner.  The images used in this claim chart are images captured from Pornhub (www.pornhub.com).  Through publicly available information, similar images are also uploaded through the Accused Instrumentalities to other Pornhub Network Hubsites.

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[Pre]:** A system, comprising: | Defendants' System is configured to associate images with videos uploaded through Pornhub, as shown below.  Pornhub is used as an example. |
| **1[a]:** a network interface; | Defendants' System provides a network interface that is configured to communicate over a network with Defendants' video data stores.  Defendants own and operate Pornhub, which is an example of one video data store maintained by the Defendants.  In order for videos to be uploaded to Pornhub's video data store, users must connect to Pornhub's servers using a network interface and the internet.  Additionally, Pornhub's servers have a network interface for connecting to the internet and users. |

<u>EXHIBIT H</u>

<u>Infringement Contentions for U.S. Patent No. 10,506,278</u>

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[b]:** at least one processing device; | Defendants System provides at least one processing device in the form of servers, computers, and/or a combination of the two, including but not exclusive of Defendants' use of content delivery networks. |
| **1[c]:** non-transitory memory storing programmable code that when executed by the at least one processing device, cause the system to: | Defendants make, use, sell, offer to sell, and/or import programmatic code that is stored in non-transitory memory that when executed performs the operations set forth in the remaining elements of claim 1.  The non-transitory memory containing the programmatic code may be found in one or more of Defendants' servers, computers, the combination thereof, and/or content delivery networks used by Defendants.  These contentions will also be informed by the source code from Defendants' System. |
| **1[d]:** cause a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system; | Defendants' System causes a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system. Defendants' Systems receive videos over the first network interface by, for example, a video file being uploaded directly to the Hubsites.  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **1[e]:** provide over a network using the network interface an upload of a first video or a link thereto to a remote system identified by the first user via the first user interface; | Defendants System provides a user interface through or over the internet using a network interface to its users.  The user interface is provided to a first user device, such as a computer system.<br><br>For example, Defendants' Systems allow a user to upload via the user interface the first video to remote systems identified by the user. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. <br><br> Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube! <br><br>  <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. <br><br> *See also* Defendant's produced source code files: <br> changelog.md (image upload 30, 125) <br> actor.php (upload image 137) <br> xVideoUploadService.java (video upload 15) |
| **1[f]:** cause a second user interface to be displayed that enables the first user to: <br><br> provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image; | Defendants' System causes a second user interface to be displayed that enables the first user to: provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image. <br><br> Defendants' System includes a second user interface that enables an upload indication for a first image, text to be associated with the first image, and a link associated with the image. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br><br>https://www.redtube.com/34739501<br><br>*See also* Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **1[g]:** receive via the second user interface:<br><br>an upload indication for or a link to a first image;<br><br>a first item of text; and<br><br>a first link, comprising a first destination Uniform Resource Locator (URL); | Defendants' System receives via the second user interface: an upload indication for or a link to a first image; a first item of text; and a first link, comprising a first destination Uniform Resource Locator (URL).<br><br>For example, Defendants' System receives an indication of a first image by allowing users to upload Action Tags that are indicators, providing an image associated with the indicator. The indicator includes a line of text pertaining to the significant event indicated "Blowjob, Anal, Cumshot etc.". |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128.<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[h]:** provide, over the network using the network interface to the remote system, the upload of or the link to the first image, the first item of text, and the first link; | Defendants' System provides, over the network using the network interface to the remote system, the upload of or the link to the first image, the first item of text, and the first link.<br><br>Defendants' System provides, over Defendants' network using the network interface to remote systems, uploads of the first image, the first item of text, and the first link. For example, when a user uploads to Defendants' System's network interface a video with the first image, text, and link, Defendants' Systems provide over Defendants' network to remote systems such as posting to the Hubsites: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstars |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[i]:** display the first video via a content player in association with a scrubber bar; | Defendants' System displays the first video via a content player in association with a scrubber bar.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites display the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.redtube.com/34739501. <br><br> *See also* Defendant's produced source code files: |

<u>EXHIBIT H</u>

<u>Infringement Contentions for U.S. Patent No. 10,506,278</u>

| Claim | Infringing Product/System/Structure |
|---|---|
| | Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) Controlbar.ts (seekbar 16) Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) Kayhandlers.js |
| **1[j]:** receive from the first user, via the scrubber bar and a first control, a definition as to when the first image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the first user, via the scrubber bar and a first control, a definition as to when the first image is to be displayed as an overlay when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>## Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[k]:** receive from the first user a definition as to when the first image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the first user a definition as to when the first image is to be displayed as an overlay when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) |
| **1[l]:** provide, over the network using the network interface to the remote system, the definition as to when the first image is to be displayed when the first video is played back; | Defendants' System provides, over the network using the network interface to the remote system, the definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems the definition as to when the first image is to be displayed when the first video is played back. For example, Defendants' System's network interface provides to remote system Hubsites the definition of when the first image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.redtube.com/34739501 <br><br> *See also* Defendant's produced source code files: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) |
| **1[m]:** receive via the second user interface:<br><br>an upload indication for or a link to a second image;<br><br>a second item of text; and<br><br>a second link, comprising a second destination Uniform Resource Locator (URL); | Defendants' System receives via the second user interface: an upload indication for or a link to a second image; a second item of text; and a second link, comprising a second destination Uniform Resource Locator (URL).<br><br>Defendants' System may receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL. Users may indicate Action Tags for a second image and repeat as needed, including second items of text to indicate the significant events in the first video.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

### Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.

https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.

Action Tags include links that comprise a URL destination. For example, the destination URL for timestamp 03:23 in the above video (titled "Pussy Licking") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=203.

A user can define the start times for the Action Tags.

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[n]:** provide, over the network using the network interface to the remote system, the upload of or a link to the second image, the second item of text, and the second link; | Defendants' System contains programmatic code which provides, over the network using the network interface to the remote system, the upload of or a link to the second image, the second item of text, and the second link.<br><br>Defendants' System provides, over their network interface, to remote systems the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the Hubsites' servers the definition of when the second image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstars |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **1[o]:** receive from the user, via a scrubber bar and a first control, a definition as to when the second image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the user, via a scrubber bar and a first control, a definition as to when the second image is to be displayed as an overlay when the first video is played back.<br><br>Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags** |
| | Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. |
| | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |
| |  |
| | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |
| | A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br>Controlbar.ts (seekbar 16)<br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |

<u>**EXHIBIT H**</u>

<u>**Infringement Contentions for U.S. Patent No. 10,506,278**</u>

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[p]:** receive from the user a definition as to when the second image is to be displayed as an overlay when the first video is played back; | Defendants' System receives from the user a definition as to when the second image is to be displayed as an overlay when the first video is played back.<br><br>Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[q]:** provide, over the network using the network interface to the remote system, the definition as to when the second image is to be displayed when the first video is played back; | Defendants' System contains programmatic code that provides, over the network using the network interface to the remote system, the definition as to when the second image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' Systems' network interface provides to the Hubsites servers the definition of when the second image should be displayed when the first video is played back. |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | *See also* Defendant's produced source code files:<br>Playbacktimelabel.ts<br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>Timelinemarkershandler.ts (seekBarmarkersnapping 12) |
| **1[r]:** wherein the remote system is configured to:<br><br>enable a video player on a first terminal of a second user to play the first video, and display:<br><br>the first image as an overlay in accordance with the definition as to when the first image is to be displayed when the first video is played back;<br><br>the second image as an overlay in accordance with the definition as to when the second image is to be displayed when the first video is to be played back;<br><br>wherein in response to detecting that the second user has selected the first or the second image, a respective link, comprising a respective destination URL is activated, and a respective network destination corresponding to the respective | Defendants' System is configured to: enable a video player on a first terminal of a second user to play the first video, and display: the first image as an overlay in accordance with the definition as to when the first image is to be displayed when the first video is played back; the second image as an overlay in accordance with the definition as to when the second image is to be displayed when the first video is to be played back; wherein in response to detecting that the second user has selected the first or the second image, a respective link, comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the first user terminal.<br><br>For example, Defendants' System is configured to, enable a video on a terminal of a second user the first video, and display the first and second images in accordance with the defined timestamp when the first video is played back. A second user may play the first video on the Hubsites, where images appear as an overlay in accordance with the first user's defined Action Tag and timestamp.<br><br> |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| destination URL is accessed by the first user terminal. | https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424  |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | https://www.redtube.com/34739501. |
|  | When the second user selects the first or second image, a respective link comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the first user terminal. For example, by selecting the first image overlay (titled "Blowjob") the second user accesses the respective designated URL https://www.redtube.com/34739501?t=61. |
|  | And by selecting the second image overlay (titled "Cowgirl"), the second user accesses the respective designated URL https://www.redtube.com/34739501?t=370. |
|  | *See also* Defendant's produced source code files:<br>Seekbarhandler.ts<br>Keyhandler.js (e.target.tag.Name 15)<br>CheckDsThumbnailSelectionStatus.php (releaseID 40)<br>Uicontainer.ts (interaction events from mouse and touch are tracked 25, mouse enter 148, move 155)<br>Wrapper.js (hover 86, fixedplayer 21)<br>Index.js (hasPictureInPicture) |
| **2:** The system as defined in claim 1, wherein the video player is configured to provide a share control, wherein in response to detecting activation of the share control, a link to content of the first video is shared with a first recipient. | Defendants' System is configured to provide a share control, wherein in response to detecting activation of the share control, a link to content of the first video is shared with a first recipient.<br><br>For example, when a user selects the ". . ." they are presented with the option to share a video.<br><br> |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

When the "Share" function is selected, the user is provided with a link is provided.

https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7

The other Hubsites allow a user to share content in a similar manner.

https://www.xtube.com/video-watch/big-tit-blowjob-on-valentines-day-melody-radford-45215511

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.youporn.com/watch/15603974/bangbros-asante-stone-jams-his-bbc-into-mia-khalifas-tight-pussy/ <br><br> https://www.redtube.com/34861531 |
| **3:** The system as defined in claim 1, wherein the video player is configured to provide a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored. | Defendants' System provides a video player that is configured to provide a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored. <br><br> For example, Defendants' System's video players allows for "likes." <br><br> https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7 |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | |
| **4:** The system as defined in claim 1, further comprising wherein the system is configured to provide a preview control, which when activated, enables the first user to review the first video prior to posting the first video. | Defendants' System is configured to provide a preview control, which when activated, enables the first user to review the first video prior to posting the first video.<br><br>For example, users of the Hubsites can preview their videos prior to posting.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **5:** The system as defined in claim 1, wherein the system is configured to provide an upload interface configured to enable a user to drag content to the upload interface to initiate an upload of the content dragged to the upload interface to the remote system. | Defendants' System is configured to provide an upload interface configured to enable a user to drag content to the upload interface to initiate an upload of the content dragged to the upload interface to the remote system.<br><br>For examples, a user of Defendants' System can drag their video to the upload interface to upload the content.<br><br><br><br>**2.1 How to Upload a Video**<br><br>After logging into your account navigate to the top of the page. Click on the "upload" button located next to the search bar.<br><br>On the next page, you will be presented with the option of uploading either videos or photos. Click on "Upload Videos".<br><br>In order to get an upload started, you can either drag and drop the video file into the window, or click on the "Select videos to upload" button to navigate your device and select your videos. Once your videos have started to upload, you will see the progress bar begin to fill up and you can get started on formatting your video. Pornhub also offers Multi-Tube Uploads. You can now expedite the process by uploading to our network of tubes through Pornhub alone! When opting in, your videos will automatically upload to YouPorn and Redtube, maximizing your exposure on our network with no extra effort.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |
| | https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **6:** The system as defined in claim 1, wherein the system is configured to provide an interface configured to display a user to organize videos of the user by category. | Defendants' System is configured to provide an interface configured to display a user to organize videos of the user by category.<br><br>For example, Defendants' System provides an interface to a allow a user to organize videos by category.<br><br>### 2.3 Video Categories<br><br>Select categories that are relevant and accurate. Select up to eight that best represent the most outstanding aspects of your clip. Although targeting your niche(s) is important, it is also a good practice to rotate categories. For example, if you always categorize your videos as 'Teen', 'Big Tits' and 'Hardcore', they will only appear on those pages. By regularly rotating with other relevant categories such as 'Blonde', you will be exposing your content to different users.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>### 5.3 Playlists<br><br>Playlists help you to organize and feature content by site, brand, pornstar or niche (such as big-tits or anal). Playlists are visible on your profile page and highly rated playlists will appear on the Pornhub front page.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115007986887-Video-Categories |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
| | <br>https://www.pornhub.com/categories |
| **7:** The system as defined in claim 1, wherein the system is configured to limit the size of uploaded videos to a first file size. | Defendants' System is configured to limit the size of uploaded videos to a first file size.<br><br>For example, a user of Defendants' System is limited to a maximum file size of 50 Gb. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Video Specification**<br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br>• Maximum File Size: 50GB<br>• Optimal Frame Rate: 30-60 FPS<br>• Bitrate: Min 1500 kb/s recommended 8000 kb/s<br>• Aspect Ratio: 16:9 widescreen<br>• Video Resolution:<br>    - Recommended 1080p<br>    - Optimum: 2160p<br><br>**Virtual Reality Video Specifications**<br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br>• VR Formats: 180° or 360° Video<br>• Maximum File Size: 50GB<br>• Optimal Frame Rate: 30-60 FPS<br>• Bitrate: Min 1500 kb/s recommended 12,000 kb/s<br>• Aspect Ratio: 16:9 widescreen<br>• Video Resolution:<br>    - Recommended: 1080p (Per Eye)<br>    - Optimum: 4k (4320p, 2160p Per Eye)<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |
| **12:** The system as defined in claim 1, wherein the system is configured to receive from the first user a definition of a plurality of segments in the first video via a selection of a starting frame from the first video for a given segment. | Defendants' System is configured to receive from the first user a definition of a plurality of segments in the first video via a selection of a starting frame from the first video for a given segment.<br><br>For example, Defendants' System allows for users to define a starting frames for a given segment of a video.<br><br>**Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>Label.ts (gets text for label 79)<br>FileFormat.php (gallery pictures 7, gallery thumbs 8)<br>GalleryFactory.php (Gallery Format::PICTURES 10) |
| **13:** The system as defined in claim 1, wherein the remote system is configured to provide a user interface to the first user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication | Defendants' System provides a remote system that is configured to provide a user interface to the first user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service, a microblogging service, and email.<br><br>For example, when a user selects the ". . ." on Pornhub they are presented with the option to share a video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| channels comprising a social network service, a microblogging service, and email. | <br><br>When the "Share" function is selected, the user is provided with a link is provided.<br><br>https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7<br><br>On RedTube, when a user selects "Share," they are presented with the option to email the video, share to social media, or copy video's URL. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | https://www.redtube.com/34861531<br><br>https://www.redtube.com/34861531 |
| **14:** The system as defined in claim 1, wherein the system is configured to provide a user interface enabling the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System is configured to provide a user interface enabling the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.<br><br>For example, a user may select thumbnails to be associated with given image. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Thumbnails**<br><br>• Select best image from 16 various points in the scene<br><br>• If no suitable thumbnail is available, hit the "Regenerate different thumbnails" button<br><br>• Tip: Choose a thumb that is in focus, colorful, bright, well framed and depicts a good sample of the action the user will find in the scene.<br><br>**2.7 Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br><br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br><br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>Deceptive or inaccurate use of custom thumbs may result in the option being removed from your account.<br><br>A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on. It helps when the thumbnails correspond to the title you have entered and visually represent the story of the scene. Make sure the thumb is clear, in focus, colorful, bright and well-framed. The goal is to make your video stand out on the homepage.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | **Video Thumbnails** <br><br> After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on. <br><br> Thumbnails should correspond to the title you have entered and visually represent the story of your video. Make sure the thumb is clear, in focus, colorful, bright and well-framed. You want it to stand out on the home page in order to get the user's attention. <br><br> *"Don't see an appropriate thumbnail to choose from? Hit the "Regenerate" button and a new set of thumbnails will be generated from your video.* <br><br>  <br><br> https://help.pornhub.com/hc/en-us/articles/115007986967-Video-Thumbnails |
| **16:** The system as defined in claim 1, wherein the system is configured to display the first image adjacent to a scrubber during a corresponding segment when the first video is played back. | Defendants' System is configured to display the first image adjacent to a scrubber during a corresponding segment when the first video is played back. |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7 |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | **2.6 Action Tags** |
|  | Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. |
|  | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |
|  |  |
|  | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |
|  | *See also* Defendant's produced source code files: |
|  | Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) |
|  | Controlbar.ts (seekbar 16) |
|  | Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) |
|  | Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) |
|  | Kayhandlers.js |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **17:** The system as defined in claim 1, wherein at least one of the first image or the second image comprises text. | Defendants' System has at least one of the first image or the second image comprises text.<br><br>For example, text appears on top of the image.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts<br>Uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>Timelinemarkershandler.ts (seekBarmarkersnapping 12) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **18:** The system as defined in claim 1, wherein the system is configured to provide a user interface to the remote system enabling the first user edit first video data. | Defendants' System is configured to provide a user interface to the remote system enabling the first user edit first video data.<br><br>For example, a user of Defendants' System is provided with a user interface where they can edit video data.<br><br>**1.2 Editing Videos**<br><br>Start by focusing on your niche(s). When you satisfy the particular needs of a user, they will begin to expect and even look forward to your new content. With quality, up-to-date clips, uploaded on a regular basis, Pornhub can easily become one of the top mediums driving traffic and sales to your website.<br><br>To maximize the effectiveness of clips, remember that certain video elements are expected by your audience:<br><br>● **Genitals should not be censored or blurred (If possible)**<br><br>● **The audio track must be good quality and in-sync with the video**<br><br>● **Video must be of acceptable visual quality. (Refer to section 1.6 for technical specs.)**<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>**How do I edit my video?**<br><br>To edit your videos, login to Pornhub: http://www.pornhub.com/login and go to the Video Manager: http://www.pornhub.com /video/manage. You can set the visibility of your videos to public or private from here as well as select a thumbnail image.<br><br>Unfortunately though, once the video has been uploaded, the title, tags and categories cannot be changed. You would have to remove it and re-upload it with the new information.<br><br>https://help.pornhub.com/hc/en-us/articles/360044326294-How-do-I-edit-my-video- |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[Pre]:** A computer implemented method, comprising: | Defendants' System is configured to associate images with videos uploaded through Pornhub, as shown below.  Pornhub is used as an example. |
| **19[a]:** causing, by a computer system comprising hardware, a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system; | Defendants' System causes, by a computer system comprising hardware, a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system. <br><br> Defendants' System receives videos over the first network interface by, for example, a user uploading a video file directly to the Hubsites. <br><br>  <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. <br><br> Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube! <br><br>  <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- <br><br> *See also* Defendant's produced source code files: <br> changelog.md (image upload 30, 125) <br> actor.php (upload image 137) <br> xVideoUploadService.java (video upload 15) |
| **19[b]:** providing, by the computer system over a network, an upload of a first video or a link thereto identified by the first user via the first user interface to the remote system; | Defendants' System provides, by the computer system over a network, an upload of a first video or a link thereto identified by the first user via the first user interface to the remote system. <br><br> For example, Defendants' System allows a user to upload via the interface the first video to remote systems identified by the user. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously. Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[c]:** causing, by the computer system, a second user interface to be displayed that enables the first user to:<br><br>provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image; | Defendants' System causes, by the computer system, a second user interface to be displayed that enables the first user to: provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image.<br><br>Defendants' System include a second user interface that enables an upload indication for a first image, text to be associated with the first image, and a link associated with the image. For example, Pornhub.com allows the user to upload an image Action Tag, with text and a link to be associated with the image to the action indicated.<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

59

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501<br><br>*See also* Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[d]:** receiving via the second user interface, at the computer system:<br><br>an upload indication for or a link to a first image;<br><br>a first item of text;<br><br>and a first link associated with a first destination; | Defendants' System receives via the second user interface, at the computer system: an upload indication for or a link to a first image; a first item of text; and a first link associated with a first destination.<br><br>For example, Defendants' System receives an indication of a first image by allowing users to upload Action Tags that are indicators, providing an image associated with the indicator. The indicator includes a line of text pertaining to the significant event indicated "Blowjob, Anal, Cumshot etc."<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128.<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[e]:** providing, by the computer system, to the remote system the upload of or a link to the first image, the first item of text, and the first link; | Defendants' System provides, by the computer system, to the remote system the upload of or a link to the first image, the first item of text, and the first link.<br><br>Defendants' System provides, over Defendants' Systems' network using the network interface to remote systems, uploads of the first image, the first item of text, and the first link. For example, when a user uploads to Defendants' System's network interface a video with the first image, text, and link, Defendants' System provides over Defendants' network to remote systems such as posting to the Hubsites: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstars |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **19[f]:** displaying, by the computer system, the first video via a content player in association with a scrubber control; | Defendants' System displays, by the computer system, the first video via a content player in association with a scrubber control.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites display the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501<br><br>See also Defendant's produced source code files: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br>Controlbar.ts (seekbar 16)<br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |
| **19[g]:** enabling, by the computer system, the first user to define when the first image is to be displayed when the first video is played back; | Defendants' System enables, by the computer system, the first user to define when the first image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **19[h]:** receiving, at the computer system, from the first user a definition as to when the first image is to be displayed when the first video is played back; | Defendants' System receives, at the computer system, from the first user a definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **19[i]:** providing, by the computer system over the network to the remote system, the definition as to when the first image is to be displayed when the first video is played back; | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the first image is to be displayed when the first video is played back. For example, Defendants' Systems' network interface provides to the Hubsites servers the definition of when the first image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  |

https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.

https://www.redtube.com/34739501

See also Defendant's produced source code files:

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
|       | Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[j]:** receiving via the second user interface:<br><br>an upload indication for or a link to a second image;<br><br>a second item of text; and<br><br>a second link associated with a second destination; | Defendants' System receives via the second user interface: an upload indication for or a link to a second image; a second item of text; and a second link associated with a second destination.<br><br>Defendants' System may receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL. Users may indicate Action Tags for a second image and repeat as needed, including second items of text to indicate the significant events in the first video.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424<br><br>Action Tags include links that comprise a URL destination. For example, the destination URL for timestamp 03:23 in the above video (titled "Pussy Licking") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=203. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br><br>Imageloader.ts (tracks loading state of images)<br><br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br><br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **19[k]:** providing, by the computer system over the network to the remote system, the upload of or a link to the second image, the second item of text, and the second link; | Defendants' System provides, by the computer system over the network to the remote system, the upload of or a link to the second image, the second item of text, and the second link.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' Systems' network interface provides to the Hubsites' servers the definition of when the second image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br>https://www.pornhub.com/pornstars |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| | https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **19[l]:** enabling the first user to define when the second image is to be displayed when the first video is played back; | Defendants' System enables the first user to define when the second image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | ## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **19[m]:** receiving at the computer system from the first user a definition as to when the second image is to be displayed when the first video is played back; | Defendants' System receives at the computer system from the first user a definition as to when the second image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

86

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **19[n]:** providing, by the computer system over the network to the remote system, the definition as to when the second image is to be displayed when the first video is played back. | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the second image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' Systems network interface provides to the Hubsites' servers the definition of when the second image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.redtube.com/34739501. <br><br> See also Defendant's produced source code files: imageloader.ts (tracks loading state of images) |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **23:** The method as defined in claim 19, the method further comprising enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service. | Defendants' System enables the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service.<br><br>For example, when a user selects the ". . ." they are presented with the option to share a video.<br><br><br><br> |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | When the "Share" function is selected, the user is provided with a link is provided.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7<br><br>On RedTube, when a user selects "Share," they are presented with the option to email the video, share to social media, or copy video's URL.<br><br>https://www.redtube.com/34861531<br><br>https://www.redtube.com/34861531 |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **24:** The method as defined in claim 19, the method further comprising displaying a user interface that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System displays a user interface that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.<br><br>For example, a user may select thumbnails to be associated with given image.<br><br>**Thumbnails**<br>• Select best image from 16 various points in the scene<br>• If no suitable thumbnail is available, hit the "Regenerate different thumb-nails" button<br>• Tip: Choose a thumb that is in focus, colorful, bright, well framed and depicts a good sample of the action the user will find in the scene.<br><br>**2.7 Video Thumbnails**<br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>Deceptive or inaccurate use of custom thumbs may result in the option being removed from your account.<br><br>A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on. It helps when the thumbnails correspond to the title you have entered and visually represent the story of the scene. Make sure the thumb is clear, in focus, colorful, bright and well-framed. The goal is to make your video stand out on the homepage.<br><br> |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115007986967-Video-Thumbnails |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **25[Pre]:** Non-transitory computer-readable media including computer-executable instructions that, when executed by computer system, cause the computer system to at least: | Defendants' Systems provide at least one non-transitory computer-readable media which includes computer-executable instructions.<br><br>These contentions will also be informed by the source code from Defendants' System. |
| **25[a]:** cause a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system; | Defendants' Systems cause a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system.<br><br>Defendants' Systems receive videos over the first network interface by, for example, a video file being uploaded directly to the Hubsites.<br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |

93

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>See also Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **25[b]:** provide an upload of a first video or a link thereto to the remote system; | Defendants' System provides an upload of a first video or a link thereto to the remote system.<br><br>For example, Defendants' System allows a user to upload via the user interface. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>See also Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **25[c]:** cause a second user interface to be displayed that enables the first user to:<br><br>provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image; | Defendants' System causes a second user interface to be displayed that enables the first user to: provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image.<br><br>Defendants' System includes a second user interface that enables an upload indication for a first image, text to be associated with the first image, and a link associated with the image. For example, Pornhub.com allows the user to upload an image Action Tag, with text and a link to be associated with the image to the action indicated. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
| | Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br>2.6 Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

96

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501<br><br>See also Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **25[d]:** receive via the second user interface:<br><br>an upload indication for or a link to a first image;<br><br>a first item of text;<br><br>and a first link associated with a first destination; | Defendants' System provides an upload indication for or a link to a first image; a first item of text; and a first link associated with a first destination; provide to the remote system the upload of or a link to the first image, the first item of text, and the first link.<br><br>For example, Defendants' System receives an indication of a first image by allowing users to upload Action Tags that are indicators, providing an image associated with the indicator. The indicator includes a line of text pertaining to the significant event indicated "Blowjob, Anal, Cumshot etc." |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.<br><br>## Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> Action Tags include links that comprise a URL destination. For example, the first destination URL for timestamp 02:08 in the above video (titled "Blowjob") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=128. <br><br> A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **25[e]:** provide to the remote system the upload of or a link to the first image, the first item of text, and the first link; | Defendants' System provides to the remote system the upload of or a link to the first image, the first item of text, and the first link.<br><br>Defendants' System provides, over Defendants' network using the network interface to remote systems, uploads of the first image, the first item of text, and the first link. For example, when a user uploads to Defendants' System's network interface a video with the first image, text, and link, Defendants' System provides over Defendants' network to remote systems such as posting to the Hubsites: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/pornstars |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **25[f]:** display the first video via a content player in association with a scrubber control; | Defendants' System displays the first video via a content player in association with a scrubber control.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites display the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | 

https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424

https://www.redtube.com/34739501

See also Defendant's produced source code files: |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| | Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) Controlbar.ts (seekbar 16) Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) Kayhandlers.js |
| **25[g]:** receive from the first user a definition as to when the first image is to be displayed when the first video is played back; | Defendants' System receives from the first user a definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **25[h]:** receive from the first user a definition as to when the first image is to be displayed when the first video is played back; | Defendants' System receives from the first user a definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

107

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags** |
| | Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. |
| | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |
| |  |
| | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |
| | A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **25[i]:** provide to the remote system the definition as to when the first image is to be displayed when the first video is played back; | Defendants' System provides to the remote system the definition as to when the first image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems the definition as to when the first image is to be displayed when the first video is played back. For example, Defendants' System's network interface provides to remote system Hubsites the definition of when the first image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501<br><br>See also Defendant's produced source code files: |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | imageloader.ts (tracks loading state of images) <br> seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) <br> playbacklabel.ts |
| **25[j]:** receive via the second user interface: <br><br> an upload indication for or a link to a second image; <br><br> a second item of text; and <br><br> a second link associated with a second destination; | Defendants' System receives via the second user interface: an upload indication for or a link to a second image; a second item of text; and a second link associated with a second destination. <br><br> For example, Defendants' System may receive via the second user interface an upload indication for a second image, a second item of text, and a second link comprising a destination URL. Users may indicate Action Tags for a second image and repeat as needed, including second items of text to indicate the significant events in the first video. <br><br>  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.

https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424

Action Tags include links that comprise a URL destination. For example, the destination URL for timestamp 03:23 in the above video (titled "Pussy Licking") is https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424&t=203

A user can define the start times for the Action Tags.

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **25[k]:** provide to the remote system the upload of or a link to the second image, the second item of text, and the second link; | Defendants' System provides to the remote system the upload of or a link to the second image, the second item of text, and the second link.<br><br>Defendants' System provides to remote systems the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' Systems' network interface provides to the Husbites servers the definition of when the second image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstars |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstar/cory-chase |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **25[l]:** enable the first user to define when the second image is to be displayed when the first video is played back; | Defendants' System enables the first user to define when the second image is to be displayed when the first video is played back.<br><br>For example, Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags <br><br> https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501.<br><br>See also Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **25[m]:** receive from the first user a definition as to when the second image is to be displayed when the first video is played back; and | Defendants' System receives from the first user a definition as to when the second image is to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Action Tags** |

Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-



https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf

A user can define the start times for the Action Tags.

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **25[n]:** provide, by the computer system over the network to the remote system, the definition as to when the second image is to be displayed when the first video is played back. | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the second image is to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image is to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the Hubsites servers the definition of when the second image should be displayed when the first video is played back. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
|       |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424<br><br>https://www.redtube.com/34739501. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | *See also* Defendant's produced source code files: <br> imageloader.ts (tracks loading state of images) <br> seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) <br> playbacklabel.ts |
| **27[a]:** The non-transitory computer-readable media as defined in claim 25, wherein the computer-executable instructions, when executed by computer system, cause the computer system to: <br><br> display an interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the computer system; and | Defendants' System provides at least one or more non-transitory computer-readable media as defined in claim 25, wherein the computer-executable instructions, when executed by computer system, cause the computer system to: display an interface configured to enable a user to drag content to the interface and to upload the content dragged to the interface to the computer system. <br><br> For example, the Hubsites allow for a user to "drag" content into a user interface to upload the content to the various Husbites. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **PornHub Network**<br>CONTENT PARTNER PROGRAM<br><br>**2.1 How to Upload a Video**<br><br>After logging into your account navigate to the top of the page. Click on the "upload" button located next to the search bar.<br><br>On the next page, you will be presented with the option of uploading either videos or photos. Click on "Upload Videos".<br><br>In order to get an upload started, you can either drag and drop the video file into the window, or click on the "Select videos to upload" button to navigate your device and select your videos. Once your videos have started to upload, you will see the progress bar begin to fill up and you can get started on formatting your video. Pornhub also offers Multi-Tube Uploads. You can now expedite the process by uploading to our network of tubes through Pornhub alone! When opting in, your videos will automatically upload to YouPorn and Redtube, maximizing your exposure on our network with no extra effort.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| **27[b]:** display an interface configured to enable a user to organize videos of the user by category. | Defendants' System displays an interface configured to enable a user to organize videos of the user by category.<br><br>For example, the various Husbites provide an interface to a allow a user to organize videos by category.<br><br>**2.3 Video Categories**<br><br>Select categories that are relevant and accurate. Select up to eight that best represent the most outstanding aspects of your clip. Although targeting your niche(s) is important, it is also a good practice to rotate categories. For example, if you always categorize your videos as 'Teen', 'Big Tits' and 'Hardcore', they will only appear on those pages. By regularly rotating with other relevant categories such as 'Blonde', you will be exposing your content to different users.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>**5.3 Playlists**<br><br>Playlists help you to organize and feature content by site, brand, pornstar or niche (such as big-tits or anal). Playlists are visible on your profile page and highly rated playlists will appear on the Pornhub front page.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115007986887-Video-Categories |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/categories |
| **30:** The non-transitory computer-readable media as defined in claim 25, wherein the computer-executable instructions, when executed by computer system, cause the computer system to provide a user interface to be displayed that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image | Defendants' System includes computer-executable instructions, when executed by computer system, cause the computer system to provide a user interface to be displayed that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.<br><br>For example, a user may select thumbnails to be associated with given image. |

**EXHIBIT H**

**Infringement Contentions for U.S. Patent No. 10,506,278**

| Claim | Infringing Product/System/Structure |
|---|---|
| uploaded by the first user separately from the first video. | **Thumbnails**<br><br>• Select best image from 16 various points in the scene<br>• If no suitable thumbnail is available, hit the "Regenerate different thumbnails" button<br>• Tip: Choose a thumb that is in focus, colorful, bright, well framed and depicts a good sample of the action the user will find in the scene.<br><br>**2.7 Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images:<br><br>• Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail.<br>• Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene.<br>• Fake elements like play buttons are not permitted on thumbs.<br><br>**Specialty Thumbs that are permitted:**<br><br>• Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast.<br>• Compositions; a collage of multiple parts of the video. Same rules from above will apply.<br><br>Deceptive or inaccurate use of custom thumbs may result in the option being removed from your account.<br><br>A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on. It helps when the thumbnails correspond to the title you have entered and visually represent the story of the scene. Make sure the thumb is clear, in focus, colorful, bright and well-framed. The goal is to make your video stand out on the homepage.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

## EXHIBIT H

### Infringement Contentions for U.S. Patent No. 10,506,278

| Claim | Infringing Product/System/Structure |
| --- | --- |
|  | **Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on.<br><br>Thumbnails should correspond to the title you have entered and visually represent the story of your video. Make sure the thumb is clear, in focus, colorful, bright and well-framed. You want it to stand out on the home page in order to get the user's attention.<br><br>*"Don't see an appropriate thumbnail to choose from? Hit the "Regenerate" button and a new set of thumbnails will be generated from your video.*<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115007986967-Video-Thumbnails |

# EXHIBIT I

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

Upon information and belief MindGeek S.A.R.L controls and directs the actions of the MindGeek Group of entities (MG Freesites Ltd.; MG Premium Ltd; MG Billing Corp US; MG Billing Ltd.; 9219-1568 Quebeck, Inc.; MCGY Holdings; MG Global Entertainment; MG Global Entertainment Europe (collectively referred to as "Defendants")) to make, use, sell, offer the sell, and import the Accused Instrumentalities.  Upon information and belief, based on publicly available information MG Freesites Ltd and/or MG Premium Ltd make, maintain, and operate the Accused Instrumentalities ("Defendants' System").

The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Pornhub Network of sites.  The Pornhub Network includes the following Hubsites: Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com).  To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '738 patent.

Defendants own and operate the Accused Instrumentalities that infringe, as set forth in the following manner.  The images used in this claim chart are images captured from Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com).  Through publicly available information, similar images are also uploaded through the Accused Instrumentalities to other Pornhub Network Hubsites.

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[Pre]:** A system, comprising: | Defendants' System is configured to associate images with videos uploaded through the Hubsites, as shown below.  Pornhub is used as an example. |
| **1[a]:** a network interface; | Defendants' System provides a network interface that is configured to communicate over a network with Defendants' video data stores.  Defendants own and operate Pornhub, which is an example of one video data store maintained by the Defendants.  In order for videos to be uploaded to Pornhub's video data store, users must connect to Pornhub's servers using a network interface and the internet.  Additionally, Pornhub's servers have a network interface for connecting to the internet and users. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[b]:** at least one processing device; | Defendants' System provides at least one processing device in the form of servers, computers, and/or a combination of the two, including but not exclusive of Defendants' use of content delivery networks. |
| **1[c]:** non-transitory memory storing programmatic code that when executed by the at least one processing device, cause the system to: | Defendants make, use, sell, offer to sell, and/or import programmatic code that is stored in non-transitory memory that when executed performs the operations set forth in the remaining elements of claim 20.  The non-transitory memory containing the programmatic code may be found in one or more of Defendants' servers, computers, the combination thereof, and/or content delivery networks used by Defendants.  These contentions will also be informed by the source code from Defendants' System. |
| **1[d]:** cause a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system; | Defendants' System causes a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system.<br><br>Defendants' System receives videos over the first network interface by, for example, a video file being uploaded directly to the Hubsites.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>See also Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **1[e]:** provide over a network using the network interface an upload of a first video or a link thereto to a remote system identified by the first user via the first user interface; | Defendants System provides a user interface through or over the internet using a network interface to its users.  The user interface is provided to a first user device, such as a computer system.<br><br>For example, Defendants' Systems allow a user to upload via the interface the first video to remote systems identified by the user. |

## Exhibit I:

## Infringement Contentions for U.S. Patent No. 10,560,738

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-.<br><br>See also Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **1[f]:** cause a second user interface to be displayed that enables the first user to:<br><br>provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to a destination; | Defendants' System contains programmatic code which causes a second user interface to be displayed that enables the first user to: provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to a destination.<br><br>Defendants' System includes a second user interface that enables an upload indication for a first image, text to be associated with the first image, and a link associated with the image. For example, Pornhub.com allows the user to upload an Action Tag. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | ## Action Tags |

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.

https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.

### 2.6 Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.



https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.

6

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501<br><br>See also Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |
| **1[g]:** provide, over the network using the network interface to the remote system:<br><br>an upload of a first image, a received link to the first image, and/or a received first item of text, and a received link to a first destination; | Defendants' System provides, over the network using the network interface to the remote system: an upload of a first image, a received link to the first image, and/or a received first item of text, and a received link to a first destination.<br><br>Defendants' System provides, over Defendants' network using the network interface to remote systems, at least uploads of the first image, the first item of text, and the first link to a first destination. For example, when a user uploads to Defendants' Pornhub.com network interface a video with the first image, text, and link, Defendants' System provides over Defendants' System's network to remote systems such as posting sites to the Hubsites: |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
| |  https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **1[h]:** display the first video via a content player in association with a scrubber bar; | Defendants' System displays the first video via a content player in association with a scrubber bar.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites displays the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. <br><br> https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | See also Defendant's produced source code files:<br>Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br>Controlbar.ts (seekbar 16)<br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |
| **1[i]:** receive from the first user, via the scrubber bar and a first control, a definition as to when the first image and/or first item of text are to be displayed as an overlay when the first video is played back; | Defendants' System receives from the first user, via the scrubber bar and a first control, a definition as to when the first image and/or first item of text are to be displayed as an overlay when the first video is played back.<br><br>Defendants' System receives from the user a definition as to when the first image and text are to be displayed by the user playing the video and designating the corresponding timestamp.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[j]:** provide, over the network using the network interface to the remote system, the definition as to when the first image and/or first item of text are to be displayed when the first video is played back; | Defendants' System provides, over the network using the network interface to the remote system, the definition as to when the first image and/or first item of text are to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems the definition as to when the first image is to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the Hubshites servers the definition of when the first image should be displayed when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **1[k]:** provide, over the network using the network interface to the remote system:<br><br>an upload of a second image, a received link to the second image and/or a received second item of text, and a received link to a second destination; | Defendants' System provides, over the network using the network interface to the remote system: an upload of a second image, a received link to the second image and/or a received second item of text, and a received link to a second destination.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers such as Pornhub.com, Redtube.com, and Youporn.com) the upload of a second image, a second item of text, and an associated destination link. For example, Defendants' Systems' network interface provides to the Hubsites servers the definition of when the second image should be displayed when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>The image and text above (titled "Cowgirl") are associated with a link to a second destination, URL https://www.redtube.com/34739501?t=370<br><br>See also Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |

<u>**Exhibit I:**</u>

<u>**Infringement Contentions for U.S. Patent No. 10,560,738**</u>

| Claim | Infringing Product/System/Structure |
|---|---|
| **1[l]:** receive from the first user, via the scrubber bar and a first control, a definition as to when the second image and/or second item of text are to be displayed when the first video is played back; | Defendants' System receives from the first user, via the scrubber bar and a first control, a definition as to when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the second image and text are to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **1[m]:** provide, over the network using the network interface to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back; | Defendants' System provides, over the network using the network interface to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image and text are to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Hubsites' servers the definition of when the second image should be displayed when the first video is played back.<br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.redtube.com/34739501. See also Defendant's produced source code files: imageloader.ts (tracks loading state of images) seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32) playbacklabel.ts |
| **1[n]:** wherein the remote system is configured to: enable a video player on a first terminal of a second user to play the first video, and display: the first image and/or first item of text as an overlay in accordance | Defendants' System provides a remote system wherein the remote system is configured to: enable a video player on a first terminal of a second user to play the first video, and display: the first image and/or first item of text as an overlay in accordance with the definition as to when the first image and/or first item of text are to be displayed when the first video is played back; the second image and/or second item of text as an overlay in accordance with the definition as to when the second image is to be displayed when the first video is to be played back; wherein in response to detecting that the second user has selected: the first image and/or first item of text, or the second image and/or second item of text, a respective destination link, comprising a respective |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| with the definition as to when the first image and/or text are to be displayed when the first video is played back;<br><br>the second image and/or second item of text as an overlay in accordance with the definition as to when the second image is to be displayed when the first video is to be played back;<br><br>wherein in response to detecting that the second user has selected:<br><br>the first image and/or first item of text, or<br>the second image and/or second item of text,<br>a respective destination link, comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the first user terminal. | destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the first user terminal<br><br>For example, Defendants' System is configured to, via the Hubsites, enable the first video to be played on a terminal of a second user, and display the first and second image/text in accordance with the defined timestamp when the first video is played back. A second user may play the first video on Hubsites servers, where images appear as an overlay in accordance with the first user's Action Tag and timestamp.<br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.redtube.com/34739501. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | When the second user selects the first or second image, a respective link comprising a respective destination URL is activated, and a respective network destination corresponding to the respective destination URL is accessed by the first user terminal. For example, by selecting the first image overlay (titled "Blowjob") the second user accesses the respective designated URL https://www.redtube.com/34739501?t=61. |
| | And by selecting the second image overlay (titled "Cowgirl"), the second user accesses the respective designated URL https://www.redtube.com/34739501?t=370. |
| | *See also* Defendant's produced source code files:<br>Seekbarhandler.ts<br>Keyhandler.js (e.target.tag.Name 15)<br>CheckDsThumbnailSelectionStatus.php (releaseID 40)<br>Uicontainer.ts (interaction events from mouse and touch are tracked 25, mouse enter 148, move 155)<br>Wrapper.js (hover 86, fixedplayer 21)<br>Index.js (hasPictureInPicture) |
| **2:** The system as defined in claim 1, wherein the video player is configured to provide a share control, wherein in response to detecting activation of the share control, a link to content of the first video is shared with a first recipient. | Defendants' System is configured to provide a share control, wherein in response to detecting activation of the share control, a link to content of the first video is shared with a first recipient.<br><br>For example, when a user selects the ". . ." they are presented with the option to share a video.<br><br> |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.youporn.com/watch/15603974/bangbros-asante-stone-jams-his-bbc-into-mia-khalifas-tight-pussy/ <br><br> https://www.redtube.com/34861531 |
| **3:** The system as defined in claim 1, wherein the video player is configured to provide a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored. | Defendants' System provides a video player that is configured to provide a like control, wherein in response to detecting activation of the like control, a like indication is caused to be stored. <br><br> For example, Defendants' System's video players allows for "likes." |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7<br><br><br><br>https://www.xtube.com/video-watch/big-tit-blowjob-on-valentines-day-melody-radford-45215511<br><br>https://www.youporn.com/watch/15603974/bangbros-asante-stone-jams-his-bbc-into-mia-khalifas-tight-pussy/<br><br>https://www.redtube.com/34861531 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | |
| **4:** The system as defined in claim 1, further comprising wherein the system is configured to provide a preview control, which when activated, enables the first user to review the first video prior to posting the first video. | The Hubsites are to provide a preview control, which when activated, enables the first user to review the first video prior to posting the first video.<br><br>For example, users can preview their videos prior to posting.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |

32

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **5:** The system as defined in claim 1, wherein the system is configured to provide an upload interface configured to enable a user to drag content to the upload interface to initiate an upload of the content dragged to the upload interface to the remote system. | Defendants' System is configured to provide an upload interface configured to enable a user to drag content to the upload interface to initiate an upload of the content dragged to the upload interface to the remote system.<br><br>For example, a user of Defendants' System can drag their video to the upload interface to upload the content.<br><br><br><br>**2.1 How to Upload a Video**<br><br>After logging into your account navigate to the top of the page. Click on the "upload" button located next to the search bar.<br><br>On the next page, you will be presented with the option of uploading either videos or photos. Click on "Upload Videos".<br><br>In order to get an upload started, you can either drag and drop the video file into the window, or click on the "Select videos to upload" button to navigate your device and select your videos. Once your videos have started to upload, you will see the progress bar begin to fill up and you can get started on formatting your video. Pornhub also offers Multi-Tube Uploads. You can now expedite the process by uploading to our network of tubes through Pornhub alone! When opting in, your videos will automatically upload to YouPorn and Redtube, maximizing your exposure on our network with no extra effort.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- <br><br> https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | |
| **6:** The system as defined in claim 1, wherein the system is configured to provide an interface configured to display a user to organize videos of the user by category. | Defendants' System is configured to provide an interface configured to display a user to organize videos of the user by category.<br><br>For example, Defendants' System provide an interface to a allow a user to organize videos by category.<br><br>2.3 Video Categories<br><br>Select categories that are relevant and accurate. Select up to eight that best represent the most outstanding aspects of your clip. Although targeting your niche(s) is important, it is also a good practice to rotate categories. For example, if you always categorize your videos as 'Teen', 'Big Tits' and 'Hardcore', they will only appear on those pages. By regularly rotating with other relevant categories such as 'Blonde', you will be exposing your content to different users.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/categories |
| **7:** The system as defined in claim 1, wherein the system is configured to limit the size of uploaded videos to a first file size. | The Hubsites are configured to limit the size of uploaded videos to a first file size.<br><br>For example, a user of Defendants' System is limited to a maximum file size of 50 Gb. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Video Specification**<br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br>• Maximum File Size: 50GB<br>• Optimal Frame Rate: 30-60 FPS<br>• Bitrate: Min 1500 kb/s recommended 8000 kb/s<br>• Aspect Ratio: 16:9 widescreen<br>• Video Resolution:<br>    - Recommended 1080p<br>    - Optimum: 2160p<br><br>**Virtual Reality Video Specifications**<br>• Accepted File Formats: AVI, WMV, MP4, MPG or MOV<br>• VR Formats: 180° or 360° Video<br>• Maximum File Size: 50GB<br>• Optimal Frame Rate: 30-60 FPS<br>• Bitrate: Min 1500 kb/s recommended 12,000 kb/s<br>• Aspect Ratio: 16:9 widescreen<br>• Video Resolution:<br>    - Recommended: 1080p (Per Eye)<br>    - Optimum: 4k (4320p, 2160p Per Eye)<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>*See also* Defendant's produced source code files:<br>Base.js (uploadsizelimit 205, fileistoolarge 219)<br>Customvideouploads.js (maxchunksize 31, minimumfilesize 53) |
| **12:** The system as defined in claim 1, wherein the system is configured to receive from the first user a definition of a plurality of segments in the first video via a selection of a starting frame from the first video for a given segment. | Defendants' System is configured to receive from the first user a definition of a plurality of segments in the first video via a selection of a starting frame from the first video for a given segment.<br><br>For example, Defendants' System allows for users to define a starting frames for a given segment of a video. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | ## Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5f4ecdc1677f2<br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **13:** The system as defined in claim 1, wherein the remote system is configured to provide a user interface to the first user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service, a microblogging service, and email. | Defendants' System provides a remote system that is configured to provide a user interface to the first user terminal enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service, a microblogging service, and email.<br><br>For example, when a user selects the ". . ." they are presented with the option to share a video.<br><br><br><br><br><br>When the "Share" function is selected, the user is provided with a link is provided.<br><br> |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7<br><br>On RedTube, when a user selects "Share," they are presented with the option to email the video, share to social media, or copy video's URL.<br><br><br>https://www.redtube.com/34861531<br><br>https://www.redtube.com/34861531 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **14:** The system as defined in claim 1, wherein the system is configured to provide a user interface enabling the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System is configured to provide a user interface enabling the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.<br><br>For example, a user may select thumbnails to be associated with given image.<br><br>**Thumbnails**<br>• Select best image from 16 various points in the scene<br>• If no suitable thumbnail is available, hit the "Regenerate different thumb-nails" button<br>• Tip: Choose a thumb that is in focus, colorful, bright, well framed and depicts a good sample of the action the user will find in the scene. |

Censored

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|-------|--------------------------------------|
|       | <br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **Video Thumbnails**<br><br>After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on.<br><br>Thumbnails should correspond to the title you have entered and visually represent the story of your video. Make sure the thumb is clear, in focus, colorful, bright and well-framed. You want it to stand out on the home page in order to get the user's attention.<br><br>*Don't see an appropriate thumbnail to choose from? Hit the 'Regenerate' button and a new set of thumbnails will be generated from your video.*<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/115007986967-Video-Thumbnails |
| **15:** The system as defined in claim 1, wherein the system is configured to provide a user interface enabling the first user to define a hot spot to be provided within a video player playback area and define a navigation | Defendants' System is configured to provide a user interface enabling the first user to define a hot spot to be provided within a video player playback area and define a navigation operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed.<br><br>Defendants' System provides a user interface such that on the activation of a hot spot, a navigation action is performed. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| operation associated with activation of the hot spot, wherein activation of the hot spot while the first video is played back by the video player causes a navigation action to be performed. | <br>https://www.pornhub.com/view_video.php?viewkey=ph58f96dd291587<br><br>When the ad, such as the Loan Star one above, is pressed the user is taken to a different URL: |

46

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.loanstartitleloans.net/?utm_source=trafficjunky&utm_medium =trafficjunky&utm_campaign=trafficjunky&ctype=9&aclid=mt_TXwAAAAA9e AAA_1rtO1VYzVgf88E7PXgAAD14AAAAAAAAVVNUWC1GcmlzY28AAAAAAAA AAAAAAAAAAAAAAAAAAAAAAAAA |
| **16:** The system as defined in claim 1, wherein the system is configured to display the first image adjacent to a scrubber during a corresponding segment when the first video is played back. | Defendants' System is configured to display the first image adjacent to a scrubber during a corresponding segment when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  **2.6 Action Tags** Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf <br><br> *See also* Defendant's produced source code files: <br> Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20) <br> Controlbar.ts (seekbar 16) <br> Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653) <br> Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116) <br> Kayhandlers.js |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **17:** The system as defined in claim 1, wherein the system is configured to provide a user interface to the remote system enabling the first user edit first video data. | Defendants' System is configured to provide a user interface to the remote system enabling the first user edit first video data.<br><br>For example, a user of Defendants' System is provided with a user interface where they can edit video data.<br><br>**1.2 Editing Videos**<br><br>Start by focusing on your niche(s). When you satisfy the particular needs of a user, they will begin to expect and even look forward to your new content. With quality, up-to-date clips, uploaded on a regular basis, Pornhub can easily become one of the top mediums driving traffic and sales to your website.<br><br>To maximize the effectiveness of clips, remember that certain video elements are expected by your audience:<br><br>• Genitals should not be censored or blurred (If possible)<br>• The audio track must be good quality and in-sync with the video<br>• Video must be of acceptable visual quality. (Refer to section 1.6 for technical specs.)<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>**How do I edit my video?**<br><br>To edit your videos, login to Pornhub: http://www.pornhub.com/login and go to the Video Manager: http://www.pornhub.com /video/manage. You can set the visibility of your videos to public or private from here as well as select a thumbnail image.<br><br>Unfortunately though, once the video has been uploaded, the title, tags and categories cannot be changed. You would have to remove it and re-upload it with the new information.<br><br>https://help.pornhub.com/hc/en-us/articles/360044326294-How-do-I-edit-my-video- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **18[Pre]:** A computer implemented method, comprising: | Defendants' System is configured to associate images with videos uploaded through Pornhub, as shown below.  Pornhub is used as an example. |
| **18[a]:** causing, by a computer system comprising hardware, a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system; | Defendants' System causes, by a computer system comprising hardware, a first user interface to be displayed that enables a first user to upload a first video or provide a link to the first video to a remote system.<br><br>Defendants' System receives videos over the first network interface by, for example, a user uploading a video file directly to the Hubsites.<br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>See also Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **18[b]:** providing, by the computer system over a network, an upload of a first video or a link thereto identified by the first user via the first user interface to the remote system; | Defendants' System provides, by the computer system over a network, an upload of a first video or a link thereto identified by the first user via the first user interface to the remote system.<br><br>For example, Defendants' System allow a user to upload via the interface the first video to remote systems identified by the user. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
|       |  You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **18[c]:** causing, by the computer system, a second user interface to be displayed that enables the first user to:<br><br>provide at least one of an upload indication for or a link to an image, add text to be associated with the image, and add a link to a destination; | Defendants' System causes, by the computer system, a second user interface to be displayed that enables the first user to: provide at least one of an upload indication for or a link to an image, add text to be associated with the image, and add a link to a destination.<br><br>Defendants' System includes a second user interface that enables an upload indication for a first image and text to be associated with the first Action Tag, and a link associated with the image/text. For example, Pornhub.com allows the user to upload an Action Tag.<br><br>**Action Tags**<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

54

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|-------|-------------------------------------|
|       | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.redtube.com/34739501<br><br>*See also* Defendant's produced source code files:<br>ThumbnailSelection.php<br>ThumbnailSelectionController.php<br>DataScience.php (SubmitThumbnails 37, ProcessThumbnails 39, ThumbnailSelection 53)<br>ThumbnailController.cs (generate video thumbnail 69) |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **18[d]:** provide, over the network using the network interface to the remote system:<br><br>an upload of a first image, a received link to the first image, and/or a received first item of text, and a received link to a first destination; | Defendants' System provides, over the network using the network interface to the remote system: an upload of a first image, a received link to the first image, and/or a received first item of text, and a received link to a first destination.<br><br>Defendants' System provides, over Defendants' System's network using the network interface to remote systems, at least uploads of the first image, the first item of text, and the first link to a first destination. For example, when a user uploads to Defendants' Pornhub.com network interface a video with the first image, text, and link, Defendants' System provides over Defendants' System's network to remote systems such as posting to the Hubsites: |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **18[e]:** displaying, by the computer system, the first video via a content player in association with a scrubber control; | Defendants' System displays, by the computer system, the first video via a content player in association with a scrubber control.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites display the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **18[f]:** enabling, by the computer system, the first user to define when the first image and/or first item of text are to be displayed when the first video is played back; | Defendants' System enables, by the computer system, the first user to define when the first image and/or first item of text are to be displayed when the first video is played back. <br><br> Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. <br><br> Action Tags <br><br> Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. <br><br> Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. <br><br> https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br><br>**2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>A user can define the start times for the Action Tags. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **18[g]:** receiving, at the computer system, from the first user a definition as to when the first image and/or first item of text to be displayed when the first video is played back; | Defendants' System receives, at the computer system, from the first user a definition as to when the first image and/or first item of text to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags |
| | Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. |
| | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |
| |  |
| | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |
| | A user can define the start times for the Action Tags. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **18[h]:** providing, by the computer system over the network to the remote system, the definition as to when the first image and/or first item of text are to be displayed when the first video is played back; | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the first image and/or first item of text are to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the first image is to be displayed when the first video is played back. For example, Defendants' Systems' network interface provides to the Hubsites servers the definition of when the first image should be displayed when the first video is played back. |

66

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | *See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **18[i]:** provide, over the network using the network interface to the remote system:<br><br>an upload of a second image, a received link to the second image, and/or a received second item of text, and a received link to a second destination; | Defendants' System provides, over the network using the network interface to the remote system: an upload of a second image, a received link to the second image, and/or a received second item of text, and a received link to a second destination.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the upload of a second image, a second item of text, and an associated destination link. For example, Defendants' System's network interface provides to the Hubsites' servers the definition of when the second image should be displayed when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>imageloader.ts (tracks loading state of images)<br>seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>uiconfig.ts (Timelinemarker 13, titleoftext 23-26, urltimelinemarkerimage 28-32)<br>playbacklabel.ts |
| **18[j]:** enabling the first user to define when the second image and/or second item of text are to be displayed when the first video is played back; | Defendants' System enables the first user to define when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos-<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136) |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **18[k]:** receiving at the computer system from the first user a definition as to when the second image and/or second item of text are to be displayed when the first video is played back; | Defendants' System receives at the computer system from the first user a definition as to when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System receives from the user a definition as to when the first image and text are to be displayed by the user playing the video and designating the corresponding timestamp.<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>See also Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **18[l]:** providing, by the computer system over the network to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back. | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image and text are to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the |

75

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Hubsites servers the definition of when the second image should be displayed when the first video is played back.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | https://www.redtube.com/34739501.<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **22:** The method as defined in claim 18, the method further comprising enabling the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service. | Defendants' System enables the second user to specify a communication channel from a set communication channels for sharing the content of the first video, the set of communication channels comprising a social network service and a microblogging service.<br><br>For example, when a user selects the "..." they are presented with the option to share a video.<br><br> |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  When the "Share" function is selected, the user is provided with a link is provided.<br><br>https://www.pornhub.com/view_video.php?viewkey=ph5f4e51dae10a7<br><br>On RedTube, when a user selects "Share," they are presented with the option to email the video, share to social media, or copy video's URL.<br><br>https://www.redtube.com/34861531 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.redtube.com/34861531 |
| **23:** The method as defined in claim 18, the method further comprising displaying a user interface that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video. | Defendants' System displays a user interface that enables the first user to navigate backwards and forwards through the first video to select a frame to be associated with a given image uploaded by the first user separately from the first video.<br><br>For example, a user may select thumbnails to be associated with given image.<br><br> |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | **2.7 Video Thumbnails** <br><br> After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. You will also have the option of uploading your own custom thumbnail. Be sure to follow the below directives if utilizing your own images: <br><br> • Any text, Logos or superimposed images cannot be larger than 1/3 of the thumbnail. <br> • Actions portrayed in the thumbnail **MUST** appear in the video. e.g. If the thumbnail depicts a blowjob, the video must contain a blowjob scene. <br> • Fake elements like play buttons are not permitted on thumbs. <br><br> **Specialty Thumbs that are permitted:** <br> • Promo Shots; An image that doesn't necessarily happen in the video, but was taken to promote the video. Think, girl's surprised face at huge penis or Large guy standing next to tiny girl to demonstrate contrast. <br> • Compositions; a collage of multiple parts of the video. Same rules from above will apply. <br><br> Deceptive or inaccurate use of custom thumbs may result in the option being removed from your account. <br><br> A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on. It helps when the thumbnails correspond to the title you have entered and visually represent the story of the scene. Make sure the thumb is clear, in focus, colorful, bright and well-framed. The goal is to make your video stand out on the homepage. <br><br>  <br><br> https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |   https://help.pornhub.com/hc/en-us/articles/115007986967-Video-Thumbnails |
| **24[Pre]:** Non-transitory computer-readable media including computer-executable instructions that, when executed by computer system, cause the computer system to at least: | Defendants' System is configured to associate images with videos uploaded through Pornhub, as shown below.  Pornhub is used as an example.  These contentions will also be informed by the source code from Defendants' System. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| **24[a]:** cause a first user interface to be displayed that enables a first user to upload a video or provide a link to the video to a remote system; | Defendants' System causes a first user interface to be displayed that enables a first user to upload a video or provide a link to the video to a remote system.<br><br>Defendants' System receives videos over the first network interface by, for example, a user uploading a video file directly to Defendants' Hubsites.<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |

82

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos- |
| **24[b]:** provide an upload of a first video or a link thereto, identified using the first user interface, to the remote system; | Defendants' System provides an upload of a first video or a link thereto, identified using the first user interface, to the remote system.<br><br>For example, Defendants' System allows a user to upload via the user interface. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | You can now Upload to our three tubes (Pornhub, YouPorn and Redtube) simultaneously.<br><br>Select "Pornhub Network" through the Pornhub upload interface. The system will let you know whether the channel being uploaded to has a corresponding counterpart on YouPorn and/or Redtube. Once selected, upload your video as you normally would. That video will be automatically uploaded to YouPorn and Redtube!<br><br><br><br>https://help.pornhub.com/hc/en-us/articles/229817547-How-do-I-upload-videos-<br><br>*See also* Defendant's produced source code files:<br>changelog.md (image upload 30, 125)<br>actor.php (upload image 137)<br>xVideoUploadService.java (video upload 15) |
| **24[c]:** provide, over a network using a network interface to the remote system:<br><br>an upload of a first image, a link to the first image, and/or a first item of text, and a link to a first destination; | Defendants' System provides, over a network using a network interface to the remote system: an upload of a first image, a link to the first image, and/or a first item of text, and a link to a first destination.<br><br>For example, Defendants' System allows a user to upload via the interface the first video to remote systems identified by the user. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br>https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | <br><br>https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **24[d]:** display the first video via a content player in association with a scrubber control; | Defendants' System displays the first video via a content player in association with a scrubber control.<br><br>Defendants' System displays the first video via a content player that includes a scrubber bar. For example, the Hubsites display the first video in association with a scrubber bar allowing users to move forward and backward in the video: |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424 <br><br> https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | *See also* Defendant's produced source code files:<br>Main.ts (label 34, seekbarlabel 42, pictureinpicturetogglebutton 60, PlayBackTimeLabel 20)<br>Controlbar.ts (seekbar 16)<br>Seekbar.ts (increments 40, snappingrange 45, seekpreviewevent 51, scrubbing 55, seekbarpositions 68-74 "onSneekPreview" is fired during a scrubbing seek to indicate that the seek preview (i.e., the video frame) should be updated 119, configure a seekbar label that is internal to the seekbar 344, A seek always starts with a touchstart or mousedown directly on the seekbar 649, A seek is triggered when a user lifts the mousekey 652, A seek mouse gesture is thus basically a click with a long time frame between down and up events 653)<br>Seekbarcontroller.ts (left, right, up, down seek bar controls 79-116)<br>Kayhandlers.js |
| **24[e]:** receive from the first user a definition as to when the first image and/or first item of text are to be displayed when the first video is played back, wherein the definition as to when the first image and/or first item of text are to be displayed is provided at least in part via the scrubber control; | Defendants' System receives from the first user a definition as to when the first image and/or first item of text are to be displayed when the first video is played back, wherein the definition as to when the first image and/or first item of text are to be displayed is provided at least in part via the scrubber control.<br><br>Defendants' System allows for users to define when the first image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video.<br><br>Action Tags<br><br>Action Tags are indicators you can add  to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br>https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | **2.6 Action Tags**<br><br>Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc.<br><br>Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.<br><br><br><br>https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags <br><br> *See also* Defendant's produced source code files: <br> Playbacktimelabel.ts (timechanged 135, seeked 136) <br> Imageloader.ts (tracks loading state of images) <br> Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **24[f]:** provide to the remote system the definition as to when the first image and/or first item of text are to be displayed when the first video is played back; | Defendants' System provides to the remote system the definition as to when the first image and/or first item of text are to be displayed when the first video is played back. <br><br> Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image and text are to be displayed when the first video is played back. For example, Defendants' network interface on Pornhub.com provides to remote system Hubsites servers the definition of when the second image should be displayed when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424.<br><br>https://www.redtube.com/34739501 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | *See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **24[g]:** provide, over the network using the network interface to the remote system:<br><br>an upload of a second image, a link to the second image, and/or a second item of text, and a link to a second destination; | Defendants' System provides, over the network using the network interface to the remote system: an upload of a second image, a link to the second image, and/or a second item of text, and a link to a second destination.<br><br>Defendants' System provides, over their network interface, to remote the upload of a second image, a second item of text, and an associated destination link. For example, Defendants' System's network interface provides to remote system Hubsites servers the definition of when the second image should be displayed when the first video is played back. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  |  https://www.pornhub.com/pornstars |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br>https://www.pornhub.com/pornstar/cory-chase |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.pornhub.com/view_video.php?viewkey=ph5ff2f69ea393e<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **24[h]:** receive from the first user a definition as to when the second image is to be displayed when the first video is played back; and | Defendants' System receives from the first user a definition as to when the second image is to be displayed when the first video is played back.<br><br>For example, Defendants' System allows for users to define when the second image is to be displayed when the first video is played back. For example, a user may add an Action Tag to the video when the action starts in the video. |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Action Tags |
| | Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. Blowjob, Anal, Cumshot etc. |
| | Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed. |
| | https://help.pornhub.com/hc/en-us/articles/115008122288-How-to-Format-Videos- |
| |  |
| | https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
|  | <br><br>https://help.pornhub.com/hc/en-us/articles/115008142828-Video-Tags<br><br>*See also* Defendant's produced source code files:<br>Playbacktimelabel.ts (timechanged 135, seeked 136)<br>Imageloader.ts (tracks loading state of images)<br>Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168)<br>README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |
| **24[i]:** provide, by the computer system over the network to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back. | Defendants' System provides, by the computer system over the network to the remote system, the definition as to when the second image and/or second item of text are to be displayed when the first video is played back.<br><br>Defendants' System provides, over their network interface, to remote systems (e.g. posting servers) the definition as to when the second image and text are to be displayed when the first video is played back. For example, Defendants' System's network interface provides to the |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| | Hubsites servers the definition of when the second image should be displayed when the first video is played back.<br><br><br><br>https://www.pornhub.com/view_video.php?viewkey=ph5eeb6ea582424 |

**Exhibit I:**

**Infringement Contentions for U.S. Patent No. 10,560,738**

| Claim | Infringing Product/System/Structure |
|---|---|
| |  https://www.redtube.com/34739501. <br><br> *See also* Defendant's produced source code files: <br> Playbacktimelabel.ts (timechanged 135, seeked 136) <br> Imageloader.ts (tracks loading state of images) <br> Seekbarlabel.ts (display thumbnail and title 20, thumbnailImageLoader 28, seekbarlabelmetadata 51, text to show on a label 130, thumb nail image loader 168) <br> README.md (uiskin 50, customUI 107, label 211, thumbnail 232) |

# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MG FREESITES LTD, <br><br> Plaintiff, <br><br> v. <br><br> SCORPCAST LLC d/b/a HAULSTARS, <br><br> Defendant. | Civil Action No. 1:20-cv-01012-CFC <br><br> LEAD CONSOLIDATED CASE <br><br> JURY TRIAL DEMANDED |
| SCORPCAST, LLC dba HAULSTARS, <br><br> Plaintiff, <br><br> v. <br><br> MG FREESITES, LTD, <br><br> Defendant. | Civil Action No. 1:21-cv-00887-CFC |

**PLAINTIFF SCORPCAST, LLC dba HAULSTARS SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS, INFRINGEMENT CONTENTIONS AND PRODUCTION OF DOCUMENTS**

Pursuant to paragraph 3(d) of the Scheduling Order (Dkt. 61), Plaintiff Scorpcast, LLC dba HaulStars ("HaulStars" or "Plaintiff") respectfully makes the following Supplemental Disclosure of Asserted Claims and Infringement Contentions against Defendant MG Freesites LTD ("MG Freesites" or "Defendant")[1] with respect to U.S. Patent Nos. 9,965,780 ("the '780 Patent"); 9,899,063 (the "'063 Patent"), 9,741,057 (the "'057 Patent"), 9,703,463 (the "'463 Patent"), 9,832,519 (the "'519 Patent"), 10,205,987 (the "'987 Patent"), 10,354,288 (the "'288 Patent"), 10,506,278 (the "'278 Patent"), 10,560,738 (the "'738 Patent") (collectively, the

---

[1] Plaintiff amended its complaint to add claims and additional defendants.

1

"Asserted Patents") to identify source code of the Accused Instrumentalities which satisfies software limitations of the asserted claim elements.  Plaintiff has already produced documents pursuant to paragraph 4 of the Scheduling Order.

This Disclosure of Asserted Claims and Infringement Contentions and the accompanying document production are based on information reasonably available to Plaintiff at this time. Discovery is still in the early stages.  Plaintiff's investigation into this matter is ongoing.  Plaintiff reserves the right to seek leave to amend this disclosure for good cause, such as (1) if Plaintiff becomes aware of or obtains new information or documents relevant to the disclosure or production required by the Scheduling Order if the Court enters a claim construction different from that proposed by Plaintiff.

## I.  DISCLOSURE OF ASSERTED CLAIMS

**Scheduling Order ¶3(a): Each claim of each patent in suit that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. §271 asserted.**

The table below provides the claims of each of the Asserted Patents that are infringed by Defendants[2]:

| Asserted Patent | Infringed Claims | 35 U.S.C. §271 Section Asserted |
|---|---|---|
| '780 Patent | 20, 21, 25 | §271 (a), (b) |
| '063 Patent | 1, 9, 10, 11, 13, 18, 19, 20, 22, 24, 26, 27 | §271 (a), (b) |
| '057 Patent | 1, 2, 3, 6, 8, 11, 12, 15, 16, 19, 20 | §271 (a), (b) |
| '463 Patent | 1, 5, 6, 7, 8, 10, 11, 15, 16, 17, 20, 21, 25, 26, 27, 28 | §271 (a), (b) |
| '519 Patent | 1, 2, 3, 4, 5, 9, 10, 11, 16, 17, 18 | §271 (a), (b) |
| '987 Patent | 1, 2, 3, 4, 5, 7, 11, 12, 15, 16, 17, 18, 19, 20, 23, 24, 25, 26, 27, 30 | §271 (a), (b) |
| '288 Patent | 1, 2, 3, 4, 5, 7, 8 | §271 (a), (b) |
| '278 Patent | 1, 2, 4, 5, 12, 14, 16, 17, 18, 19, 23, 24, 25, 27, 30 | §271 (a), (b) |
| '738 Patent | 1, 2, 4, 5, 12, 14, 16, 17, 18, 22, 23, 24 | §271 (a), (b) |

---

[2] The total number of claims are included in attached Exhibits A-I.

## II.  ACCUSED INSTRUMENTALITIES

**Scheduling Order ¶3(b): Separately identify for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware.   This identification shall be as specific as possible.   Each product, device, and apparatus shall be identified by name or model number, if known. Each method or process shall be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process.   Each website shall be identified by a Uniform Resource Locator ("URL") or other similarly specific descriptor**

Defendants infringe the Asserted Patents, as set forth in the attached Exhibits A-I, by making, having made, using, importing, providing, supplying, distributing, selling, or offering to sell products and/or systems, including servers that include at least one processing device, a network interface, and non-transitory memory for storing programmatic code that perform operations according to the claimed inventions of the Asserted Patents (the "Accused Instrumentalities").

The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites.   By doing so, Defendants have directly infringed (literally and/or under the doctrine of equivalents) at least the following claims of the Asserted Patents.   Defendants' infringement in this regard is ongoing.   Defendant has infringed the Asserted Patents by making, having made, using, importing, providing, supplying, distributing, selling, or offering to sell the Accused Instrumentalities.   The table below provides the Accused Instrumentalities for each claim of each of the Asserted Patents that Defendants are currently accused of infringing in this case:

| Asserted Patent | Infringed Claims | Accused Instrumentalities |
|---|---|---|
| '780 Patent | 20, 21, 25 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '063 Patent | 1, 9, 10, 11, 13, 18, 19, 20, 22, 24, 26, 27 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '057 Patent | 1, 2, 3, 6, 8, 11, 12, 15, 16, 19, 20 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites, including their backend components, along with their revenue sharing programs comprise one or more systems. |
| '463 Patent | 1, 5, 6, 7, 8, 10, 11, 15, 16, 17, 20, 21, 25, 26, 27, 28 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '519 Patent | 1, 2, 3, 4, 5, 9, 10, 11, 16, 17, 18 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '987 Patent | 1, 2, 3, 4, 5, 7, 11, 12, 15, 16, 17, 18, 19, 20, 23, 24, 25, 26, 27, 30 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '288 Patent | 1, 2, 3, 4, 5, 7, 8 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites.   Defendants' sites, including their backend components, along with their revenue sharing programs comprise one or more systems. |

| '278 Patent | 1, 2, 4, 5, 12, 14, 16, 17, 18, 19, 23, 24, 25, 27, 30 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |
| '738 Patent | 1, 2, 4, 5, 12, 14, 16, 17, 18, 22, 23, 24 | The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites. |

## III.  CLAIM CHARTS

**Scheduling Order ¶3(c): For each Accused Instrumentality a separate chart identifying specifically where each limitation of each asserted claim is found within each Accused Instrumentality, including for each limitation that such party contends is governed by 35 U.S.C. § 112 (6), the identify of the structure(s), act(s), or material(s) in the Accused Instrumentality that performs the claimed function.**

Claim charts identifying specifically where each element of each asserted claim is found within the accused instrumentalities were attached to HaulStars Disclosure of Asserted Claims and Preliminary Infringement Contentions served on January 4, 2021 as Exhibit A ('780 Patent), Exhibit B ('063 Patent), Exhibit C ('057 Patent), Exhibit D ('463 Patent), Exhibit E ('519 Patent), Exhibit F ('987 Patent), Exhibit G ('288 Patent), Exhibit H ('278 Patent), Exhibit I ('738 Patent). Exhibits A through I are incorporated herein by reference. Discovery is ongoing and HaulStars reserves the right to amend and supplement its infringement contentions, including in response to the production of confidential information or source code.

## IV.  INDIRECT INFRINGEMENT

**Scheduling Order ¶3(e): For each claim which is alleged to have been indirectly infringed, an identification of any direct infringement and a description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement.  Insofar as alleged direct infringement is based on joint acts of multiple parties, the role of each such party in the direct infringement must be described.**

Defendants infringe Asserted Patents, as set forth in the attached Exhibits A-I, by making,

having made, using, importing, providing, supplying, distributing, selling, or offering to sell products and/or systems, including servers that include at least one processing device, a network interface, and non-transitory memory for storing programmatic code that perform operations according to the claimed inventions of the Asserted Patents.  By doing so, Defendant have directly infringed (literally and/or under the doctrine of equivalents) the claims alleged of the Asserted Patents.  Furthermore, users of the Accused Instrumentalities directly infringe the Asserted Patents through use of Defendants' Systems.  Defendants contribute to and/or induce users to directly infringe by having made, using, importing, providing, supplying, distributing, selling, or offering to sell the Accused Instrumentalities.

## V.   LITERAL INFRINGEMENT AND INFRINGEMENT UNDER THE DOCTRINE OF EQUIVALENTS

**Scheduling Order ¶3(e): Whether each limitation of each asserted claim is alleged to be literally present or present under the doctrine of equivalents in the Accused Instrumentality.**

HaulStars contends that each element is literally present. HaulStars may, however, revise these contentions to identify an element as present under the doctrine of equivalents if (1) Defendant advances a claim construction position which, if adopted by the Court's subsequent construction, so requires; or (2) discovery reveals that the Accused Instrumentalities operate differently than HaulStars had contended.

## VI.   PRIORITY DATES

**Scheduling Order ¶3(g): For any patent that claims priority to an earlier application, the priority date to which each asserted claim allegedly is entitled.**

The earliest application to which the asserted claims of the '780 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '063 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '057 Patent claim priority is

application 60/836,465 which was filed on August 8, 2006.

The earliest application to which the asserted claims of the '463 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '519 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '987 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '288 Patent claim priority is application 60/836,465 which was filed on August 8, 2006.

The earliest application to which the asserted claims of the '278  Patent claim priority is application 13/449,610 which was filed on April 18, 2012.

The earliest application to which the asserted claims of the '738 Patent claim priority is application 13/449,610 which was filed on April 18, 2012.


## VII.  PLAINTIFF'S PRODUCTS

**Scheduling Order ¶3(h): If a party asserting patent infringement wishes to preserve the right to rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practices the claimed invention, the party shall identify, separately for each asserted claim, each such apparatus, product, device, method, act, or other instrumentality that incorporates or reflects on that particular claim.**

HaulStars is a software company. Information about HaulStars software is publicly available at http://www.haulstars.com/.  At this time Haulstars does not contend that it will rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practice the claimed inventions.


## VIII.  FIRST INFRINGEMENT

**Scheduling Order ¶3(i): The timing of the point of first infringement, the start of the claimed damages, and the end of claimed damages.**

Defendants first infringement occurred at least as early as 2014.  Damages began to accrue at least as early as 2014, and for each respective patent will continue until the expiration of each

asserted patent.

## VIII.  **WILLFUL INFRINGEMENT**

**Scheduling Order ¶3(i): If a party asserting patent infringement alleges willful infringement, the basis for such allegation.**

HaulStars alleges that Defendants have knowledge of the Asserted Patents at least as of the date when it was notified of the filing of this action.  Furthermore, on information and belief, Defendants have a policy or practice of not reviewing the patents of others (including instructing its employees to not review the patents of others), and thus has been willfully blind of HaulStars' patent rights.  Defendants' actions are at least objectively reckless as to the risk of infringing a valid patent and this objective risk was either known or should have been known by Defendants. Defendants' direct and indirect infringement of the Asserted Patents is, has been, and continues to be willful, intentional, deliberate, and/or in conscious disregard of HaulStars' rights.

## IX.  **DOCUMENT PRODUCTION**

Contemporaneous with service of this Disclosure, Plaintiff is producing the documents of which they are currently aware that may be required to be produced pursuant to section 4 of the Scheduling Order, Plaintiff has made a good faith effort upon reasonable inquiry and diligent search of locations most likely to have documents.

Plaintiff includes below a good faith identification of documents that may correspond to each category, as required by the Scheduling Order.  The identification or lack of identification of documents as corresponding to a particular category should not be considered an admission relating to any such documents.

**Scheduling Order ¶4(a): Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing materials, offer letters, beta site testing agreements, and third party or joint development agreements) sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed invention prior to the date of the application**

for the asserted patent.

Plaintiff is not aware of any produced documents that may correspond to this category.

**Scheduling Order ¶4(b): All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to paragraph 3(f)[3] of this Order whichever is earlier.**

Documents that may correspond to this category have been produced at HSTARS_MGF_DEL_00023279-HSTARS_MGF_DEL_00023593.

**Scheduling Order ¶4(c): A copy of the file history for each patent in suit.**

Documents that may correspond to this category have been produced at HSTARS_MGF_DEL_00002337, and HSTARS_MGF_DEL_00020807-HSTARS_MGF_DEL_00023278.

**Scheduling Order ¶4(d): All documents evidencing ownership of the patent rights by the party asserting infringement.**

Documents that may correspond to this category have been produced at HSTARS_MGF_DEL_00002337 and HSTARS_MGF_DEL_00020807-00023278.

**Scheduling Order ¶4(e): If a party identifies instrumentalities pursuant to Paragraph 3(g)[4] of this Order documents sufficient to show the operation of any aspects or elements of such instrumentalities the patent claimant relies upon as embodying any asserted claims.**

Documents that may correspond to this category are publicly available at http://www.haulstars.com/.

**Scheduling Order ¶4(f): All agreements, including licenses, transferring an interest in any asserted patent.**

The '057 and '288 Patents were assigned to Scorpcast, LLC by Elastic Minds, LLC on 9/22/2020. Those assignments are available for inspection at the Office of Williams Simons &

---

[3] Plaintiff believes this refers to paragraph 3(g) of the Scheduling Order.
[4] Plaintiff understand this refers to paragraph 3(h) of the Scheduling Order.

Landis PLLC.

**Scheduling Order ¶4(g): All agreements that the party asserting infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation.**

Plaintiff is not aware of any produced documents that may correspond to this category.

**Scheduling Order ¶4(h): All agreements that otherwise may be used to support the party asserting infringement's damages case.**

Documents that may correspond to this category have been produced at HSTARS_MGF_DEL_00000922-HSTARS_MGF_DEL_00000929, HSTARS_MGF_DEL_00001018-HSTARS_MGF_DEL_00001019,                                and HSTARS_MGF_DEL_00001709- HSTARS_MGF_DEL_00001753.

**Scheduling Order ¶4(i): If a party identifies instrumentalities pursuant to paragraph 3(g)[5] of this Order, documents sufficient to show marking of such embodying accused instrumentalities; and if the party wants to preserve the right to recover lost profits based on such products, the sales, revenues, costs, and profits of such embodying accused instrumentalities.**

HaulStars is a software company. HaulStars has employed the alternative marking provisions of 35 USCS § 287(a) as shown on http://www.haulstars.com/patents/ in order to put readers on notice of its patent rights.

**Scheduling Order ¶4(j): All documents comprising or reflecting a F/RAND commitment or agreement with respect to the asserted patent(s).**

Plaintiff is not aware of any produced documents that may correspond to this category.

Dated: December 9, 2021                              Respectfully submitted,

                                                     By: /s/ Michael Simons
                                                     Gregory B. Williams (#4195)
                                                     FOX ROTHSCHILD LLP
                                                     Citizens Bank Center
                                                     919N. Market Street, Suite 300
                                                     Wilmington, DE 19899

---

[5] Plaintiff understand this refers to paragraph 3(h) of the Scheduling Order.

Tel: 302-622-4211
gwilliams@foxrothschild.com

<u>Of Counsel:</u>
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
601 Congress Avenue, Suite 600
Austin, TX 78701
Tel: 512-543-1355
msimons@wsltrial.com

*Attorneys for Plaintiff Scorpcast, LLC*
*d/b/a HaulStars*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on December 9, 2021 with a copy of this document via electronic mail.

<u>*/s/ Michael Simons*</u>
Michael Simons

12

# EXHIBIT K

# VENABLE

VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

October 21, 2021

Jonathan M. Sharret

**T 212.218.2266**
**F 212.218.2200**
JSharret@Venable.com

**VIA E-MAIL**
Scorpcast Counsel
Williams Simons & Landis PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
haulstarscounsel@wsltrial.com

Re:     *Scorpcast, LLC dba HaulStars v. MG Freesites, Ltd, 1:20-cv-01012-CFC (D. Del.)*

Scorpcast Counsel:

I write to you regarding serious deficiencies in Scorpcast's September 10, 2021 infringement contentions. Taking the requirements of Paragraph 3 of the Scheduling Order (D.I. 33) in turn:

1. **The Infringement Contentions Do Not Comply with Scheduling Order ¶3(a) as They Do Not Specifically Identify Each Asserted Claim**

Paragraph 3(a) of the Scheduling Order states that the infringement contentions must contain the following information: "**Each claim of each asserted patent** that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. §271 asserted." (emphasis added).

The cover document to Scorpcast's infringement contentions ("Cover Document") contains a listing of which claims are asserted from each patent, but this listing does not align with the claims actually charted in the claim charts.

For example, on page 2 of the Cover Document, the asserted claims for the '780 Patent are identified as claims 20, 21, and 25. The title page of the '780 Patent's claim chart similarly identifies the asserted claims as claims 20, 21, and 25. However, the claim chart for the '780 Patent includes charts for claims 9, 10, 11, 12, 14, 15, 16, 20, 21, 22, 24, and 25. This causes confusion as to which claims are actually asserted from the '780 Patent. The same issue exists for the remaining patents-in-suit. *See, e.g.*, page 2 of the Cover Document listing the '063 Patent asserted claims as claims 1, 9, 11, 13, 18, 19, 20, 22, 24, 26, and 27 but the '063 Patent claim chart includes charts for claims 1, 2, 3, 4, 8, 9, 10, 11, 13, 18, 19, 20, 22, 24, 26, and 27.



October 21, 2021

You must provide a clear listing of which claims are asserted for each patent and claim charts that match this listing as required by Paragraph 3(a).

**2.  The Infringement Contentions Do Not Comply with Scheduling Order ¶3(b) as They Do Not Specifically Identify the Accused Instrumentality for Each Asserted Claim**

Paragraph 3(b) of the Scheduling Order states that the infringement contentions must contain the following information: "Separately for each asserted claim, each accused apparatus, product, device, process, method, act, website, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware. **This identification shall be as specific as possible**." (emphasis added).

The Cover Document identifies the Accused Instrumentalities on pages 3-5.  However, the title page of each patent's claim chart provides a different and inconsistent identification of the Accused Instrumentalities.

For example, compare the definition of the '780 Patent Accused Instrumentality in the Cover Document (emphasis added):

> The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the ***Defendants' [sic] sites***.

with the definition provided on the first page of the '780 Patent chart itself (emphasis added):

> The Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout ***the Pornhub Network of sites. The Pornhub Network includes the following Hubsites: Pornhub (www.pornhub.com), Redtube (www.redtube.com), and Thumbzilla (thumbzilla.com). To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '780 patent.***

This matter is further muddled by yet another definition provided in the Requests for Production served by you on October 13, 2021 (emphasis added):

> The term "Accused Instrumentalities" means all network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout ***Adult Sites***.
>
> ***The terms "Adult Site" or "Adult Sites" means any website where you upload, host, maintain, store, or participate in the creation or display of content that is viewable by***

**VENABLE** LLP

October 21, 2021

> *users of the internet. For avoidance of doubt, this term includes websites owned or operated by MG Freesites that make available on the internet pornographic content (e.g., Pornhub, PornhubPremium, Brazzers, MOFOS, Babes.com, Twistys.com, Men.com, RealitKings.com, DigitalPlayground.com, YouPorn, Redtube, Tube8, Thumbzilla, XTube, and ModelHub).*

You must provide a single, clear, and specific definition of the Accused Instrumentality for each asserted claim as required by Paragraph 3(b).

Please also explain what is meant on the first page of each claim chart by the statement "To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the [asserted patent]." We do not understand what distinction you are making between a website and an Accused Instrumentality. Without this understanding we cannot make sense of your infringement contentions (and may not be able to provide you with the discovery you are seeking).

You must clearly explain the distinction you are making between an Accused Instrumentality and a website and clearly delineate the metes and bounds of each so that we can understand your infringement contentions.

### 3. The Infringement Contentions Do Not Comply with Scheduling Order ¶3(c) as They Do Not Separately Chart the Accused Instrumentalities

Paragraph 3(c) of the Scheduling Order states that the infringement contentions must contain the following information: "**For each Accused Instrumentality, a separate chart** identifying specifically where and how each limitation of each asserted claim is found within each Accused Instrumentality, including for each limitation that such party contends is governed by 35 U.S.C. § 112(f), the identity of the structure(s), act(s), or material(s) in the Accused Instrumentality that performs the claimed function." (emphasis added).

The infringement contentions are clearly not in compliance with Paragraph 3(c) as you have not separately charted each Accused Instrumentality and have instead provided a single omnibus chart for each patent.

With respect to the '780, '063, '463, '519, '987, '278, and '738 Patents, you have improperly charted only the Pornhub website. The statement found on the front page of each chart for these patents that "The images used in this claim chart are images captured from Pornhub (www.pornhub.com). Through publicly available information, similar images are also uploaded through the Accused Instrumentalities to other Pornhub Network Hubsites." (*see* page 1 of Exhibits A-B, D-F, and H-I to the Infringement Contentions) is in opposition to what is explicitly required by Paragraph 3(c) and is insufficient to fulfill your obligation to provide "a separate chart" for each Accused Instrumentality.

3

# VENABLE LLP

October 21, 2021

Under Paragraph 3(c) you were required to separately chart each of the Accused Instrumentalities (*i.e.,* Pornhub, RedTube, and Thumbzilla) for each of these patents.  Because you have failed to do so and made no infringement allegations for the RedTube and Thumbzilla websites, these sites cannot be properly deemed Accused Instrumentalities for the '780, '063, '463, '519, '987, '278, and '738 Patents.

It should not be left to MG Freesites to guess which portions of the RedTube or Thumbzilla websites you contend are "similar" to those you have charted for the Pornhub website; these are different websites, each with a different look and feel, and Paragraph 3(c) requires you to separately identify how each Accused Instrumentality is alleged to infringe (*i.e.*, to "identify[] specifically where and how each limitation of each asserted claim is found within each Accused Instrumentality.").

With respect to the '057 and '288 Patents, for each of these patents you have improperly charted several Accused Instrumentalities together in a single chart.  Making matters worse, not every Accused Instrumentality is charted for each claim limitation and some Accused Instrumentalities are not charted at all:

- Most claim limitations are only charted for the Pornhub or Pornhub Premium websites.[1] *See, e.g.*, '057 Patent claim chart at 1[f]-1[g], 1[i]-1[j], and 1[l];

- For claim limitations where you have charted additional Accused Instrumentalities beyond the Pornhub or Pornhub Premium websites, you have not charted all the Accused Instrumentalities.  For example, for claim limitation 1[c] of the '057 Patent only the Pornhub Premium, Pornhub, ModelHub, Pornhub Live,[2] YouPorn, RedTube, Tube8, and XTube[3] websites are charted; and

- Most egregiously, nowhere in the charts for the '057 and '288 Patents is a single allegation made regarding the Brazzers, MOFOS, Babes.com, Twistys.com, Men.com, Reality Kings, and Digital Playground websites.

---

[1] The charts contain allegations regarding the ModelHub website, but these allegations are puzzling as ModelHub is not listed as an Accused Instrumentality.

[2] Pornhub Live is not a site that is managed by MG Freesites.  You were informed of this at least during Mr. Sabbagh's deposition.  *See* Sabbagh Tr. at 37:16-19 ("PornHubLive, for example, is not something that we manage. I don't think anybody in -- in the company manages that one.").

[3] The XTube website announced it was shutting down in July 2021 and has been shut down since at least September 2021.

**VENABLE** LLP

October 21, 2021

Again, MG Freesites should not be forced to speculate how you contend each Accused Instrumentality infringes. Each of the accused websites is different and has different features and functionalities. As just one example, a premium or subscription website may not have advertisements at all. This is why Paragraph 3(c) requires you to separately chart each Accused Instrumentality, so MG Freesites may be apprised of how you contend each Accused Instrumentality infringes. By charting only a single Accused Instrumentality or by lumping all of the Accused Instrumentalities into a single chart, MG Freesites is unable to determine what specific feature or functionality within each Accused Instrumentality is accused of meeting each claim limitation.

Under Paragraph 3(c) you were required to separately chart each of the Accused Instrumentalities (*i.e.,* Pornhub, Pornhub Premium, Brazzers, MOFOS, Babes.com, Twistys.com, Men.com, Reality Kings, DigitalPlayground.com, Pornhub Live, YouPorn, RedTube, Tube8, Thumbzilla, and XTube) for each of these patents. Because you have failed to do so and made no infringement allegations for the Brazzers, MOFOS, Babes.com, Twistys.com, Men.com, Reality Kings, and Digital Playground websites, these sites cannot be properly deemed Accused Instrumentalities for the '057 and '288 Patents.

Please let us know immediately if you intend to seek leave to amend your infringement contentions to provide separate charts for each Accused Instrumentality as required by Paragraph 3(c).

4. **The Infringement Contentions Do Not Comply with Scheduling Order ¶3(c) as They Do Not Identify Specifically Where and How Each Limitation of Each Asserted Claim is Found Within Each Accused Instrumentality**

As already noted, Paragraph 3(c) of the Scheduling Order states that the infringement contentions must contain the following information: "For each Accused Instrumentality, **a separate chart identifying specifically where and how each limitation of each asserted claim is found within each Accused Instrumentality**, including for each limitation that such party contends is governed by 35 U.S.C. § 112(f), the identity of the structure(s), act(s), or material(s) in the Accused Instrumentality that performs the claimed function." (emphasis added).

The provided claim charts lack sufficient detail from which it can be determined how each Accused Instrumentality is alleged to satisfy each limitation of each asserted claim.[4] To be clear, this is not an issue of sufficiency of proof or a disagreement over whether a particular feature or functionality of the Accused Instrumentality actually satisfies the relevant claim language. Rather, the issue is that for many claim elements there is simply no disclosure at all as to "specifically where and how"

---

[4] This is true because a separate claim chart was not provided for each Accused Instrumentality, but is additionally true as described in this section due to a lack of sufficient detail for those Accused Instrumentalities that are charted.

VENABLE LLP

October 21, 2021

these claim elements are "found within each Accused Instrumentality."

This problem is mainly caused by two related issues: (i) Scorpcast simply parrots the claim language verbatim without providing any indication as to **where** in the Accused Instrumentality Scorpcast contends the claim language can be found or **how** Scorpcast contends the Accused Instrumentality satisfies the claim language; and (ii) Scorpcast provides screenshots purportedly from the Accused Instrumentality with no context whatsoever or explanation as to what the screenshot is meant to show.  Providing an exhaustive list of such issues is not possible as the problem exists for nearly every claim limitation, but some salient examples follow.

The claim charts for the '463 and '519 Patents are particularly problematic as for nearly every limitation you have formulaically done the following: (i) repeat back the claim language, (ii) state "For example, the programmable code in Defendants' [sic] System allows for the following," and (iii) provide purported screenshots with absolutely no context or explanation.  One instance of this from the '463 Patent chart is shown below, but the entirety of these claim charts is similar:

| 1 [b] receiving, over the network, a first plurality of images, wherein a given image in the first plurality of images is associated with a respective segment in the first plurality of segments of the same first video file and comprises an image of a product that corresponds to a product displayed in the respective segment of the same first video file, the first plurality of images comprising a | The programmable code in Defendants' System at least receives, over the network, a first plurality of images, wherein a given image in the first plurality of images is associated with a respective segment in the first plurality of segments of the same first video file and comprises an image of a product that corresponds to a product displayed in the respective segment of the same first video file, the first plurality of images comprising a first image that is not an image from the first video file.<br><br>For example, the programmable code in Defendants' System allows for the following: |
|---|---|
| first image that is not an image from the first video file; | <br>https://www.pornhub.com/view_video.php?viewkey=ph58c9f081b66e4 |

In this particular example, the claim limitation expressly requires "receiving … a first plurality of images," "a given image in the first plurality of images is associated with a respective segment in

**VENABLE** LLP

October 21, 2021

the first plurality of segments of the same first video file," the given image "comprises an image of a product that corresponds to a product displayed in the respective segment of the same first video file," and "the first plurality of images comprising a first image that is not an image from the first video file." But the accompanying explanatory text simply repeats this verbatim without giving any explanation as to **where** each limitation is found in the Accused Instrumentality or **how** it is alleged that the Accused Instrumentality provides these limitations:

> The programmable code in Defendants' System at least receives, over the network, a first plurality of images, wherein a given image in the first plurality of images is associated with a respective segment in the first plurality of segments of the same first video file and comprises an image of a product that corresponds to a product displayed in the respective segment of the same first video file, the first plurality of images comprising a first image that is not an image from the first video file.

> For example, the programmable code in Defendants' System allows for the following:

The purported screenshots that follow are all provided "as is" with no explanation as to relevance, *i.e.*, what do you contend is shown in the screenshot that aligns with the claim language and **how** do you contend that the screenshot satisfies the claim language. MG Freesites is thus left to wonder what is the first plurality of images, what is the given image that is associated with a respective segment, what is the product that this image corresponds to, what is the image that is not from the video, etc.

This same problem is endemic throughout all of the claim charts as you simply recite verbatim claim language without any mapping between the claim language and the Accused Instrumentality. *See, e.g.*, '063 Patent claim chart at 1[f]; '463 Patent claim chart at 1[b]; '519 Patent claim chart at 1[e]; '987 Patent claim chart at 1[f]; '278 Patent claim chart at 1[f]; and '738 Patent claim chart at 1[f]; '057 Patent claim chart at 1[h]; and '288 Patent claim chart at 1[f].

A related problem is that many claim limitations are completely elided over in the claim charts without any explanation as to what portion of the Accused Instrumentality is alleged to satisfy this claim limitation or how the identified portion is alleged to do so. A handful of examples follow:

- Several claims include an "image" that is "not from the [] video" or "from a source other than the [] video." *See, e.g.*, claim 20 of the '780 Patent; claim 26 of the '063 Patent; claims 1, 11, and 21 of the '463 Patent; and claims 1, 9, and 16 of the '519 Patent. In each of these instances, the claim charts do not explain what is the image not from the video (or from a source other than the video) that is allegedly present in the Accused Instrumentality and how does the identified image satisfy the claim limitation (*i.e.*, how is it contended that the identified image is not from the video);

- Several claims include claim language such as "automatically presented" or "automatically display[s]," but no explanation is provided as to what is automatically presented/displayed

7

**VENABLE** LLP

October 21, 2021

or how you contend that something is automatically presented/displayed in the Accused Instrumentality. *See, e.g.,* claim 26 of the '063 Patent; claims 1, 9, and 16 of the '519 Patent;

- Several claims include claim language such as "display[] … at the same time" but no explanation is provided as to what is displayed at the same time or how you contend that something is displayed at the same time in the Accused Instrumentality. *See, e.g.,* claims 1 and 9 of the '063 Patent; claims 1, 11, and 21 of the '463 Patent;

- With respect to the '057 Patent, no explanation is provided as to where or how at least the following claim limitations are found in the Accused Instrumentalities: "threshold value or condition," "service and revenue participation," "calculate an advertisement score," "subsequent online community interaction," "calculate … a performance download score," "accounts established by members referred by said artist," and "apportion revenue"; and

- With respect to the '288 Patent, no explanation is provided as to where or how at least the following claim limitations are found in the Accused Instrumentalities: "communicate using a Voice over Internet Protocol communication mechanism," "custom radio station," "provide a search engine configured to enable users to access the custom radio station," "synchronize one or more of the plurality of media files of the media submitter with a remote system," "offline distribution of the performance data," "dynamically generate an offer," "a first predetermined threshold," "availability of at least one service," "dynamically generate a first offer of online and offline services," and "enable the provision of the online and offline services."

Finally, many claims contain "or" or "and/or" language. A non-exhaustive list includes: claim 20 of the '780 Patent states "an image not from the given video and/or text"; claim 26 of the '063 Patent states "a first image not from the first video and/or a first text"; claim 1 of the '519 Patent states "an upload of a first video or a link thereto"; claim 1 of the '987 Patent states "upload a first video or provide a link to the first video" and "an upload or a link to an image"; claim 1 of the '278 Patent states "upload a first video or provide a link to the first video" and "an upload indication for or a link to a first image"; and claim 1 of the '738 Patent states "upload a first video or provide a link to the first video" and "an upload indication for or a link to a first image." In each such instance, the claim charts do not clearly state whether Scorpcast is asserting that the first option or the second option or both the first and second options are present in the Accused Instrumentality. This makes it impossible to make sense of your allegations and understand how you contend infringement occurs.

Again, the specific examples provided above are exemplary only and intended to illustrate the broader problem of a lack of sufficient detail and explanation in each of the claim charts. As it stands, the claim charts do not provide sufficient notice as to where infringement is alleged to



October 21, 2021

occur in the Accused Instrumentalities or how it is alleged to occur.

Please let us know immediately if you intend to seek leave to amend your infringement contentions to provide a separate chart for each Accused Instrumentality that specifically identifies where and how each limitation of each asserted claim is found within each Accused Instrumentality as required by Paragraph 3(c).

5. **The Infringement Contentions Do Not Comply with Scheduling Order ¶3(d) as They Do Not Identify Each Claim Element Asserted To Be a Software Limitation**

Paragraph 3(d) of the Scheduling Order states that the infringement contentions must contain the following information: "**If a party claiming patent infringement asserts that a claim element is a software limitation**, the party need not comply with Paragraph 3(c) of this Scheduling Order for those claim elements until 45 days after source code for each Accused Instrumentality is produced by the opposing party." (emphasis added).

With respect to the '780, '063, '463, '519, '987, '278, and '738 Patents, you have asserted that the only claim elements subject to Paragraph 3(d) are those containing language such as "non-transitory memory storing programmatic code that when executed by the at least one processing device, cause the system to." For these claim elements, and only these claim elements, you have stated: "These contentions will also be informed by the source code from Defendants' [sic] System. Plaintiff may supplement these contentions after Defendants [sic] produce the source code for Defendant's [sic] System. See Scheduling Order paragraph 3(d)." *See, e.g.*, '738 Patent chart at claim element 1[c].

This is improper and is not in compliance with what is required by Paragraph 3(d), which dictates that each and every claim element that you contend is a software limitation must be identified. Asserting that an introductory element containing the words "programmatic code" is a software limitation, with nothing further, is improper as it fails to provide adequate notice of which of the claim elements that follow you contend are software limitations (and by extension it fails to provide notice as to whether you are complying with Paragraph 3(c) now or after production of source code).[5]

Please let us know immediately if you intend to seek leave to amend your infringement contentions to provide an identification on a claim element by claim element basis of which claim elements you contend are software limitations as required by Paragraph 3(d).

---

[5] No identification of software limitations or the need for source code was made for the '057 and '288 Patents under Paragraph 3(d) and therefore these charts must already be in compliance with Paragraph 3(c) under the terms of the Scheduling Order.



October 21, 2021

**6. <u>The Infringement Contentions Do Not Comply with Scheduling Order ¶3(e) as They Do Not Describe the Acts of the Alleged Indirect Infringer That Contribute to or Are Inducing Direct Infringement</u>**

Paragraph 3(e) of the Scheduling Order states that the infringement contentions must contain the following information: "For each claim alleged to have been indirectly infringed, an identification of any direct infringement and **a description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement**. Insofar as alleged direct infringement is based on joint acts of multiple parties, the role of each such party in the direct infringement must be described." (emphasis added).

The claim charts contain no allegations of indirect infringement, no identification of the direct infringer for purposes of indirect infringement or how they are alleged to directly infringe, and no identification of the indirect infringer and what actions allegedly contribute to or induce the direct infringement.

Page 6 of the Cover Document only states the following with respect to indirect infringement: "[U]sers of the Accused Instrumentalities directly infringe the Asserted Patents through use of Defendants' [sic] Systems. Defendants [sic] contribute to and/or induce users to directly infringe by having made, using, importing, providing, supplying, distributing, selling, or offering to sell the Accused Instrumentalities." This is not a sufficient "identification of any direct infringement" as there is no information provided whatsoever as to how "users" directly infringe the asserted claims, many of which relate to a system and contain limitations concerning what the system does (*e.g.*, receive [] or provide[]). As such, more must be provided to explain how the claims are directly infringed by a third-party user purportedly using the Accused Instrumentalities who is not alleged to be involved in, for example, the making of the Accused Instrumentalities.

Moreover, you have provided no "description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement." Your lone statement that "Defendants [sic] contribute to and/or induce users to directly infringe by having made, using, importing, providing, supplying, distributing, selling, or offering to sell the Accused Instrumentalities" is, at best, a conflation of direct infringement with indirect infringement. *Compare* § 271(a) with §§ 271(b) and (c). You were required to specifically state what you allege MG Freesites has done that is an act of contributory or induced infringement.

Please let us know immediately if you intend to seek leave to amend your infringement contentions to provide an identification of the direct infringement and a description of the acts of MG Freesites that you allege contribute to or are inducing that direct infringement as required by Paragraph 3(e).



October 21, 2021

**7. <u>The Infringement Contentions Contain Different Priority Claims For the Patents-in-Suit Than What Scorpcast Provided in the Western District of Texas</u>**

Paragraph 3(g) of the Scheduling Order states that the infringement contentions must contain the following information: "For any patent that claims priority to an earlier application, **the priority date to which each asserted claim is alleged to be entitled**." (emphasis added).

On Pages 6-7 of the Cover Document you indicated that the earliest application to which the asserted claims of the '780, '063, '463, '519, '987, '278, and '738 Patents claim priority is application 13/449,610, which was filed on April 18, 2012 and that the earliest application to which the asserted claims of the '057 and '288 Patents claim priority is application 60/836,465, which was filed on August 8, 2006.

Yet, in the Western District of Texas, in your Supplemental Disclosure of Asserted Claims and Preliminary Infringement Contentions, served January 22, 2021, you indicated that the asserted claims of the '780, '063, '463, '519, '987, '278, and '738 Patents are entitled to a priority date of July 19, 2007 and the '057 and '288 Patents are entitled to a priority date of November 4, 2002.

This information, taken together, appears to be inconsistent and we do not understand which priority date you believe is applicable for each of the asserted claims.

You must clarify what priority date you contend each asserted claim is entitled to as required by Paragraph 3(g).

\*     \*     \*

Let us know by <u>close of business Monday, October 25</u>: (i) if you will provide the information requested above relating to Paragraphs 3(a), (b), and (g); and (ii) if you will seek leave to amend your infringement contentions to correct the deficiencies identified above relating to Paragraphs 3(c), (d), and (e).

Please also provide at that time your availability to meet and confer regarding this letter.

Sincerely,

Jonathan M. Sharret

# EXHIBIT L



VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

January 20, 2022

Ralph A. Dengler

**T** 212.503.0655
**F** 212.307.5598
**E** RADengler@Venable.com

**VIA EMAIL**
Scorpcast Counsel
Williams Simons & Landis PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, Texas 78701
haulstarscounsel@wsltrial.com

Re:     ***Scorpcast, LLC dba HaulStars v. MG Freesites Ltd*, 1:20-cv-01012-CFC (D. Del.)**

Scorpcast Counsel:

We write to remind you of the serious deficiencies in your infringement allegations relating to U.S. Patent No. 10,354,288 (the "'288 Patent"). In the infringement contentions, Scorpcast relies ***solely*** on PornHubLive for certain claim limitations (1[f] & 1[p]), as shown below:

| 1[f]: enable users to communicate using a Voice over Internet Protocol communication mechanism; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable users to communicate using a Voice over Internet Protocol communication mechanism via an online profile page of the media submitter.<br><br>For example, media submitters to PornHubLive, may communicate via a webcam, providing voice and video streaming over internet protocol. For example, PornhubLive allows users to communicate using a voice over internet protocol mechanism. |
|---|---|

Page 36 of 101

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
|  | You can also participate in voice-to-voice chat with performers who have chosen to offer this option via our confidential phone system (Note that not all performers have this option enabled). You must be in an exclusive chat session with the performer to use this service. Most performers who have voice-to-voice chat enabled will have an icon indicating that they offer this service on the homepage. You can also ask the performer if phone chat is an option and whether or not they are willing to enable the feature for you.<br><br>https://www.pornhublive.com/customer-service/faq.html?langchoice=en |
| 1[g]: provide a | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application |



January 20, 2022
Page 2

. . .



Exhibit G to "PLAINTIFF SCORPCAST, LLC dba HAULSTARS INITIAL DISCLOSURE OF ASSERTED CLAIMS, INFRINGEMENT CONTENTIONS AND PRODUCTION OF DOCUMENTS," served September 10, 2021.

*See also*:

# VENABLE LLP

January 20, 2022
Page 3

| 1[f]: enable users to communicate using a Voice over Internet Protocol communication mechanism; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable users to communicate using a Voice over Internet Protocol communication mechanism via an online profile page of the media submitter.

For example, media submitters to PornhubLive, may communicate via a webcam, providing voice and video streaming over internet protocol.  For example, PornhubLive allows users to communicate using a voice over internet protocol mechanism. |

Page 36 of 104

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| | You can also participate in voice-to-voice chat with performers who have chosen to offer this option via our confidential phone system (Note that not all performers have this option enabled). You must be in an exclusive chat session with the performer to use this service. Most performers who have voice-to-voice chat enabled will have an icon indicating that they offer this service on the homepage. You can also ask the performer if phone chat is an option and whether or not they are willing to enable the feature for you.

https://www.pornhublive.com/customer-service/faq.html?langchoice=en. |
| 1[g]: provide a | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application |

. . .

| 1[p]: enable a communication between the media submitter and one or more users; | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application specific integrated circuit configured to enable a communication between the media submitter and one or more users.

For example, Defendants' System allows for communication between media submitters and users.  For example, media submitters on PornhubLive and users communicate online via audio and text.

You can also participate in voice-to-voice chat with performers who have chosen to offer this option via our confidential phone system (Note that not all performers have this option enabled). You must be in an exclusive chat session with the performer to use this service. Most performers who have voice-to-voice chat enabled will have an icon indicating that they offer this service on the homepage. You can also ask the performer if phone chat is an option and whether or not they are willing to enable the feature for you.

https://www.pornhublive.com/customer-service/faq.html?langchoice=en. |

Page 85 of 104

**EXHIBIT G**

**Infringement Contentions for U.S. Patent No. 10,354,288**

| Claim 1 | Infringing Method/System/Product |
|---|---|
| 1[q]: at least partly | Defendants' System comprises at least microprocessors, programable digital signal processors, and an application |



January 20, 2022
Page 4

Exhibit G to "PLAINTIFF SCORPCAST, LLC dba HAULSTARS SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS, INFRINGEMENT CONTENTIONS AND PRODUCTION OF DOCUMENTS," served December 9, 2021.

As set forth in Mr. Sharret's October 21, 2021 Letter (on page 4, footnote 2) and MG Freesites' PRELIMINARY INVALIDITY CONTENTIONS served October 25, 2021 (on page 494), **MG Freesites does not own or operate PornHubLive**.  This information has been publicly available for several years.  *See, e.g.*, https://whois.domaintools.com/pornhublive.com; https://web.archive.org/web/20190206222653/https://www.whois.com/whois/pornhublive.com (printouts of which are attached as Exhibit A to this Letter).

**We respectfully request that Scorpcast dismiss forthwith its infringement allegations regarding the '288 Patent.**  Otherwise, we will seek to strike these (and any related PornHubLive allegations) as part of the infringement contentions dispute before the Court (D.I.100).  We also will seek our attorneys' fees if Scorpcast maintains these meritless allegations.

Kindly provide your response by close of business on January 21, 2022, in view of MG Freesites January 24, 2022 deadline (D.I. 101).  And if you are unwilling to dismiss these allegations, please provide your basis(es) for originally alleging—and now maintaining—that MG Freesites infringes the '288 Patent, specifically claim limitations 1[f] and 1[p].

Sincerely,


*/s Ralph A. Dengler*
Ralph A. Dengler


Encl.

# Exhibit A

The Wayback Machine - https://web.archive.org/web/20190206222653/https://www.whois.com/whois/pornhublive

LIGHTNING SALE    **30% OFF** ON **WEB HOSTING!**    ENDS: **25:31:49**    BUY



HOME    DOMAINS    WEBSITES    HOSTING    CLOUD    EMAIL    SECURITY    WHOIS    SUPPORT

# pornhublive.com

Updated 15 days ago 

## Domain Information

| | |
|---|---|
| Domain: | pornhublive.com |
| Registrar: | TLDS L.L.C. d/b/a SRSPlus |
| Registered On: | 2008-05-28 |
| Expires On: | 2019-05-28 |
| Updated On: | 2018-05-29 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.flyingcroc.net<br>ns2.flyingcroc.net |

## Registrant Contact

| | |
|---|---|
| Name: | Domain Manager |
| Organization: | ICF Technology, Inc |
| Street: | PO Box 21508 |
| City: | Seattle |
| State: | WA |
| Postal Code: | 98111 |
| Country: | US |
| Phone: | +1.2063740374 |
| Email: | email@icftechnology.com |

## Administrative Contact

| | |
|---|---|
| Name: | Domain Manager |
| Organization: | ICF Technology, Inc |

.live

$23.88    $1

BUY NOW

*Offer ends 28th Februa

On Sale!

 .onli

.ONLINE @ $5.2



| | |
|---|---|
| Street: | PO Box 21508 |
| City: | Seattle |
| State: | WA |
| Postal Code: | 98111 |
| Country: | US |
| Phone: | +1.2063740374 |
| Email: | email@icftechnology.com |

## Technical Contact

| | |
|---|---|
| Name: | Domain Manager |
| Organization: | ICF Technology, Inc |
| Street: | PO Box 21508 |
| City: | Seattle |
| State: | WA |
| Postal Code: | 98111 |
| Country: | US |
| Phone: | +1.2063740374 |
| Email: | email@icftechnology.com |

## Raw Whois Data

```
Domain Name: pornhublive.com
Registry Domain ID: 1482163309_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.srsplus.com
Registrar URL: http://srsplus.com
Updated Date: 2013-06-03T21:36:55Z
Creation Date: 2008-05-28T20:59:15Z
Registrar Registration Expiration Date: 2019-05-28T20:59:15Z
Registrar: TLDS LLC. d/b/a SRSPlus
Registrar IANA ID: 320
Reseller:
Domain Status: clientTransferProhibited
http://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Manager
Registrant Organization: ICF Technology, Inc
Registrant Street: PO Box 21508
Registrant City: Seattle
Registrant State/Province: WA
Registrant Postal Code: 98111
Registrant Country: US
Registrant Phone: +1.2063740374
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: email@icftechnology.com
Registry Admin ID:
```

```
Admin Name: Domain Manager
Admin Organization: ICF Technology, Inc
Admin Street: PO Box 21508
Admin City: Seattle
Admin State/Province: WA
Admin Postal Code: 98111
Admin Country: US
Admin Phone: +1.2063740374
Admin Phone Ext.:
Admin Fax:
Admin Fax Ext.:
Admin Email: ⊠email@icftechnology.com
Registry Tech ID:
Tech Name: Domain Manager
Tech Organization: ICF Technology, Inc
Tech Street: PO Box 21508
Tech City: Seattle
Tech State/Province: WA
Tech Postal Code: 98111
Tech Country: US
Tech Phone: +1.2063740374
Tech Phone Ext.:
Tech Fax:
Tech Fax Ext.:
Tech Email: ⊠email@icftechnology.com
Name Server: ns2.flyingcroc.net
Name Server: ns1.flyingcroc.net
DNSSEC: Unsigned
Registrar Abuse Contact Email: @web.com
Registrar Abuse Contact Phone: +1.8773812449
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-01-22T00:30:36Z <<<

For more information on Whois status codes, please visit https:
//www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.

The data in SRSPlus's WHOIS database is provided to you by
SRSPlus for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record.  SRSPlus makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to SRSPlus (or its systems).  The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of SRSPlus.
SRSPlus reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
```

## related domain names

srsplus.com    web.com    icann.org    flyingcroc.net    icftechnology.com    internic.net

**Domains**

Register Domain Name

**Hosting & Products**

Linux Hosting

**Infrastructure**

Datacenter Details

**Follow Us**

| Transfer Domain Name | Windows Hosting | Hosting Security |
| View Domain Pricing | WordPress Hosting | 24 x 7 Servers Monitoring |
| Whois Lookup | Linux Reseller Hosting | Backup and Recovery |
| Name Suggestion Tool | Windows Reseller Hosting | |
| Free with Every Domain | Dedicated Servers | **Support** |
| Domain Offers | Managed Servers | View Knowledge Base |
| | Cloud Hosting | Contact Support |
| | Website Builder | Report Abuse |
| | Business Email | About Whois |
| | Enterprise Email | |
| | G Suite | |
| | SSL Certificates | |
| | Sitelock | |

LOGIN    OR    CREATE AN

Copyright © Whois.com. All rights reserved

Privacy Policy |

HOME   RESEARCH

PROFILE ☐   CONNECT ☐   MONITOR ☐   SUPPORT   WHOIS ☐                                    LOGIN

Home  >  Whois Lookup  >  PornHubLive.com

## Whois Record for PornHubLive.com

### ☐ Domain Profile

| | |
|---|---|
| **Registrant** | Domain Manager |
| **Registrant Org** | ICF Technology, Inc |
| **Registrant Country** | us |
| **Registrar** | TLDS LLC. d/b/a SRSPlus TLDS L.L.C. d/b/a SRSPlus<br>IANA ID: 320<br>URL: http://srsplus.com,http://www.srsplus.com<br>Whois Server: whois.srsplus.com<br><br>abuse@web.com<br>(p) 18773812449 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 4,569 days old<br>Created on 2008-05-28<br>Expires on 2021-05-28<br>Updated on 2013-06-03 |
| **Name Servers** | NS1.FLYINGCROC.NET (has 2,660 domains)<br>NS2.FLYINGCROC.NET (has 2,660 domains) |
| **Tech Contact** | Domain Manager<br>ICF Technology, Inc<br>PO Box 21508,<br>Seattle, WA, 98111, us<br><br>hostmaster@icftechnology.com<br>(p) 12063740374 |
| **IP Address** | 207.246.147.249 - 35 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Washington - Seattle - Accretive Networks |
| **ASN** | 🇺🇸 AS11608 ATG-11608, US (registered Jun 21, 2001) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 23 changes on 23 unique IP addresses over 12 years |
| **Registrar History** | 2 registrars |
| **Hosting History** | 1 change on 2 unique name servers over 12 years |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

### Tools

**Hosting History**

**Visit Website**

☐ **Preview the Full Domain Report**

**View Screenshot History**

### Available TLDs

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

 Taken domain.
 Available domain.
 Deleted previously owned domain.

| | |
|---|---|
| PornHubLive.com | View Whois |
| PornHubLive.net | View Whois |
| PornHubLive.org | View Whois |
| PornHubLive.info | Buy Domain |
| PornHubLive.biz | View Whois |
| PornHubLive.us | View Whois |

## Website

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |
| **Response Code** | 500 |

### Whois Record ( last updated on 2020-11-30 )

```
Domain Name: pornhublive.com
Registry Domain ID: 1482163309_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.srsplus.com
Registrar URL: http://srsplus.com
Updated Date: 2013-06-03T21:36:55Z
Creation Date: 2008-05-28T20:59:15Z
Registrar Registration Expiration Date: 2021-05-
28T20:59:15Z
Registrar: TLDS LLC. d/b/a SRSPlus
Registrar IANA ID: 320
Reseller:
Domain Status: clientTransferProhibited http://icann.org/
epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Manager
Registrant Organization: ICF Technology, Inc
Registrant Street: PO Box 21508
Registrant City: Seattle
Registrant State/Province: WA
Registrant Postal Code: 98111
Registrant Country: US
Registrant Phone: +1.2063740374
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: hostmaster@icftechnology.com

Registry Admin ID:
Admin Name: Domain Manager
Admin Organization: ICF Technology, Inc
Admin Street: PO Box 21508
Admin City: Seattle
Admin State/Province: WA
Admin Postal Code: 98111
Admin Country: US
Admin Phone: +1.2063740374
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: hostmaster@icftechnology.com
Registry Tech ID:
Tech Name: Domain Manager
Tech Organization: ICF Technology, Inc
Tech Street: PO Box 21508
Tech City: Seattle
Tech State/Province: WA
Tech Postal Code: 98111
Tech Country: US
Tech Phone: +1.2063740374
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: hostmaster@icftechnology.com
Name Server: ns2.flyingcroc.net
```

Domain names with UNLIMITED...
WEB HOSTING

```
Name Server: ns1.flyingcroc.net
DNSSEC: Unsigned
Registrar Abuse Contact Email:   abuse@web.com
Registrar Abuse Contact Phone: +1.8773812449
URL of the ICANN WHOIS Data Problem Reporting System: htt
p://wdprs.internic.net/

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en.
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2020 DomainTools

# EXHIBIT M



**Michael Simons**
Williams Simons & Landis
PLLC
Direct: 512.543.1355
msimons@wsltrial.com

November 5, 2021

Jonathan M. Sharret
Venable LLP
1270 6th Avenue, 24th Floor
New York, NY 10020
JSharret@Venable.com

Re:     *MG Freesites, Ltd v. Scorpcast, LLC d/b/a/ HaulStars, 1:20-cv-01012-CFC*

Mr. Sharret,

        We have received and thank you for your letter dated October 21, 2021.  We respond to your inquiries regarding HaulStars' disclosures under Paragraph 3 of the Scheduling Order in turn:

**Scheduling Order 3(a)**

        As you note, Paragraph 3(a) of the Scheduling Order states that the "Disclosure of Asserted Claims and Infringement Contentions" shall contain "Each claim of each asserted patent that is allegedly infringed by each opposing party."  HaulStars disclosed the asserted claims of each patent, at least in the claim carts provided to you in Exhibits A-I of HaulStars infringement contentions, but inadvertently did not list several claims from those claim charts in the cover document table you reference.  To be clear, the table below provides a full list of asserted claims for each patent (each of which HaulStars has already provided a claim chart for, pursuant to Paragraph 3(c)).

| Asserted Patent | Infringed Claims | 35 U.S.C. §271 Section Asserted |
|---|---|---|
| '780 Patent | 9, 10, 11, 12, 14, 15, 16, 20, 21, 22, 24, 25 | §271 (a), (b) |
| '063 Patent | 1, 2, 3, 4, 8, 9, 10, 11, 13, 18, 19, 20, 22, 24, 26, 27 | §271 (a), (b) |
| '057 Patent | 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 15, 16, 19, 20 | §271 (a), (b) |
| '463 Patent | 1, 5, 6, 7, 8, 10, 11, 15, 16, 17, 18, 19, 20, 21, 25, 26, 27, 28, 29, 30 | §271 (a), (b) |
| '519 Patent | 1, 2, 3, 4, 5, 6, 9, 10, 11, 12, 13, 16, 17, 18, 19 | §271 (a), (b) |
| '987 Patent | 1, 2, 3, 4, 5, 6, 7, 9, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30 | §271 (a), (b) |

**The Littlefield Building, 601 Congress Ave., Suite 600, Austin, Texas 78701**

| '288 Patent | 1, 2, 3, 4, 5, 6, 7, 8 | §271 (a), (b) |
| '278 Patent | 1, 2, 3, 4, 5, 6, 7, 12, 13, 14, 16, 17, 18, 19, 23, 24, 25, 27, 30 | §271 (a), (b) |
| '738 Patent | 1, 2, 3, 4, 5, 6, 7, 12, 13, 14, 15, 16, 17, 18, 22, 23, 24 | §271 (a), (b) |

**HaulStars Has Provided an Identification of the Accused Instrumentalities Under Paragraph 3(b)**

As you are aware, HaulStars Infringement Contention's cover document lists the Accused Instrumentalities for each asserted patent at pages 3-5.  It's not clear why you believe the claim charts that HaulStars has provided for each patent contain an "inconsistent" identification of the Accused Instrumentalities.  Taking your example of the '780 patent, the Cover Document identifies "network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Defendants' sites" as Accused Instrumentalities.  The '780 claim chart further specifies Defendants' sites which are referenced in the Accused Instrumentalities for that patent, namely, the "Pornhub Network" of sites: pornhub.com, redtube.com, and thumbzilla.com.

Defendants' sites, in and of themselves, are not the Accused Instrumentalities.  As HaulStars clearly defined in its Infringement Contentions, the Accused Instrumentalities include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout Defendants' sites.

**HaulStars Has Elaborately Charted the Accused Instrumentalities in Compliance With Paragraph 3(c)**

Your belief that HaulStars has not provided a claim chart for each Accused Instrumentality appears to stem from the same misunderstanding you had of what constitutes the Accused Instrumentalities.  You claim that HaulStars was required to "separately chart each of the Accused Instrumentalities (*i.e.,* Pornhub, RedTube, and Thumbzilla)" for each patent, but HaulStars has <u>not</u> identified these sites individually as the Accused Instrumentalities. As was stated in HaulStars' Infringement Contentions, the Accused Instrumentalities <u>include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content</u> throughout the Pornhub Network of sites.

You further claim that HaulStars "improperly charted several Accused Instrumentalities" in the '057 and '288 patents claim charts, but the Accused Instrumentalities are defied in those claim charts to "include network user interfaces and other computerized functionality used to upload content, tag content, and otherwise manipulate content, and that are used to distribute that content throughout the Pornhub Network of sites.  The Pornhub Network includes the following Hubsites:  Pornhub  (www.pornhub.com);  PornhubPremium  (www.pornhubpremium.com); Brazzers  (www.brazzers.com);  MOFOS  (www.mofos.com);  Babes.com  (www.babes.com); Twistys.com  (www.twistys.com);  Men.com  (www.men.com);  RealityKings (www.realitykings.com);  DigitalPlayground.com  (www.digitalplayground.com);  PornhubLive

(www.PornhubLive.com); YouPorn (www.youporn.com); RedTube (www.redtube.com); Tube8 (www.tube8.com); Thumbzilla (www.thumbzilla.com); and XTube (www.xtube.com).  To be abundantly clear, HaulStars is not accusing the Hubsites by themselves of infringing the '057 patent." *See* Exhibit C at 1.  Haulstars' inclusion of those websites through the claim charts does not "force[] [you] to speculate how [HaulStars] contends each Accused Instrumentality infringes."

And "the burden of specifically identifying accused devices [which] is on the plaintiff— is not present as [Plaintiff] specifically identified the [Accused Instrumentalities] which it believes contain infringing features and for which it seeks discovery." *High 5 Games, LLC v. Marks,* 2019 U.S. Dist. LEXIS 59254, *24, 2019 WL 1499769 (D. N.J. April 5, 2019).  As in *High 5 Games,* HaulStars Infringement Contentions are appropriate as they "seek information on products using the specific [features], which are the same features [Plaintiff] alleges were infringed by Defendants in [Plaintiff's] prior Infringement Contentions.  *Id.*

**HaulStars Infringement Contentions Specify Where and How Each Limitation of Each Asserted Claim is Found.**

For each element of each asserted claim, HaulStars provides where and how those elements are met in the Accused Instrumentalities.  Taking you example of element 1[b] from the '463 claim chart, HaulStars provides five screen shots that put you on notice as to where and how the claim element is found in the Accused Instrumentalities.  HaulStars does not intend to seek leave to amend its infringement contentions, as you are plainly on notice of HaulStars' theories of infringement.

**HaulStars Has Complied With Scheduling Order 3(d)**

HaulStars has identified the claim elements for which it claims are software limitations. HaulStars is thus in compliance with Paragraph 3(d).  Your contention otherwise appears to be a desire that HaulStars label further elements as software limitations.  But these are HaulStars' claims and Infringement Contentions, not MG Freesites.

**HaulStars Has Complied With Scheduling Order 3(e)**

You claim HaulStars has provided "no information [] whatsoever" as to how the asserted claims are directly infringed, or "description of the acts of the alleged indirect infringer that contribute to or are inducing that direct infringement."  But this is belied by 1,063 pages of infringement contentions provided to you by HaulStars.  HaulStars has alleged that MG Freesites is inducing infringement through the acts provided in those claim charts.  As such, HaulStars does not plan to seek leave to amend its Infringement Contentions at this time.

**Priority of Claims for the Patents-in-Suit**

Pursuant to Scheduling Order 3(g), HaulStars has provided information regarding the earliest applications to which the asserted patents claim priority.  As you know, the '780, '063,

'463, '519, '987, '278, and '738 patents are entitled to a priority date of July 19, 2007, and the '057 and '288 Patents are entitled to a priority date of November 4, 2002.


Sincerely,


Michael Simons

# EXHIBIT N

# VENABLE

VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

October 29, 2021

Jonathan M. Sharret

**T 212.218.2266**
**F 212.218.2200**
JSharret@Venable.com

**<u>VIA E-MAIL</u>**
Scorpcast Counsel
Williams Simons & Landis PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
haulstarscounsel@wsltrial.com

Re:     *Scorpcast, LLC dba HaulStars v. MG Freesites, Ltd, 1:20-cv-01012-CFC (D. Del.)*

Scorpcast Counsel:

I write to you regarding Scorpcast's insufficient responses and improper objections to MG
Freesites's Interrogatories Nos. 1-12.

Simply put, Scorpcast has failed to adequately respond to **<u>any</u>** of MG Freesites's interrogatories.
Instead, Scorpcast has put forward formulaic objections that often have no relation to the
underlying interrogatory and has refused to provide answers by unilaterally declaring that the
requested information is the subject of expert discovery.  More specifically:

- The objections you have made to each interrogatory are boilerplate and do not adequately
  explain what portion of the interrogatory is objectionable or why.  *See* FRCP 33(b)(4)
  ("The grounds for objecting to an interrogatory must be stated with specificity. Any ground
  not stated in a timely objection is waived unless the court, for good cause, excuses the
  failure.").  Moreover, you appear to have provided rote, "copy-paste" objections that are
  identical for every interrogatory.  In fact, for Interrogatories Nos. 3-12, you have **<u>copied
  your objections wholesale</u>** from Interrogatory No. 1—"HaulStars objects to this
  Interrogatory as  overly  broad,  unduly  burdensome,  vague,  ambiguous,  and  neither
  proportional to the needs of the case nor reasonably calculated to lead to the discovery of
  admissible evidence,[1] including the use of the vague and ambiguous terms 'dates of any

---

[1] This boilerplate objection is also improper as "reasonably calculated to lead to the discovery of
admissible evidence" was removed from FRCP 26 back in 2015 specifically because "[t]he phrase
has been used by some, incorrectly, to define the scope of discovery."  *See* Committee Notes of
Rules – 2015 Amendment.  FRCP 26(b)(1) currently reads "Information within this scope of
discovery need not be admissible in evidence to be discoverable."



October 29, 2021

subsequent diligence,' and 'supporting events.'"—even though Interrogatories Nos. 3-12 **seek entirely different information** and do not inquire into "dates of any subsequent diligence" or "supporting events." This is entirely inappropriate and demonstrates the lack of care and attention that went into Scorpcast's objections and responses.

- For Interrogatory Nos 1-2, 6, and 8-12 you have refused to provide a substantive answer and have indicated that you will not provide your answer during fact discovery but will instead withhold any supplementation until expert discovery (*e.g.*, the response "…will be supplemented by HaulStars' forthcoming Expert Reports to be served pursuant to the Scheduling Order (D.I. 33)."). First, Scorpcast cannot avoid the obligation of responding to interrogatories on the basis that the requested information will be provided later in an expert report. This is the case even for contention interrogatories, including those seeking damages-related information. *See IOENGINE, LLC v. PayPal Holdings, Inc*., C.A. No. 18-452-WCB (D.I. 344), at *4-5 (D. Del. Oct. 22, 2021) (J. Bryson, sitting by designation) (citing *Personal Audio, LLC v. Google LLC*, C.A. 17-1751-CFC-CJB, 2018 WL 4502002, at *1-2 (D. Del. Sept. 20, 2018) ("[T]he defendant was 'entitled to . . . damages information' such as 'information about [the plaintiff's] damages contentions,' 'factual information,' and 'identification of documents currently known to [the plaintiff]' as part of fact discovery. . . [P]laintiff could postpone providing 'an actual final calculation of damages' until its expert report was served, but that the factual grounds for the damages claim had to be produced, if properly requested, at the fact discovery stage.") (pincites removed)); *see also id.* at *4 ("[C]ontention interrogatories serve the useful function of 'enable[ing] the requesting party to understand what the opposing party's theory of liability or defense at trial will be, and thereby help clarify and simplify the issues in advance of the trial.'" (citing to *Woods v. DeAngelo Marine Exhaust, Inc.*, 692 F.3d 1272, 1280 (Fed. Cir. 2012)). As such, these interrogatories must be supplemented immediately with responsive information.

- Many of the interrogatories (*e.g.*, Interrogatory Nos. 1-5, 7, and 12) seek factual information already known to Scorpcast and wholly within its possession, custody, and control. For example: Interrogatory No. 1 seeks information relating to conception, diligence, and reduction to practice; Interrogatory Nos. 2 and 4 seek information relating to the HaulStars Product; Interrogatory No. 3 seeks information relating to rights in the Asserted Patents and Related Patents; Interrogatory No. 5 seeks information relating to valuations or offers to purchase the Asserted Patents; Interrogatory No. 7 seeks information relating to financing or funding for the litigation; and Interrogatory No. 12 seeks information relating to written description support for the Asserted Claims. Because all relevant information for answering these interrogatories rests with Scorpcast there is no reason why you cannot provide full responses now.

- For Interrogatory Nos. 1, 6, 11, and 12 your answer states that the "relevant, non-privileged

2

# VENABLE LLP

October 29, 2021

information sought by this Interrogatory has already been provided to Defendant by HaulStars in its Infringement Contentions, served on September 10, 2021." First, this response is improper as even if the Infringement Contentions were being identified pursuant to FRCP 33(d) (and you have not indicated in your responses that you have done this), you must still "specify[] the records that must be reviewed, **in sufficient detail** to enable the interrogating party to locate and identify them as readily as the responding party could" (emphasis added), which you have plainly not done. Pointing to your entire contentions and leaving it as an exercise to MG Freesites to find what information could be relevant to these interrogatories is inappropriate burden-shifting (FRCP 33(d) may only be used when "the burden of deriving or ascertaining the answer will be substantially the same for either party") and provides no notice to MG Freesites as to what portions of the contentions you believe are responsive. Moreover, the answers are simply not found in your Infringement Contentions,[2] which contain no information regarding conception, diligence, and reduction to practice (Interrogatory No. 1), facts supporting your accusation of indirect infringement (Interrogatory No. 6), indicia of non-obviousness (Interrogatory No. 11), or written description support for the Asserted Claims (Interrogatory No. 12). These responses should be supplemented immediately.

- For Interrogatory No. 1, which seeks information relating to conception, diligence, and reduction to practice, you cannot withhold this information in the litigation while simultaneously putting forward public declarations in IPR proceedings seeking to move back the priority date by multiple years. This information must be provided immediately.

- For Interrogatory No. 2, Mr. Avedissian testified at his September 27, 2021 deposition that various versions of the HaulStars Product exist, including at least wireframe, alpha, beta, and market versions. *See, e.g.*, Avedissian 9/27/21 Tr. at 112:14-117:1. Mr. Sreenath testified at his September 28, 2021 deposition that the source code for the HaulStars Product was changed over time and currently exists. *See, e.g.*, Sreenath 9/28/21 Tr. at 120:22-121:16. And document HSTARS_MGF_DEL_00023874 (which you have identified pursuant to FRCP 33(d)) is entitled "Information Architecture Documentation" and is denoted as version 4.5. The second page of this document references a version 4.2, a version 4.1, and version 3.x. Clearly multiple versions of the HaulStars Product existed and your objections that you do not understand what "each version" means and cannot make sense of our request for the "features" and "functionalities" of these versions are baseless. Moreover, your response that "HaulStars is a software company. Information about HaulStars software is publicly available at http://www.haulstars.com/" is non-responsive at least because the website, as you know, does not contain the requested information. A responsive answer must be provided.

---

[2] Scorpcast's Infringement Contentions are woefully deficient as set forth in my letter dated October 21, 2021.

# VENABLE LLP

October 29, 2021

- For Interrogatory No. 3, your response has ignored much of what is requested (*e.g.*, "agreements or offers relating to any absolute, contingent, potential or any other right to a share in any recovery You may obtain in connection with the Asserted Patents, the Related Patents, this action, or the Related Litigations"). Moreover, your response that "the HaulStars website HaulStars.com lists several brands that have partnership agreements with HaulStars" is not responsive. If "partnership agreements" exist, as your response indicates, then these agreements must be produced and must be described in answering this interrogatory.

- For Interrogatory No. 4, your answer that "Haulstars does not assert that its own product practices the claimed inventions" is insufficient. The interrogatory specifically stated "If you do not identify any such Product … identify all facts supporting why the Haulstars Product at no time embodied or practiced any Asserted Claim of any Asserted Patent, including what claim limitations were not embodied or practiced by the HaulStars Product." You must provide this information. Further, your response to this interrogatory contradicts the information on the HaulStars website that "HaulStars offers patented interactive video technology" and that "In accordance with Section 287(a) of Title 35 of the United States Code, the reader is hereby placed on notice of Scorpcast LLC rights in the United States Patents listed on this site and associated with the following products…."

- For Interrogatory No. 5 you have identified two documents pursuant to FRCP 33(d) but provided no narrative response despite the interrogatory asking you to "Describe with particularity any offers to purchase, valuations of or attempts to value any individual Asserted Patent…" Your answer must describe what you believe to be the valuation of an Asserted Patent.

- For Interrogatory No. 7, which seeks information relating to litigation funding or investment, your objections are baseless. Communications and agreements with a litigation funder would not be subject to any attorney-client privilege. And any communications with a third-party, made before a litigation funding agreement was in place, and before Scorpcast brought suit are, by definition, not work product and not subject to common interest. These communications and documents are relevant to issues of validity, infringement, and damages and are discoverable. *See, e.g., Acceleration Bay LLC v. Activision Blizzard, Inc.*, C.A. No. 16-453-RGA, 2018 WL 798731, at *2-3 (D. Del. Feb. 9. 2018). You must supplement this interrogatory immediately.

- For Interrogatory Nos. 8 and 10, you must provide the factual underpinnings of your damages contentions, including, for example, what you contend to be the proper royalty base, how that royalty base should be apportioned, what you contend to be the appropriate royalty rate, and whether the entire market value rule should apply.

# VENABLE LLP

October 29, 2021

\*      \*      \*

Let us know by <u>close of business Wednesday, November 3,</u> if you will supplement your responses to Interrogatory Nos 1-12 and what information you intend to provide in the supplementation.

Please also provide at that time your availability to meet and confer regarding this letter.

Sincerely,

Jonathan M. Sharret

# EXHIBIT O

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MG FREESITES LTD, <br><br> Plaintiff, <br><br> v. <br><br> SCORPCAST LLC d/b/a HAULSTARS, <br><br> Defendant. | Civil Action No. 1:20-cv-01012-CFC <br><br> JURY TRIAL DEMANDED |
| SCORPCAST, LLC d/b/a HAULSTARS, <br><br> Plaintiff, <br><br> v. <br><br> MG FREESITES, LTD <br><br> Defendant. | Civil Action No. 1:21-cv-00887-CFC <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S DECEMBER 8, 2021 RESPONSES AND OBJECTIONS TO
DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SCORPCAST,
LLC (NOS. 1-12)**

Pursuant to Federal Rules of Civil Procedure 26 and 33 Plaintiff Scorpast LLC d/b/a HaulStars ("HaulStars" or "Plaintiff") by and through its undersigned counsel, hereby objects and responds to Defendant MG Freesites, Ltd.'s ("Defendant") First Set of Interrogatories (Nos. 1 to 12) as follows:

**PRELIMINARY STATEMENT**

These answers reflect only the current status of HaulStars' knowledge, understanding, and belief regarding the matters about which inquiry has been made. Discovery in this litigation is continuing and, consequently, HaulStars may not have yet identified all information responsive to Defendant's Interrogatories. As discovery in this case proceeds, HaulStars anticipates that it may therefore discover additional or different information or documents. These responses are further made with the current stage of the case in mind, with objection to interrogatories that are

1

premature, seek expert discovery, and/or are impossible to discern or respond to. Without in any way obligating itself to do so, HaulStars reserves the right to amend, modify, supplement, clarify or also explain these objections and answers at any time in the future.

These answers are without prejudice to the right of HaulStars to use or rely on at any time any subsequently discovered information, or information omitted from these answers as a result of mistake, error, oversight, or inadvertence. HaulStars also reserves the right to provide additional information and evidence at any time, and to object on appropriate grounds to the introduction of any portion of these answers into evidence.

Any inadvertent disclosure by HaulStars of information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege will not constitute a waiver of that privilege or doctrine.

These answers are also made solely for the purpose of and in relation to discovery conducted in this case. Each answer is given subject to all appropriate objections (including, but not limited to, objections concerning competency, privacy, relevancy, specificity, overbreadth, undue burden, materiality, confidential proprietary or trade secret material, or admissibility), which would require the exclusion of any answer contained herein. All such objections therefore are reserved and may be interposed at trial.

HaulStars responds to these Interrogatories as it interprets and understands them. If Defendant subsequently asserts an interpretation of any request that differs from HaulStars' understanding, or otherwise revises or amends its theories and claims in this case, HaulStars reserves the right to supplement its objections and/or answers herein.

HaulStars states that, except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred from these answers. The fact that HaulStars has responded

2

to an Interrogatory should not be taken as an admission, or a concession of the existence, of any fact set forth or assumed by such Interrogatory, or that such answer constitutes evidence of any fact thus set forth or assumed.

## GENERAL OBJECTIONS

HaulStars asserts the following general objections to MG Freesites' Interrogatories.  These general objections are incorporated into each of the specific responses provided below as if fully set forth therein.  Certain of these general objections may be specifically interposed for the purpose of clarity in response to a particular Interrogatory; the failure to expressly state any general objection in a particular response, however, should not be construed as a waiver of such objection.

1.      HaulStars objects to each Interrogatory to the extent it seeks information that is protected by the attorney-client privilege, the work-product doctrine, or other common law or statutory privilege or protection, including common interest or joint defense privileges or protections, or seeks information that is otherwise protected from discovery or disclosure.  Nothing contained in these responses is intended to be, nor should it be considered to be, a waiver of any attorney-client privilege, common interest privilege or protection, work-product immunity or protection, or other applicable privilege, immunity, protection, or doctrine, and to the extent any Interrogatory may be construed as calling for disclosure of information, documents, or things protected by such privileges or doctrines, a continuing objection to each and every such Interrogatory is hereby asserted.

2.      HaulStars objects to each Interrogatory, definition, or instruction to the extent it seeks to impose obligations or burdens on HaulStars different from or in addition to what is required by the Federal Rules of Civil Procedure, the Local Rules of this Court, any applicable orders of this Court, any stipulation or agreement of the parties, or other applicable law.

3

3.      HaulStars objects to each Interrogatory to the extent the information sought may be derived or ascertained from publicly available documents, where the burden of deriving or ascertaining the responsive information from those documents is substantially the same for MG Freesites as it is for HaulStars.

4.      HaulStars objects to each Interrogatory that is overly broad, unduly burdensome, or directed to matters that are not proportional to the needs of the case.

5.      HaulStars objects to each Interrogatory to the extent it exceeds the permissible scope of discovery by calling for information that is neither relevant to any claim or defense in this litigation nor proportional to the needs of the case.

6.      HaulStars objects to each Interrogatory that is vague, ambiguous, confusing, uncertain as to time, or fails to adequately define terms or uses terms the meaning of which is not readily available or decipherable.

7.      HaulStars objects to the extent each Interrogatory calls for information and documents related to products that are not yet commercialized, extraterritorial products, or products that are not relevant to any issue in the instant action, and to the extent each Interrogatory seeks information beyond the relevant time period for damages.

8.      HaulStars objects to each Interrogatory to the extent it seeks information outside HaulStars' possession, custody, or control, or calls for HaulStars to create documents or things that do not already exist.

9.      HaulStars objects to each Interrogatory to the extent it seeks confidential or proprietary information where any purported marginal benefit of production of the requested information is outweighed by the burden associated with producing such highly sensitive materials.

4

10.     HaulStars objects to each Interrogatory to the extent it seeks to impose an obligation to identify or search for information or documents at any location or from any source other than where they would reasonably be expected to be stored in the ordinary course of business.

11.     HaulStars objects to each Interrogatory to the extent it attempts to elicit information containing the impressions, conclusions, opinions, legal research or theories of any attorney for HaulStars, or attempts to seek materials prepared as part of this litigation.

12.     HaulStars objects to each Interrogatory to the extent it attempts to seek disclosure of information protected by the rights of privacy of HaulStars, HaulStars employees, or third party nonlitigants.

13.     HaulStars objects to each Interrogatory to the extent it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party.

14.     HaulStars objects to each Interrogatory to the extent it prematurely seeks information that is properly the subject of expert testimony.  To the extent a Interrogatory conflicts with the Court's Scheduling Order, any other applicable statute, rule, or order, or any agreement between the parties, HaulStars will obey the dates established in the Court's Scheduling Order, such other applicable statute, rule, or order, or such agreement between the parties.

15.     HaulStars objects to producing any documents that contain confidential, proprietary, or trade secret information absent the entry of an appropriate protective order. Confidential, proprietary, or trade secret information, to the extent it is reasonably responsive to MG Freesites' Interrogatories, will be provided after the entry of a protective order adequate to protect the confidentiality of the information.

5

16.     HaulStars objects to the requests to the extent they are cumulative and/or duplicative of other forms of discovery that are more convenient and less burdensome.

17.     HaulStars objects to MG Freesites' "Definitions" to the extent they (i) are vague, ambiguous, overbroad, or unduly burdensome; (ii) are inconsistent with the ordinary and customary meaning of the words or phrases they purport to define; (iii) seek to impose obligations different from, or in excess of those created by Rules 26 and 34 of the Federal Rules of Civil Procedure, the local rules of this Court, or any applicable law, regulations, or rules; (iv) include assertions of purported facts that are inaccurate or at the very least are disputed in this case; and/or (v) incorporate other purported definitions that suffer from such defects.

18.     HaulStars objects to the terms "HaulStars," "Defendant," "you," and "your" to the extent they include entities that have no relationship or involvement with any of the issues relating to this case and seek to impose any obligations or burdens on HaulStars different from or in addition to what is required by the Federal Rules of Civil Procedure, or any applicable law, regulations, or rules, the Local Rules of this Court, the Local Patent Rules of this Court, any applicable orders of this Court, any stipulation or agreement of the parties, or other applicable law. To that extent, the terms are overbroad, unduly burdensome, and seek information that is not proportional to the needs of the case, not relevant to a claim or defense of a party, and not reasonably calculated to lead to the discovery of admissible evidence.

19.     HaulStars objects to the requests as vague, ambiguous, or confusing, by failing to adequately define terms or by using terms the meaning of which is not readily available or decipherable or which have disputed meanings in the context of this case.

6

20.     HaulStars objects to any request using one or more of the phrases "all documents," "any documents," and "every" or terms of similar breadth and meaning on the grounds that such requests are overbroad and unduly burdensome and otherwise unlimited in scope.

21.     HaulStars' responses to these Interrogatories should not be construed in any way as an admission that any definition provided by MG Freesites is either factually correct or legally binding on HaulStars or as a waiver of any of HaulStars' objections including, but not limited to, objections regarding the discoverability of documents or other evidence.

22.     By identifying or producing any information, documents, or things in response to an Interrogatory, HaulStars does not stipulate, and expressly reserves all objections, to the authenticity, relevance, materiality, and admissibility of any such documents or things.

23.     Any information responsive to a request should not be construed as (a) an admission or stipulation that the content or subject matter is relevant; (b) a waiver by HaulStars of its General Objections or of the objections asserted in response to a specific request; or (c) an agreement that requests for similar information will be treated in a similar manner.

24.     HaulStars reserves the right to assert additional objections to these Interrogatories as appropriate.

25.     HaulStars' discovery and investigation in connection with these cases are continuing.  As a result, HaulStars' responses concern information obtained and reviewed to date and are given without prejudice to its right to supplement, correct, amend, or clarify its responses after considering information obtained or reviewed through further discovery and investigation.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

Separately, for each Asserted Claim of the Asserted Patents, identify the date of conception, the dates of any subsequent diligence until reduction to practice, and the date of actual reduction to practice and/or the date of constructive reduction to practice, and state in detail all facts supporting each such date, including a description of the supporting events that occurred on each such date and the individuals involved, and identify any corroborating Documents and Things.

**RESPONSE NO. 1**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events." HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure. HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party. HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

8

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

The relevant, non-privileged information sought by this Interrogatory has already been provided to Defendant by HaulStars in its Infringement Contentions, served on September 10, 2021 and will be supplemented by HaulStars' forthcoming Expert Reports to be served pursuant to the Scheduling Order (D.I. 33).  HaulStars incorporates both fully by reference.

**FIRST SUPPLEMENTAL RESPONSE NO. 1 (12/8/2021)**

The inventions of the '780, '063,'463, '519, '987, '278, and '738 patents were conceived of on or before July 19, 2007.   The inventions of the '057 and '288 patents were conceived of on or before November 4, 2002.   Pursuant to Rule 33(d), information responsive to this Interrogatory may be also determined by examining documents produced by HaulStars, including HSTARS_MGF_DEL_00023717-0023758 and HSTARS_MGF_DEL_00024115-0024732. Information responsive to this Interrogatory may be also determined by examining: *MG Freesites LTD. v. Scorpcast, LLC,* IPR2020-01697, Paper 15, Exs. 2087-2088; *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-00510, Paper 16, Exs. 2089-2090; *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-00512, Paper 16, Exs. 2091-2092; and *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-01171, Paper 8, Ex. 1036.  HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 2**

Identify each version or revision of the HaulStars Product and, for each such HaulStars Product, describe all facts relating to the design and development of the HaulStars Product, including the identity of the individuals who designed or developed the HaulStars Product and each individual's contribution, the dates of such design and development, the features and

9

functionalities of the HaulStars Product, including, any feature related to tagging an item in a video (for example, a "tagging feature that enables content creators to tag any item at a specific point in a video" as described in the Complaint at ¶ 15 (1:21-cv-00887-CFC, Dkt. No. 1)) and any feature relating to a viewer clicking on a tagged item (for example, "Viewers are then able to click on any tagged item and discover more about it or self-navigate to a particular scene related to that item" as described in the Complaint at ¶ 15 (1:21-cv-00887-CFC, Dkt. No. 1)), when the HaulStars Product was first sold or offered for sale in the United States, and when the HaulStars Product was first disclosed, demonstrated, displayed, or otherwise communicated to the public or to any third party in the United States, and identify any corroborating Documents and Things.

**RESPONSE NO. 2**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "each version," and "all facts," "features," "functionalities," "communicated," and "corroborating." HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure. HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party. HaulStars objects to this Request to the

extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

HaulStars is a software company. Information about HaulStars software is publicly available at http://www.haulstars.com/.   The individuals involved in the development of HaulStars' software include but may not be limited to Narbeh Avedissian and Nikhil Sreenath. Pursuant to Fed. R. Civ. P. 33(d) Information responsive to this interrogatory may be determined by examining documents produced by Haulstars, including HSTARS_MGF_DEL_0005001, HSTARS_MGF_DEL_0009751, and HSTARS_MGF_DEL_0023874.

Pursuant to Rule 33(d), HaulStars will produce non-privileged documents from which information responsive to this Interrogatory may be derived or ascertained. HaulStars' investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 2 (12/8/2021)**

Pursuant to Rule 33(d), information responsive to this Interrogatory may be also determined by examining documents produced by HaulStars, including HSTARS_MGF_DEL_00023717-0023758   and   HSTARS_MGF_DEL_00024115-0024732. Information responsive to this Interrogatory may be also determined by examining: *MG Freesites LTD. v. Scorpcast, LLC,* IPR2020-01697, Paper 15, Exs. 2087-2088; *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-00510, Paper 16, Exs. 2089-2090; *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-00512, Paper 16, Exs. 2091-2092; and *MG Freesites LTD. v. Scorpcast, LLC,* IPR2021-01171, Paper 8, Ex. 1036.   Information responsive to this Interrogatory may be also

determined by examining: *MG Freesites LTD. v. Scorpcast, LLC,* IPR2020-01697, Ex. 1034-1035. HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 3**

Identify all agreements, offers or Communications (internal to Scorpcast or with third parties) related to any rights, title, or interest in any of the Asserted Patents or Related Patents, including assignments, trust documents, legal pleadings, licenses, liens, offers to license, presentations, settlement agreements, covenants not to sue, and agreements or offers relating to any absolute, contingent, potential or any other right to a share in any recovery You may obtain in connection with the Asserted Patents, the Related Patents, this action, or the Related Litigations, describe in detail the circumstances of each agreement or offer, including the dates, parties, instrumentalities, terms, proposed consideration, and/or agreed consideration of such agreement or offer, identify the three individuals most knowledgeable about each agreement or offer, and identify any corroborating Documents and Things.

**RESPONSE NO. 3**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events." HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure. HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other

12

confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party. HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

Pursuant to Fed. R. Civ. P. 33(d) Information responsive to this interrogatory may be determined by examining documents produced by Haulstars, including HSTARS_MGF_DEL_000922, HSTARS_MGF_DEL_0001018, HSTARS_MGF_DEL_0001151, HSTARS_MGF_DEL_0001190, and HSTARS_MGF_DEL_0001479. Furthermore, the HaulStars website HaulStars.com lists several brands that have partnership agreements with HaulStars.

HaulStars investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 3 (12/8/2021)**

Pursuant to Rule 33(d), information responsive to this Interrogatory may be also determined by examining documents produced by HaulStars, including HSTARS_MGF_DEL_00023975-00024111. HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 4**

Identify each Product that at any time embodied or practiced any Asserted Claim of any Asserted Patent, to the extent the Product was made, used, sold, offered for sale, or imported by

13

or on behalf of Scorpcast, any named inventor to the Asserted Patents, or any licensee of the Asserted Patents. If you do not identify any such Product (e.g., "At this time Haulstars does not contend that it will rely, for any purpose, on the assertion that its own apparatus, product, device, process, method, act, or other instrumentality practice the claimed inventions," from Your 9/10/21 Infringement Contentions at 7), identify all facts supporting why the Haulstars Product at no time embodied or practiced any Asserted Claim of any Asserted Patent, including what claim limitations were not embodied or practiced by the HaulStars Product, and identify any corroborating Documents and Things.

**RESPONSE NO. 4**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."   HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

14

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

Haulstars does not assert that its own product practices the claimed inventions.

**AMENDED RESPONSE NO. 4 (12/8/2021)**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "Product," and "HaulStars Product."  HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

The HaulStars website, HaulStars.com.  HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 5**

Describe with particularity any offers to purchase, valuations of or attempts to value any individual Asserted Patent, combination of individual Asserted Patents, or portfolio containing any Asserted Patent, including without limitation any internal or external discussions, negotiations, offers, correspondence, opinions, studies, analyses, reports and/or memoranda relating to the value of any individual Asserted Patent, combination of individual Asserted Patents, or portfolio containing an Asserted Patent and the identity of each Person with knowledge thereof, and identify any corroborating Documents and Things.

**RESPONSE NO. 5**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."   HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

16

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

Pursuant to Fed. R. Civ. P. 33(d) information responsive to this interrogatory may be determined by examining documents produced by Haulstars, including HSTARS_MGF_DEL_000922, and HSTARS_MGF_DEL_0001018. HaulStars will produce additional responsive, relevant, non-privileged documents within its possession, custody, or control, relating to unit sold volumes tracked by HaulStars in the ordinary course of business.

HaulStars investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 5 (12/8/2021)**

To HaulStars' knowledge, there have not been any valuations or attempts to value the Asserted Patents.  HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 6**

For each Asserted Claim that You have accused Defendant of indirectly infringing, describe in detail the facts that support such accusation of indirect infringement, including the identity of any third party that has directly infringed the Asserted Claim, the acts of the third party that constitute the direct infringement, and Defendant's actions that have induced or contributed to the third party's direct infringement, and identify any corroborating Documents and Things.

**RESPONSE NO. 6**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and

"supporting events."  HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

The relevant, non-privileged information sought by this Interrogatory has already been provided to Defendant by HaulStars in its Infringement Contentions, served on September 10, 2021 and will be supplemented by HaulStars' forthcoming Expert Reports to be served pursuant to the Scheduling Order (D.I. 33). HaulStars incorporates both fully by reference.

Discovery has just begun and HaulStars' investigation is ongoing, and HaulStars thus reserves the right to supplement or amend this response as additional information is discovered.

**FIRST SUPPLEMENTAL RESPONSE NO. 6 (12/8/2021)**

Furthermore, MG Freesites induces third parties such as Pornhub Content Partners to directly infringe Asserted Claims of the Asserted Patents.  *See* https://www.pornhub.com/partners/cpp.  Third parties include, but are not limited to, the Content Partners that own or operate the following Pornhub channels:

18

Got 2 Pee
Girls Out West
Underwater Show
Defloration TV
Virgin Massage
Nina Devil
African Lesbians
Mariska X
Granny Guide
Goldwin Pass
Wild GangBangs
Extreme Movie Pass
Broken Babes
Web Young
We Are Hairy
TSPlayground
Hard X
Girlfiends Films
21 Naturals
Throated
Wicked Pictures
All Girl Massage
LesbianX
Erotica X
Gender X
21 sextury
Devils Film
Rocco Siffredi
Grandpas Fuck Teens
Girls Way
Mommy's Girl
Nuru Massage
Burning Angel
Evil Angel
Blow Pass
Adult Time
POV Pickups
Devils Film
Anal Acrobats
Only Teen Blowjobs
Only Teen Blowjobs
Gender X
Lusty Grandmas
Out of the Family
Hot G Vibe

Kumalott
Inked Gurlz
Nympho
True Anal
Mariska X
Swallowed
Purgatory X
Sweet Sinner
Mommy Blows Best
VRHush
3-WayPorn
White Ghetto
Hitzefrei
All Anal
Transsensual
Doghouse Digital
Cam4
JAV HD
StasyQ
Pornditos
Ferame
Shiofuky
AV 69
Hey milf
Look at Her Now
Kinky Spa
Girl Grind
Bi Empire
Trans Angels
True Amateurs
Bellesa Films
Sweetheart Video
Reality Junkies
Granny Bet
Lost Bets Games
Banned Sex Tapes
Japan HDV
Upox
Baberotica
Grandma Friends
Pornhub Originals
Deviant Hardcore
Dirty StepSister
Meet My Sweet
Dirtry StepDaughter

Reality Junkies
Digital Playground
Twisty's
Fuck Studies
TMW VR Net
Anal-Beauty
Czech Amateurs
Czech Home Orgy
Hot Legs and Feet
Czech Fantasy
Young Anal Tryouts
A Good Release
Czech Casting
Daddy 4K
Only Blowjob
Euro Girls on Girls
House of Taboo
Euro Teen Erotica
Fuck in HD
Premium Bukkake
German Goo Girls
Wet and Pissy
Law 4k
VIP 4K
Daddy 4K
Debt 4K
Teen Mega World
TMW VR Net
Must Not Fap
I Fucked Her Finally
Life Porn Stories
Czech Massage
Big Tits Round Asses
Fitness Rooms
MomXXX
Fake Driving School
Fakehub Originals
Fake Agent
Wet and Puffy
Loan 4K
Young Courtesans
Private Casting-X
Private Casting-X
Teeny Lovers
Teeny Lovers

21

X-Sensual
Sell Your GF
Brutal X
Young Libertines
She is Nerdy
Young Sex Parties
Heavy on Hotties
My Sex Mobile
Lustery
Extreme Bukkake
666 Bukkake
Teasing Angels
Nylon Feet Love
Straplezz
Family Sinners
Babestation
Laras Playground
Family Screw
Club Seventeen
Exposed
Oldje
Exploited Teen Asia
LetsGoBi
Grand Dadz (Beauty and the Senior)
Peep Leak
Dirty Gunther
Family Screw
All Black X
Submissed
Grandparents X
My Dirty Hobby
My 18 Teens
MamacitaZ
Casting Francais
Casting Francais
Amateur Euro
Chicas Loca
Carne Del Mercado
Bums Besuch
X Chimera
Tu Venganza
Quest for Orgasm
Her Liimit
Scam Angels
A Girl Knows

A Girl Knows
Porno Academie
The White Boxx
LetsDoeIt
VIP Sex Vault
Casting Alla Italiana
My Naughty Album
Fucked in Traffic
Exposed Casting
Los Consoladores
WankzVR
Milf VR
Reality Lovers
Tough Love X
Porn BCN
Magma Film
Aged Love
Old Nanny
Private
Private Black
Mylked
Only 3X
Pepe Porn
Black Payback
LifeSelector
Ersties
Ladyboy Play
Banned Stories
BaDoink VR
The Female Orgasm
British Teens
Downblouse Loving
First Anal Quest
Dane Jones
Female Fake taxi
Merciless Dominas
British Teens
JenySmith
Asian street Meat.

Additional information responsive to this Interrogatory may be also determined by examining the complaints in: *Scorpcast, LLC dba HaulStars v. All 4 Health SRL,* Case No. 2-20-cv-00192 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Boutique Media Pty Ltd.,* Case No. 2-20-

23

cv-00193 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. FUSEE BVBA,* Case No. 2-20-cv-00195 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. HMZ Invs. Ltd.,* Case No. 2-20-cv-00196 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Hot G Vibe,* Case No. 2-20-cv-00197 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. KB Prods., LLC,* Case No. 2-20-cv-00198 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Logical Int. BV,* Case No. 2-20-cv-00199 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Manica Media SL,* Case No. 2-20-cv-00200 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Media Sols. Canarias,* Case No. 2-20-cv-00201 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Miriskana Ltd.,* Case No. 2-20-cv-00202 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Oanasun Entm't SRL,* Case No. 2-20-cv-00203 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Panda Hosting Ltd.,* Case No. 2-20-cv-00204 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Pioneer Stream Techs. Ltd.,* Case No. 2-20-cv-00205 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. PMG Entm't Ltd.,* Case No. 2-20-cv-00206 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Quicksol GmbH,* Case No. 2-20-cv-00207 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Straplezz Inc.,* Case No. 2-20-cv-00208 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Webtwo BV,* Case No. 2-20-cv-00209 (E.D. Tex.); *Scorpcast, LLC dba HaulStars v. Bravomax Servs. Ltd.,* Case No. 2-20-cv-00210 (E.D. Tex.).

HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 7**

Identify all Persons who are presently providing or who in the past provided, offered, or were asked to provide (by or on behalf of Scorpcast) financing, funding, investment, backing, subsidy, sponsorship, underwriting, or other financial support to Scorpcast, either directly or indirectly, in this action or the Related Litigations, including any litigation funding company,

shareholder, or investor, describe the financial support provided, offered, or sought and the terms of such financial support, and identify any corroborating Documents and Things.

**RESPONSE NO. 7**

      HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."  HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

      Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

      HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery

or disclosure. HaulStars objects to the Request as not reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 8**

Describe in detail all facts supporting Your damages claims against Defendant including, identifying each legal theory under which damages are sought and explaining the calculations supporting all damages that you claim, and identify any corroborating Documents and Things.

**RESPONSE NO. 8**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events." HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure. HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party. HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

26

Interrogatory No. 8 explicitly calls for expert opinion.  Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D. I. 33).  HaulStars hereby incorporates as if fully set forth herein HaulStars' forthcoming Expert Report to be served pursuant to the Scheduling Order on the issue of damages.  HaulStars incorporates that Expert Report by reference.  Subject to and without waiver of the foregoing, HaulStars will seek at least a reasonable royalty for Defendant's infringement, plus allowable pre- and post-judgment interest, any enhanced damages, attorneys' fees, and other remedies as pled.  HaulStars anticipates that its expert report on damages will address the relevant *Georgia Pacific* factors and may consider the commonly accepted income, market, and cost approaches to valuation based on the available evidence.

HaulStars' investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 8 (12/8/2021)**

This Interrogatory explicitly calls for expert opinion. Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D.I. 33). Haulstars incorporates by reference its forthcoming expert report on damages and incorporates it fully by reference. Haulstars reserves the right to supplement this Interrogatory answer, including as Defendants provide discovery relevant to the Interrogatory. Subject to and without waiver of the foregoing, Haulstars will seek at least a reasonable royalty for Defendants' infringement, plus allowable pre- and postjudgment interest, any enhanced damages, attorneys' fees, and other remedies as pled. Haulstars anticipates that its expert report on damages will address the relevant Georgia Pacific factors and may consider the commonly accepted income, market, and cost approaches to valuation based on the available evidence.  Pursuant to Rule 33(d), information responsive to this

27

Interrogatory may be also determined by examining documents produced by MG Freesites, including MGFREE000052067 and MGFREE000179559.  HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 9**

Separately for each Asserted Claim, identify the date(s) on which the hypothetical negotiation(s) with respect to any alleged infringement would have taken place and all parties that would have participated in such hypothetical negotiation(s), describe in detail the facts supporting the identification of such dates and participating parties; and identify any corroborating Documents and Things.

**RESPONSE NO. 9**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."  HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars'

possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

Interrogatory No. 9 explicitly calls for expert opinion.  Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D. I. 33).  HaulStars hereby incorporates as if fully set forth herein HaulStars' forthcoming Expert Reports to be served pursuant to the Scheduling Order.  HaulStars incorporates those Expert Reports by reference.  Subject to and without waiver of the foregoing, HaulStars believes the date of hypothetical negotiation would have been at or around the date of first infringement, which is the subject of ongoing discovery.

HaulStars' investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 9 (12/8/2021)**

This Interrogatory explicitly calls for expert opinion. Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D.I. 33). Haulstars incorporates by reference its forthcoming expert report on damages and incorporates it fully by reference. Haulstars reserves the right to supplement this Interrogatory answer, including as Defendants provide discovery relevant to the Interrogatory. Subject to and without waiver of the foregoing, Haulstars anticipates that its expert report on damages will address the relevant Georgia Pacific factors which will likely include a hypothetical negotiation, and that the date of the negotiation may differ for different patents depending on the issue date of the patent and the date that MGF began using the patented technology.

29

**INTERROGATORY NO. 10**

Describe in detail the damages that You contend Scorpcast has suffered or will suffer due to the alleged infringement of the Asserted Patents by Defendant, include in your response a computation of all types and categories of damages claimed by You, the type (e.g., lost profits or reasonable royalty) and amount of each element of damages You intend to seek and an explanation of the basis for and the methodology used to calculate such amount(s), and identify all Documents (by Bates number) and Things or other evidentiary material upon which such computation is based and the individuals most knowledgeable about facts supporting Your damages claims. If You contend that Scorpcast is entitled to lost profits, then Your answer should include, without limitation, the factual basis for any applicable Panduit factors. If You contend Scorpcast is entitled to a reasonable royalty, then your answer should include, without limitation, the factual basis for any applicable Georgia-Pacific factors or other factors that You contend are relevant to the determination of royalties, including but not limited to the hypothetical negotiation dates for each Asserted Patent and all comparable license agreements relating to each Asserted Patent.

**RESPONSE NO. 10**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events." HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure. HaulStars further objects to this Request to the extent that it seeks

to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose. HaulStars will provide such information only after any necessary consent has been obtained from any such third party. HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist. HaulStars also objects to this interrogatory as duplicative.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

Interrogatory No. 10 explicitly calls for expert opinion. Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D. I. 33). HaulStars hereby incorporates as if fully set forth herein HaulStars' forthcoming Expert Report to be served pursuant to the Scheduling Order on the issue of damages. HaulStars incorporates that Expert Report by reference. Subject to and without waiver of the foregoing, HaulStars will seek at least a reasonable royalty for Defendant's infringement, plus allowable pre- and post-judgment interest, any enhanced damages, attorneys' fees, and other remedies as pled. HaulStars anticipates that its expert report on damages will address the relevant *Georgia Pacific* factors and may consider the commonly accepted income, market, and cost approaches to valuation based on the available evidence.

HaulStars' investigation is continuing, and HaulStars reserves all rights to amend, modify, and/or supplement this response.

**FIRST SUPPLEMENTAL RESPONSE NO. 10 (12/8/2021)**

This Interrogatory explicitly calls for expert opinion. Such opinion will be provided in accordance with the Scheduling Order entered in this matter (D.I. 33). Haulstars incorporates by

reference its forthcoming expert report on damages and incorporates it fully by reference. Haulstars reserves the right to supplement this Interrogatory answer, including as Defendants provide discovery relevant to the Interrogatory. Subject to and without waiver of the foregoing, Haulstars will seek at least a reasonable royalty for Defendants' infringement, plus allowable pre- and postjudgment interest, any enhanced damages, attorneys' fees, and other remedies as pled. Haulstars anticipates that its expert report on damages will address the relevant Georgia Pacific factors and may consider the commonly accepted income, market, and cost approaches to valuation based on the available evidence. Pursuant to Rule 33(d), information responsive to this Interrogatory may be also determined by examining documents produced by MG Freesites, including MGFREE000052067 and MGFREE000179559. HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 11**

To the extent You contend that any Objective Evidence of Non-Obviousness supports Your position that the Asserted Claims are not invalid, separately for each Asserted Claim state all facts supporting such contention and identify the three persons most knowledgeable concerning each fact. For the purposes of this Interrogatory, "Objective Evidence of Non-Obviousness" means and includes any objective indicia or secondary considerations of non-obviousness that are within the scope of the four Graham factors (see Graham v. John Deere Co. of Kansas City, 383 U.S. 1, 17–18 (1966)), as interpreted by the United States Supreme Court and the United States Court of Appeals for the Federal Circuit.

**RESPONSE NO. 11**

HaulStars incorporates its General Objections as if fully set forth here. HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional

32

to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."  HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

The Patent-in-Suit was granted by the USPTO, and as such is presumed to be valid. Moreover, the relevant, non-privileged information sought by this Interrogatory has already been provided to MG Freesites by HaulStars in its Infringement Contentions, served on September 10, 2021 and will be supplemented by HaulStars' forthcoming Expert Report on Validity to be served pursuant to the Scheduling Order (D.I. 33). HaulStars incorporates both fully by reference.

**FIRST SUPPLEMENTAL RESPONSE NO. 11 (12/8/2021)**

The Patents-in-Suit were granted by the USPTO, and as such are presumed to be valid.  Furthermore, the products accused of infringement in this case, and other similar products in the field, have experienced tremendous financial and commercial success while practicing the

claimed inventions of the Asserted Patents, as evidenced by the financial data of Defendant and its industry competitors.  It took the video industry years after Narbeh Avedissian's and Nikhil Sreenath's inventions to implement the accused functionalities, which has become a building block of modern technology.   Furthermore, "Tags help to drive search results."   *See* https://bs.phncdn.com/misc/Pornhub%20Playbook%202_6.pdf.   Moreover, the relevant, non-privileged information sought by this Interrogatory will be included in Haulstars forthcoming expert report on validity to be served pursuant to the Scheduling Order (D.I. 33). Haulstars incorporates that report fully by reference.   HaulStars reserves all rights to amend, modify, and/or supplement this answer.

**INTERROGATORY NO. 12**

Separately for each Asserted Claim, identify all specific portions of the specification that provide written description support and enabling disclosure under 35 U.S.C. § 112.

**RESPONSE NO. 12**

HaulStars incorporates its General Objections as if fully set forth here.  HaulStars objects to this Interrogatory as overly broad, unduly burdensome, vague, ambiguous, and neither proportional to the needs of the case nor reasonably calculated to lead to the discovery of admissible evidence, including the use of the vague and ambiguous terms "dates of any subsequent diligence," and "supporting events."   HaulStars also objects to this Interrogatory to the extent that it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other common law or statutory privilege or protection, or seeks information that is otherwise protected from discovery or disclosure.  HaulStars further objects to this Request to the extent that it seeks to elicit information that comprises third-party proprietary information, trade secrets or other confidential commercial information that HaulStars is obligated not to disclose.  HaulStars will

34

provide such information only after any necessary consent has been obtained from any such third party.  HaulStars objects to this Request to the extent that it seeks information outside of HaulStars' possession, custody, or control, or calls for HaulStars to prepare documents and/or things that do not already exist.

Subject to, as limited by, and without waiving any of the foregoing objections and General Objections, HaulStars responds as follows:

The Patent-in-Suit was granted by the USPTO, and as such is presumed to be valid. Moreover, the relevant, non-privileged information sought by this Interrogatory has already been provided to MG Freesites by HaulStars in its Infringement Contentions, served on September 10, 2021 and will be supplemented by HaulStars' forthcoming Expert Report on Validity to be served pursuant to the Scheduling Order (D.I. 33).  HaulStars incorporates both fully by reference.

Dated: December 8, 2021                Respectfully submitted,


By: /s/ *Gregory B. Williams*
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
Citizens Bank Center
919N. Market Street, Suite 300
Wilmington, DE 19899
Tel: 302-622-4211
gwilliams@foxrothschild.com

Of Counsel:
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
601 Congress Avenue, Suite 600
Austin, TX 78701
Tel: 512-543-1355
msimons@wsltrial.com

35

*Attorneys for Plaintiff Scorpcast, LLC*
*d/b/a HaulStars*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on  December 8, 2021, the undersigned caused a copy of the foregoing document to be served on all counsel of record, via email, pursuant to the Federal Rules of Civil Procedure.

*<u>/s/ Gregory B. Williams</u>*
Gregory B. Williams

# EXHIBIT P

# VENABLE

VENABLE LLP | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

December 14, 2021

Jonathan M. Sharret

**T 212.218.2266**
**F 212.218.2200**
JSharret@Venable.com

**VIA E-MAIL**
Scorpcast Counsel
Williams Simons & Landis PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, Texas 78701
haulstarscounsel@wsltrial.com

Re:    *Scorpcast, LLC dba HaulStars v. MG Freesites, Ltd, 1:20-cv-01012-CFC (D. Del.)*

Scorpcast Counsel:

I write to you regarding Scorpcast's December 8, 2021, First Supplemental Responses to MG Freesites's Interrogatories Nos. 1-12 and to follow up on the deficiencies with your responses that were first identified in our October 29, 2021 letter, which are still not resolved.

Despite telling us at the parties' November 17, 2021, meet and confer that you would supplement your interrogatory responses to address the numerous deficiencies with your initial responses that were detailed in our October 29th letter, we find ourselves back at square one. Your supplemental responses do not correct these deficiencies as explained below:

- Interrogatory No. 1: Your response provides only a purported conception date for the '780, '063, '463, '519, '987, '278, and '738 Patents and a purported conception date for the '057 and '288 Patents, but no further narrative response is given. Specifically, you have not provided **any** answer for the remainder of the interrogatory: "the dates of any subsequent diligence until reduction to practice, and the date of actual reduction to practice and/or the date of constructive reduction to practice, and state in detail all facts supporting each such date, including a description of the supporting events that occurred on each such date and the individuals involved." After identifying these purported conception dates, the remainder of the response is made pursuant to FRCP 33(d) with no indication as to how these documents actually answer the substance of the interrogatory, leaving MG Freesites to guess at how the hundreds of pages you have cited (and the exhibits referenced therein) are possibly relevant. It is not MG Freesites's burden to pour through these documents to try to ascertain what dates or supporting facts Scorpcast maintains answer the interrogatory. Conversely, the burden to Scorpcast to provide these dates and facts is minimal and within



December 14, 2021

the knowledge of the asserted patents' named inventors, Narbeh Avedissian and Nikhil Sreenath, who are still with Scorpcast.  *See* FRCP 33(d).

- Interrogatory No. 2: This interrogatory seeks information regarding the development of each version or revision of the HaulStars Product.  Yet your supplement cites, pursuant to FRCP 33(d), the Patent Owner responses in the IPRs relating to the '780, '063, '463, and '288 Patents and Dr. Ricardo Valerdi's resume and list of testifying experience, which objectively have **nothing** to do with the HaulStars Product, as well as inventor declarations of unknown and unexplained relevance.  Again, you have improperly placed the burden of ascertaining your answer to this interrogatory on MG Freesites (assuming an answer can even be found in these documents, which is doubtful given their content).  Nikhil Sreenath testified at his deposition that he developed the source code for the HaulStars Product.  *See* September 28, 2012 Deposition Transcript of N. Sreenath at 116:19-117:1 ("I have written software code to develop the HaulStars product.").  There is no reason why he cannot provide a narrative response to this interrogatory given that he is still with Scorpcast.

- Interrogatory No. 4: This interrogatory asks you to identify each of your products that ever embodied any asserted claim and, if you do not identify any such product, to explain why the HaulStars Product never embodied any asserted claim.  You have plainly failed to do this.  Your supplemental response is not even grammatical and consists of just four words: "The HaulStars website, HaulStars.com."  Scorpcast should have knowledge of its own products and the claims it is asserting in this litigation; it should understand the features of the products it built and whether those features embody its own patents.  This is particularly true as the HaulStars website claims these products are patented and the developers of the HaulStars Product are still at Scorpcast.

- Interrogatory No. 6: This interrogatory seeks all facts supporting your assertion of indirect infringement, including the identity of the third parties, the acts they have committed that constitute direct infringement, and what actions MG Freesites has committed that have induced or contributed to the direct infringement.  Your supplement does nothing more than identify purported content partners to the Pornhub website as third parties.  But it does not identify how direct infringement is alleged to occur or what Scorpcast is accusing MG Freesites of doing that allegedly induces or contributes to that direct infringement.  Instead, Scorpcast identifies eighteen (18) lawsuits between it and other parties.  Scorpcast cannot vaguely point to the entire dockets of these eighteen cases and ask MG Freesites to ascertain how these cases are somehow applicable here.  Scorpcast is alleging indirect infringement in this case; it should be able to articulate the details of that allegation in narrative form.

- Interrogatory No. 8: This interrogatory seeks all facts supporting your damages claim and asks you to identify each legal theory under which you will seek damages and to explain

2

**VENABLE** LLP

December 14, 2021

the calculations that support any damages you claim. Your supplement again seeks to defer any meaningful answer until expert discovery, which is improper. We have already cited to you the applicable law in this district yet you still refuse to provide this information. *See IOENGINE, LLC v. PayPal Holdings, Inc.*, C.A. No. 18-452-WCB (D.I. 344), at \*4-5 (D. Del. Oct. 22, 2021) (J. Bryson, sitting by designation) (citing *Personal Audio, LLC v. Google LLC*, C.A. 17-1751-CFC-CJB, 2018 WL 4502002, at \*1-2 (D. Del. Sept. 20, 2018) ("[T]he defendant was 'entitled to . . . damages information' such as 'information about [the plaintiff's] damages contentions,' 'factual information,' and 'identification of documents currently known to [the plaintiff]' as part of fact discovery. . . [P]laintiff could postpone providing 'an actual final calculation of damages' until its expert report was served, but that the factual grounds for the damages claim had to be produced, if properly requested, at the fact discovery stage.") (pincites removed)); *see also id.* at \*4 ("[C]ontention interrogatories serve the useful function of 'enable[ing] the requesting party to understand what the opposing party's theory of liability or defense at trial will be, and thereby help clarify and simplify the issues in advance of the trial.'" (citing to *Woods v. DeAngelo Marine Exhaust, Inc.*, 692 F.3d 1272, 1280 (Fed. Cir. 2012)).

- **Interrogatory No. 9**: This interrogatory asks you to identify the date on which the hypothetical negotiation(s) would have taken place and which parties would have participated, as well as all facts supporting this. Your supplement again seeks to defer any meaningful answer until expert discovery, which is improper. We have already cited to you the applicable law in this district yet you still refuse to provide this information. *Id.*

- **Interrogatory No. 10**: This interrogatory seeks information concerning all damages Scorpcast contends it has or will suffer from the alleged infringement and seeks all facts supporting these damages under the *Georgia-Pacific* factors and/or *Panduit* factors. Your supplement again seeks to defer any meaningful answer until expert discovery, which is improper. We have already cited to you the applicable law in this district yet you still refuse to provide this information. *Id.*

- **Interrogatory No. 11**: This interrogatory seeks information concerning any Objective Evidence of Non-Obviousness supporting your position that the asserted claims are not invalid and seeks all facts supporting this. Your supplement again seeks to defer any meaningful answer until expert discovery, which is improper. We have already cited to you the applicable law in this district yet you still refuse to provide this information. *Id.*

- **Interrogatory No. 12**: This interrogatory asks you to identify the portions of the specification that provide written description support and enabling disclosure under 35 U.S.C. § 112. You have not provided any supplement here and your prior response is nonsensical, falsely indicating that the answer to this interrogatory was provided in your infringement contentions. It is improper to defer a meaningful answer until expert



December 14, 2021

discovery.  We have already cited to you the applicable law in this district yet you still refuse to provide this information.  *Id*.

\*       \*       \*

Given our prior correspondence on these issues and the parties' meet and confer, we believe we are at an impasse.  We explained to you the problems with your initial responses, the parties met and conferred, and you said you would supplement to address these deficiencies, but you clearly have not done so.

Please provide your availability **this week** to meet and confer or acknowledge that we are at an impasse on this issue.

Sincerely,

Jonathan M. Sharret

# EXHIBIT Q

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IOENGINE, LLC,

§
§

*Plaintiff,*

§
§

v.

§
§

Civil Action No. 18-452-WCB

§

PAYPAL HOLDINGS, INC.,

§
§

*Defendant.*

§
§
§
§

_____

§

## **ORDER**

Defendant PayPal Holdings, Inc., has filed a Motion to Compel Supplementary Interrogatory Responses, Dkt. No. 341. PayPal asserts that two interrogatory responses offered by Plaintiff IOENGINE, LLC, are insufficient and require additional disclosure. Specifically, PayPal challenges IOENGINE's responses to PayPal's Interrogatory Nos. 5 and 6. For the reasons discussed below, PayPal's motion is granted in part and denied in part.

    1.   <u>Interrogatory No. 5</u>

    A.   PayPal's Interrogatory No. 5 asks IOENGINE to "[d]escribe in detail all facts and contentions relating to the nature, measure, and proper calculation of any and all relief sought in this Lawsuit." Dkt. No. 341, Exh. 2, at 13. As part of that request, PayPal asks for "the facts and contentions of Plaintiff" relating to "each of the factors in *Panduit v. Stahlin Bros.*, 575 F.2d 1152 (6th Cir. 1978), [and] the calculation and determination of any alleged reasonable royalty, the facts and contentions of Plaintiff relating to each of the 15 factors set out in *Georgia-Pacific Corp. v. U.S.*

*Plywood Corp.*, 318 F. Supp. 1116 (S.D.N.Y. 1970) (including the apportioned amount of value attributable to the claimed invention)."[1] *Id.* Referring to the hypothetical negotiation that is frequently employed to calculate a reasonable royalty in patent cases, the interrogatory asks for "the date(s) that Plaintiff contends that the hypothetical negotiation would have taken place." *Id.* The interrogatory also asks for "the calculation and determination of any alleged enhanced damages, [and] the facts and contentions of Plaintiff relating to any alleged enhanced damages." *Id.* Finally, the interrogatory asks for PayPal to "identify all Documents and Things (by Bates number) concerning the foregoing and all Persons with knowledge concerning the foregoing." *Id.*

In its initial response to PayPal's Interrogatory No. 5, IOENGINE objected to the interrogatory on numerous grounds and then stated that the interrogatory was "premature" because PayPal had not provided certain discovery relating to the computation of damages and because "IOENGINE's damages are expected to be the subject of expert opinion disclosed in accordance with the Scheduling Order entered in this case." *Id.* at 14–15. IOENGINE stated that it "will seek damages at least in the amount of a reasonable royalty," and it listed the dates of the hypothetical negotiations that it would advocate be used to ascertain the reasonable royalty for each asserted patent. IOENGINE provided no additional substantive information, but "reserved the right to supplement its response" to the interrogatory "after appropriate fact and expert discovery has been completed." *Id.* at 15.

IOENGINE supplemented its response to Interrogatory No. 5 on October 19, 2021. *See* Dkt. No. 341-1, Exh. 4, at 7–9. Other than to expand upon its complaint regarding the alleged

---

[1] The *Panduit* and *Georgia-Pacific* cases contain a number of factors to be considered in setting damages in a patent case.

inadequacies of PayPal's discovery production, IOENGINE repeated the text of its previous response and added only that it "will not seek damages based on IOENGINE's lost profits." *Id.*

On October 20, 2021, IOENGINE served another supplemental response to Interrogatory No. 5. Dkt. No. 341-1, Exh. 5, at 7–12. In that response, IOENGINE repeated its objections to the interrogatory and its complaints about the alleged inadequacies of PayPal's discovery production. In addition, invoking Rule 33(d) of the Federal Rules of Civil Procedure, IOENGINE stated that information responsive to the interrogatory "may be derived from documents and records that IOENGINE and/or PayPal has produced and will produce and where the burden of ascertaining the requested information from these records will be substantially the same for PayPal as it would be for IOENGINE." *Id.* at 9. The response then stated that it "refers PayPal to and incorporates by reference the following non-limiting list of records produced by IOENGINE." *Id.* Following that statement, IOENGINE listed documents that it described as referring to two previous cases that IOENGINE had litigated against, and ultimately settled with, two other defendants. *Id.* at 9–10. In addition, IOENGINE referred to "[f]ilings and disclosures by PayPal Holdings Inc. with or pursuant to the U.S. Securities and Exchange Commission," along with various other documents identified by number. Finally, the response referred generically to "PayPal's Initial Disclosures; PayPal's responses to IOENGINE's Requests for Admission and any documents cited therein; PayPal's responses to IOENGINE's Requests for Production; and testimony of current and former employees of PayPal, including PayPal's [Rule] 30(b)(6) corporate designees, and any documents or exhibits cited, discussed or referenced therein." *Id.* at 11. IOENGINE then repeated that it reserved the right to supplement its response "after appropriate fact and expert discovery has been completed," and that it "will not seek damages based on IOENGINE's lost profits." *Id.* at 12.

B. PayPal's Interrogatory No. 5 is a contention interrogatory. As I have noted previously, contention interrogatories serve the useful function of "enable[ing] the requesting party to understand what the opposing party's theory of liability or defense at trial will be, and thereby help clarify and simplify the issues in advance of the trial." Dkt. No. 329, at 5; *see also Woods v. DeAngelo Marine Exhaust, Inc.*, 692 F.3d 1272, 1280 (Fed. Cir. 2012) ("Answers to contention interrogatories also serve to narrow and sharpen the issues thereby confining discovery and simplifying trial preparation."); *Thorn EMI N. Am., Inc. v. Intel Corp.*, 936 F. Supp. 1186, 1191 (D. Del. 1996) (encouraging the use of contention interrogatories to provide "sufficient notice of the opposing party's contentions at trial and an opportunity to respond to those contentions").

In the patent context, courts have held that a contention interrogatory is a proper mechanism for obtaining information regarding a plaintiff's damages contentions. *See, e.g.*, *Corning Optical Commc'ns Wireless Ltd. v. Solid, Inc.*, 306 F.R.D. 276, 278–79 (N.D. Cal. 2015); *Pers. Audio, LLC v. Google LLC*, No. 17-cv-1751, 2018 WL 4502002, at *2 (D. Del. Sept. 20, 2018); *Kaneka Corp. v. Zhejiang Med. Co.*, No. 11-cv-2389, 2016 WL 11266869, at *7 (C.D. Cal. Oct. 18, 2016).

In *Personal Audio, LLC v. Google LLC*, a case from this district, Judge Burke compelled the plaintiff to respond to a contention interrogatory similar to PayPal's Interrogatory No. 5. *Personal Audio*, 2018 WL 4502002, at *2. The court noted that the defendant was "entitled to . . . damages information" such as "information about [the plaintiff's] damages contentions," "factual information," and "identification of documents currently known to [the plaintiff]" as part of fact discovery. *Id*. The court noted that the plaintiff could postpone providing "an actual final calculation of damages" until its expert report was served, but that the factual grounds for the damages claim had to be produced, if properly requested, at the fact discovery stage. *Id*. at *1. Judge Burke noted

that, in an earlier case, he granted a motion to compel a supplemental response to an interrogatory relating to a plaintiff's damages claim. *Id*. at *2. In that case, Judge Burke directed the plaintiff to provide "a meaningful articulation of the bases for [plaintiff's] contention that it is entitled to such damages," and that the response must include "a narrative explanation as to how the information contained [in certain documents referenced in a supplemental response to the interrogatory] shed light on [plaintiff's] contention that it is entitled to lost profits damages." *Id.* (quoting from *GlaxoSmithKline LLC v. Teva Pharms. USA, Inc.*, No. 14-878, Dkt. No. 101, at 1–2 (D. Del. Jan. 28, 2016)); *see also Integra Lifesciences Corp. v. Hyperbranch Med. Tech.*, No. 15-819, 2017 WL 11558096, at *6. The same disclosure obligation applies to PayPal's interrogatory directed to IOENGINE's request for reasonable royalty damages in this case.

IOENGINE cannot avoid the obligation to response to Interrogatory No. 5 on the ground that information of the sort called for in the interrogatory will be provided in the report of IOENGINE's damages expert. Courts have made it clear that a party may not avoid the responsibility of responding to a contention interrogatory on damages by alleging that the request for information regarding damages will be responded to by the party's expert. For example, in *Corning Optical*, the court rejected a plaintiff's interrogatory response that essentially amounted to, "wait until we serve our expert report." *Corning Optical*, 306 F.R.D. at 278–79. The court recognized that "new information may come to light as the case proceeds," and that the plaintiff could supplement its responses as appropriate. *Id.* at 279. However, the court held that the plaintiff was required to disclose substantial information regarding its damages contentions without waiting to do so until its expert report was served. *Id.*

IOENGINE bases its objection to Interrogatory No. 5 in part on PayPal's alleged lack of production of discovery concerning PayPal's finances, particularly with respect to the Zettle product that was added to the case recently. It is true that IOENGINE cannot reasonably be expected to respond to the interrogatory to the extent that the response requires information that PayPal has not yet produced. But IOENGINE must respond "to the best of its ability with the information currently available to it, subject to later supplementation based on additional information" that it may obtain. *See THX, Ltd. v. Apple, Inc.*, No. 13-cv-01161, 2016 WL 2899506 (N.D. Cal. May 13, 2016); *see also Personal Audio*, 2018 WL 4502002, at *2. Much of the information relevant to IOENGINE's damages model is likely already in its possession, including such matters as license agreements and sales data that may be relevant to a hypothetical negotiation. That information must be disclosed, and not simply by reference to a collection of documents.

This point is underscored by Rule 26(a)(1)(A)(iii). That rule provides that parties are expected to include in their initial disclosures "a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying . . . the documents or other evidentiary material . . . on which each computation is based." FED. R. CIV. P. 26(a)(1)(A)(iii). Courts have routinely enforced that requirement in the patent context. *See, e.g.*, *Brandywine Commc'ns Techs., LLC v. Cisco Sys., Inc.*, No. 12-cv-01669, 2012 WL 5504036, at *2 (N.D. Cal. Nov. 13, 2012); *Pure Pools, Inc. v. Oxygen Pools, LLC*, No. 20-cv-80426, 2020 WL 4689775, at *4 (S.D. Fla. Aug. 13, 2020). Rule 26(a) and these cases stand for the proposition that plaintiffs often have significant evidence in their possession relating to damages from the outset of discovery, and that such evidence must be disclosed regardless of the status of the defendant's production. Moreover, as the Second Circuit has explained, the disclosure required by Rule 26(a)(1)(A)(iii) requires "more than providing—without any explanation—undifferentiated financial

statements; it requires a 'computation,' supported by documents." *Design Strategy, Inc. v. Davis*, 469 F.3d 284, 295 (2d Cir. 2006); *see also Bessemer & Lake Erie R.R. Co. v. Seaway Marine Transp.*, 596 F.3d 357, 367 (6th Cir. 2010). Where the plaintiffs' calculation of damages in a patent infringement case was based on documents not produced pursuant to Rule 26(a)(1)(A)(iii), the court in *Briese Lichttechnik Vertriebs GmbH v. Langton*, 272 F.R.D. 369, 374 (S.D.N.Y. 2011), held that the plaintiffs would be limited to documents already produced and would be barred from using any nondisclosed documents in their calculations.[2]

IOENGINE's invocation of Rule 33(d) and its reference to documents produced pursuant to that rule does not absolve IOENGINE of the obligation to disclose information regarding its damages contentions. As Judge Robinson observed, an identification of documents is not "an appropriate response to a contention interrogatory . . . unless such documents specifically identify the contention in the first instance (unlikely) or provide specific data supporting the contention that has already been described." *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, Nos. 09-cv-2118 and 08-cv-889, 2013 WL 12291705, at *1. The court added that "[f]acts are the subject of fact discovery, and parties are required to disclose such facts before the facts are massaged and manipulated by their expert witnesses." *Id.* IOENGINE has not alleged that its production of documents meets either of the conditions outlined in *Cyclobenzaprine*.

---

[2] The Advisory Committee Note to the 1993 amendments to the Federal Rules of Civil Procedure, which added Rule 26(a)(1)(A)(iii), recognized that "a party would not be expected to provide a calculation of damages which, as in many patent infringement actions, depends on information in the possession of another party or person." Amendments to Federal Rules of Civil Procedure, 146 F.R.D. 401, 631–32 (April 22, 1993). While the lack of such information or evidence excuses the failure to produce such a computation of damages at the outset of the case, the obligation to produce such a computation, as well as to produce documents and other evidentiary matter remains in place and requires the party to produce such materials as soon as it is able to do so.

A contention interrogatory calls for a narrative response, not a listing of documents. To be sure, Rule 33(d) has its place, particularly where the response to an interrogatory may be determined a party's business records and the burden of discerning the answer to the interrogatory will be substantially the same for either party. But Rule 33(d) has no place in a response to a contention interrogatory in which the requesting party is seeking to learn what the other party's position is with respect to a material issue in the case. *See, e.g.*, *SEC v. Elfindepan*, 206 F.R.D. 574, 577 (M.D.N.C. 2002) (noting that contention interrogatories "do not lend themselves to answer by use of Rule 33(d)"); *Moeller v. Taco Bell Corp.*, No. 02-cv-5849, 2008 WL 11454816, at *3 (N.D. Cal. Aug. 28, 2008) ("[R]elying exclusively on document production pursuant to FRCP 33(d) to answer contention interrogatories is under most circumstances impermissible."); *A.R. v. Dudek*, No. 12-cv-60460, 2015 WL 11143084, at *4 (S.D. Fla. Oct. 9, 2015) ("[T]he utilization of Rule 33(d) to respond to contention interrogatories is inappropriate for various reasons."); *Safety Today, Inc. v. Roy*, No. 2:12-cv-510, 2014 WL 12749231, at *2 (S.D. Ohio Feb. 11, 2014) ("[A] response [invoking Rule 33(d)] is not well-suited to questions which require the exercise of particular judgment on the part of the responding party.") (internal quotation marks and citation omitted); *Culp v. Reed*, No. 1:19-CV-00106, 2021 WL 1341256, at *3 (N.D. Ind. Apr. 8, 2021) ("In any event, Rule 33(d) does not apply to contention interrogatories . . . .") (internal quotation marks and citation omitted).

In sum, I agree with PayPal that IOENGINE's responses to Interrogatory No. 5 are insufficient. IOENGINE must provide "a meaningful articulation of the bases" for its damages contentions, the documents that support those bases, and "a narrative explanation as to how [that] information . . . shed[s] light on" its damages contentions. *See GlaxoSmithKline*, No. 14-cv-878, Dkt. No. 101, at 1–2; *see also Personal Audio*, 2018 WL 4502002, at *2. This disclosure should include at least the following information:

- An identification of the documents provided by IOENGINE to its damages expert, including IOENGINE's own documents and those produced by PayPal or Ingenico;

- A narrative account of the theories of damages that IOENGINE intends to present, to the extent that it has a theory, for each of its infringement theories including the firmware-update theory and the payment-transaction theory;

- For each asserted patent, the time period for which IOENGINE seeks damages as a result of the alleged infringement;

- The facts on which IOENGINE bases its claim for a reasonable royalty, including the facts relating to any of the *Georgia-Pacific* factors on which IOENGINE intends to rely;

- Whether IOENGINE intends to rely upon an industry-standard royalty rate in its damages analysis, and if so, the basis for that contention;

- Whether the royalty rate will be applied on a per-transaction, per-unit, or other basis; and

- Whether information regarding PayPal accessories will be built-in to the reasonable royalty or be the subject of an independent damages theory.

*See Corning Optical*, 306 F.R.D. at 279. IOENGINE need not disclose at this time an actual final calculation of its damages or the expert's legal analysis of the damages issue, but it must disclose "the factual bases for [its] damages claim." *THX*, 2016 WL 2899506, at *7. Furthermore, IOENGINE cannot disclose that which it does not have or does not know. But if IOENGINE cannot fully address any of the above listed items in its supplemental response, it must state as much in its response and provide further supplementation once it is able to completely address those items.

2. Interrogatory No. 6

PayPal's Interrogatory No. 6 asks IOENGINE to "describe in detail all facts and contentions concerning, supporting, or contradicting [IOENGINE's] request for injunctive relief" in this case. Dkt. No. 341, Exh. 5, at 12. In its most recent supplemental response, IOENGINE indicated that "[b]ased on the discovery provided to date by PayPal . . . IOENGINE states that it will not seek injunctive relief" in this case. *Id.* at 13.

PayPal argues that IOENGINE needs to "fish or cut bait on its injunctive relief claim." Dkt. No. 341, at 3. I assume that IOENGINE's most recent response is made in good faith, and as such, IOENGINE may not have any additional information to produce at this time bearing on whether it will ultimately seek injunctive relief. IOENGINE notes that it has reserved the right to seek injunctive relief in its response to Interrogatory No. 6 because "PayPal continues to produce documents . . . and depositions of PayPal witnesses have not concluded." Dkt. No. 343, at 3. I will therefore not order IOENGINE to provide a definitive answer at this point as to whether it intends to seek injunctive relief. However, if IOENGINE chooses to pursue injunctive relief in response to any new information that it receives from PayPal's later discovery disclosures, IOENGINE must supplement its response to include the factual basis for that contention. And if IOENGINE's decision to seek injunctive relief is based not on new information previously unavailable to IOENGINE but on information already in IOENGINE's hands, IOENGINE may be foreclosed from seeking injunctive relief. *See, e.g.*, *Volterra Semiconductor Corp. v. Primarion, Inc.*, 796 F. Supp. 2d 1025, 1054 (N.D. Cal. 2011) (excluding a document that the defendant did not indicate it intended to rely upon in its interrogatory responses). Therefore, if IOENGINE has information in its possession

currently that may be used as the basis for a claim for injunctive relief, it must disclose that information to PayPal at this time as well.

3. Conclusion

In summary, IOENGINE's responses to PayPal's Interrogatory No. 5 regarding damages are insufficient, and IOENGINE must supplement them as directed by this order by no later than October 28, 2021. IOENGINE need not supplement its response to PayPal's Interrogatory No. 6 unless IOENGINE decides that it will pursue injunctive relief in light of PayPal's remaining document production and deposition testimony, in which case IOENGINE will need to advise PayPal of the factual basis for its request for an injunction.

IT IS SO ORDERED.

SIGNED this 22nd day of October, 2021.


WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE