## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MG FREESITES LTD | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:20-cv-01012-CFC |
| | LEAD CONSOLIDATED CASE |
| SCORPCAST, LLC d/b/a HAULSTARS, | JURY TRIAL DEMANDED |
| *Defendant.* | |
| SCORPCAST, LLC dba HAULSTARS, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:21-cv-00887-CFC |
| MG FREESITES, LTD, | |
| *Defendant.* | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order (D.I. 33, §§ 16-17), the Parties' February 15, 2022 Meet and Confer and the Parties' Stipulation (D.I. 115), Plaintiff Scorpcast, LLC dba Haulstars ("Plaintiff" or "Scorpcast") and Defendant MG Freesites LTD ("Defendant" or "MG Freesites") (collectively, "the Parties") respectfully submit this Joint Claim Construction Chart, enclosed hereto as Exhibit A, for claim terms / phrases, proposed constructions, and supporting intrinsic evidence regarding the 50 asserted claims served on

1

January 6, 2022 pursuant to the Stipulation (D.I. 93) of U.S. Patent Nos. 9,965,780 ("the '780 Patent"); 9,899,063 ("the '063 Patent"); 9,703,463 ("the '463 Patent"); 9,832,519 ("the '519 Patent"); 10,205,987 ("the '987 Patent"); 10,506,278 ("the '278 Patent"); and 10,560,738 ("the '738 Patent"); U.S. Patent Nos. 8,595,057 ("the '057 Patent") and 10,354,288 ("the '288 Patent") (collectively, the "Asserted Patents").

Specifically, Section I of Exhibit A below sets forth a list of claim terms and their respective constructions on which the Parties have agreed.  Section II sets forth the disputed claim terms, the constructions each proposed by Scorpcast and MG Freesites, and the intrinsic evidence the Parties believe supports their proposed constructions.[1]

Pursuant to Section 16, a text-searchable PDF of each of the nine asserted patents is included with this Joint Claim Construction Chart.

Date: February 17, 2022

By: */s/ Gregory B. Williams*
Gregory B. Williams (#4195)
Wali W. Rushdan II (#5796)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19899
Tel: 302- 622-4211
gwilliams@foxrothschild.com

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

---

[1] MG Freesites has not included claim terms / phrases it contends are indefinite based on its understanding of the Court's procedures.  *See British Telecomms. Plc v. Fortinet, Inc.*, No. 18-1018-CFC-MPT, 2021 U.S. Dist. LEXIS 72488, at *10 (D. Del. Apr. 15, 2021).  Thus, MG Freesites reserves the right to raise such indefinite terms / phrases at the appropriate time such as in connection with summary judgment.  The parties have agreed to limit claim construction to 15 terms / phrases.  Haulstars reserves the right to seek enforcement of the parties' agreement if MG Freesites seeks claim construction for more than 15 terms / phrases.

wrushdan@foxrothschild.com            caras@rlf.com

OF COUNSEL:                           OF COUNSEL:
Michael Simons                        Ralph A. Dengler
Texas State Bar No. 24008042          Frank M. Gasparo
WILLIAMS SIMONS & LANDIS              Venable LLP
PLLC                                  1270 Avenue of the Americas
601 Congress Ave., Suite 600          24th Floor
Austin, TX 78701                      New York, NY 10020
Tel: 512-543-1354                     (212) 307-5500
msimons@wsltrial.com                  radengler@venable.com
                                      fmgasparo@venable.com

*Attorneys for Scorpcast, LLC*
*d/b/a HaulStars*                     Jonathan M. Sharret
                                      Venable LLP
                                      1290 Avenue of the Americas
                                      New York, NY 10020
                                      (212) 307-5500
                                      jsharret@venable.com

                                      *Attorneys for MG Freesites Ltd*

Exhibit A Page 1

# EXHIBIT A

## JOINT CLAIM CONSTRUCTION CHART

### *I.* *Agreed Claim Constructions*

| No. | Term for Construction Patent, Claim | Agreed Construction |
|---|---|---|
| 1 | "a second user interface that enables the first user to: provide at least one of an upload or a link to an image, add text to be associated with the image, add a link to be associated with the image" (US 10,205,987, claims 1, 20, 26)<br><br>= = = = = = = = = = =<br><br>"a second user interface . . . that enables the first user to: provide at least one of an upload indication for or a link to a first image, add text to be associated with the image, and add a link to be associated with the image" (US 10,506,278, claims 1, 19, 25)<br><br>= = = = = = = = = = =<br><br>"a second user interface . . . that enables the first user to: provide at least one of an upload indication for or a link to an image, add text to be associated with the image, and add a link to a destination" (US 10,560,738, claims 1, 18) | Plain meaning, i.e., "a second user interface that enables the first user to do all of the following: provide at least one of an upload or a link to an image, add text to be associated with the image, and add a link to be associated with the image."<br><br><br><br>Plain meaning, i.e., "a second user interface that enables the first user to do all of the following: provide at least one of an upload indication for or a link to a first image, add text to be associated with the first image, and add a link to be associated with the first image."<br><br><br><br>Plain meaning, i.e., "a second user interface that enables the first user to do all of the following: provide at least one of an upload indication for or a link to an image, add text to be associated with the image, and add a link to a destination." |
| 2 | "enable users to communicate using a Voice over Internet Protocol communication mechanism" (US 10,354,288, claim 1) | Plain meaning, i.e., "enable users to communicate to each other using a Voice over Internet Protocol communication link" |

Exhibit A Page 2

## II.    Terms in Dispute

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | US 9,965,780, claim 25; US 9,703,463, claim 21 "scrubber area" | "the area that allows for scrubbing through frames of a video." | '780 Patent at 2:17-58, 24:46-52, 31:61-32:4, 48:62-67. '463 Patent at 53:23-54:9. | Plain meaning, i.e., "an area including a scrubber bar and optionally including an area adjacent to the scrubber bar." | '780 Patent *E.g.*, Fig. 4, Fig. 10, Fig. 12, 2:42-48, 22:20-23, 27:23-27, 28:52-29:4, 30:11-14, 31:61-66. _____ '463 Patent *E.g.*, Figs. 10, Figs. 21A-21C, Fig. 23C, 2:48-54, 31:42-46, 33:4-24, 34:32-35, 36:15-20, 42:12-22. _____ IPR2020-01697 ('780 Patent) *E.g.*, Ex. 1033, 121:10-125:21, 204; Jan. 19, 2022 Hearing Transcript. _____ US 8,682,809 (Parent of '780 and '463 Patents) file wrapper *E.g.*, Jul. 17, 2013 Response to Office Action, at 16- |

Exhibit A Page 3

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 17, 19-20. |
| 2 | US 9,965,780, claims 9, 20 "image not from the [first/given] video"<br><br>US 9,899,063, claims 1, 9, 20, 26 "a first image that is not an image from the first video file"<br><br>"the first image and the second image are not an image from the first video"<br><br>"a [first/second] image that is not an image from the first video"<br><br>"a [first/second] image not from the first video"<br><br>US 9,703,463, claim 21 "a first image that is not an image from the first video" | No construction necessary. | '780 Patent at 46:17-48, 47:54-48:19. '063 Patent at 50:29-51:2, 51:43-52:22, 53:9-53, 54:17-57. '463 Patent at 53:23-54:10. | Plain meaning, i.e., "a first image that is an image from a source other than the first video file."<br><br>Plain meaning, i.e., "a first image that is an image from a source other than the first video file."<br><br>Plain meaning, i.e., "the first image and the second image are each an image from a source other than the first video."<br><br>Plain meaning, i.e., "a [first/second] image that is an image from a source other than the first video."<br><br>Plain meaning, i.e., "a [first/second] image from a source other than the first video." | '780 Patent *E.g.*, Figs. 16B-16D, 2:59-3:7, 34:40-35:41, 37:15-32.<br><br>'063 Patent *E.g.*, Figs. 16B- 16D, 2:59-3:7, 38:53-39:54, 44:27-44.<br><br>'463 Patent *E.g.*, Figs. 16B-16D, 2:65-3:13, 38:61-39:61, 44:34-51.<br><br>'463 Patent file wrapper *E.g.*, Mar. 25, 2016 Response to Office Action, at 9-10.<br><br>'519 Patent file wrapper *E.g.*, Aug. 1, 2016 Response to Office Action, at 11-13, 14-15, 16-17; Jan. 4, 2017 Response to Office Action, |

Exhibit A Page 4

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | Plain meaning, i.e., "a first image that is an image from a source other than the first video." | at 12-13; Mar. 22, 2017 Response to Office Action, at 11-12; Mar. 10, 2017 Notice of Allowance, at 2. US 9,741,057 (Same family patent as '780, '063, '463, '519 Patents) file wrapper *E.g.*, Oct. 30, 2015 Final Rejection, at 2-4; Apr. 28, 2016 Response to Office Action, at 2-3, 15-17, 27-28. US 9,754,296 (Parent of '780 Patent) file wrapper *E.g.*, Nov. 5, 2015 Final Rejection, at 3; May 5, 2016 Response to Office Action, at 2, 4, 17-18, 24-26, 29-30; May 2, 2017 Notice of |

Exhibit A Page 5

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Allowance, at 2. |
| 3 | US 9,965,780, claim 20 "a user interface that enables a user to associate, with respect to a given video, an image not from the given video and/or text with a user-specified position of the given video" | No construction necessary. | '780 Patent at 47:54-48:19. '987 Patent at 57:5-58:6, 59:33-60:32, 61:3-62:9. '278 Patent at 57:6-58:14, 59:27-60:10, 60:45-61:21. '738 Patent at 57:5-58:3, 59:15-62. | Plain meaning, i.e., "a user interface that makes it possible for a user to associate, with respect to a given video, an image from a source other than the given video, text, and both with a user-specified start position of the given video." | '780 Patent *E.g.*, Figs. 16A-16E, 2:34-41, 2:59-3:7, 5:55-6:12, 7:46-8:21, 9:51-52, 11:51-12:3, 12:4-26, 34:18-36:5. |
| 4 | US 9,899,063, claim 26 "automatically presented"<br><br>US 9,832,519, claim 1, 9, 16 "automatically [display/displays]" | No construction necessary. | '063 Patent at 54:17-57. '519 Patent at 57:1-58:11, 59:1-60:10, 60:56-62:13. | Plain meaning, i.e., "presented without user intervention."<br><br>Plain meaning, i.e., "[display/displays] without user intervention." | '063 Patent *E.g.*, 3:8-10, 31:13-34, 33:45-61, 34:43-46, 36:3-7.<br><br>'519 Patent *E.g.*, 5:35-38, 9:11-13, 36:22-43, 39:20-36, 40:18-21, 41:44-48.<br><br>'519 Patent file wrapper *E.g.*, Dec. 16, 2016 Response to Office Action, at 11-15.<br><br>US 8,635,169 |

Exhibit A Page 6

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | (Parent of '063 and '519 Patents) file wrapper *E.g.*, Sept. 19, 2012 Response to Office Action, at 8-9, 11. <br><br> US Appl. Ser. No. 15/889,692 (CON of '063 Patent) file wrapper *E.g.*, Jun. 2, 2020 Response to Office Action, at 13-16. |
| 5 | US 9,965,780, claims 9, 20 "cause the first image and/or the first text to be presented at the first start time, during playback of the first video" <br><br> "cause the first image and/or the first text to be presented at the first start position, during playback of the first video" | No construction necessary. | '780 Patent at 46:17-48, 47:54-48:19. | Plain meaning, i.e., "cause the first image, the first text, or both to be presented at least when playback of the first video reaches the first start position." | '780 Patent *E.g.*, 2:23-30, 2:48-52, 27:7-18, 27:27-32 |
| 6 | US 10,205,987, | No | '987 Patent at | Plain meaning, | '987 Patent |

Exhibit A Page 7

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | claim 1; US 10,506,278, claim 1 "display: the [first/second] image as an overlay in accordance with the definition as to when the [first/second] image is to be displayed when the first video is played back"<br><br>US 10,205,987, claims 20, 26 "display: the [first/second] image in accordance with the definition as to when the [first/second] image is to be displayed when the first video is played back" | construction necessary. | 57:5-58:6. '278 Patent at 57:5-58:14. | i.e., "display the [first/second] image as an overlay at least when video playback reaches the defined start time or frame number for the [first/second] image during playback of the first video."<br><br>Plain meaning, i.e., "display the [first/second] image at least when video playback reaches the defined start time or frame number for the [first/second] image during playback of the first video." | *E.g.*, 38:31-35<br><br>'278 Patent *E.g.*, 38:31-35 |
| 7 | US 9,899,063, claim 9; US 10,205,987, claims 1, 20, 26; US 10,506,278, claims 1, 19, 25; US 10,560,738, claims 1, 18, 24 "a content player" | No construction necessary. | '063 Patent at 51:43-52:22. '987 Patent at 57:5-58:6, 59:33-60:32, 61:3-62:9. '278 Patent at 57:6-58:14, 59:27-60:10, 60:45-61:21. '738 Patent at | Plain meaning, i.e., "a media player, distinct from a video player, that is capable of playing other types of media in addition to video." | '063 Patent *E.g.*, 4:25-30, 19:65-20:5, 30:21-25, 46:10-14<br><br>'987 Patent *E.g.*, claim 1, claim 20, claim 26, 10:32-37, 25:12-19, |

Exhibit A Page 8

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 57:5-58:3, 59:15-62, 60:29-63. | | 35:36-40, 51:60-64 <br><br> '278 Patent <br>*E.g.*, claim 1, claim 26, 10:32-37, 25:12-19, 35:36-40, 51:60-64 <br><br> '738 Patent <br>*E.g.*, claim 1, claim 25, 10:32-37, 25:12-19, 35:36-40, 51:60-64 |
| 8 | US 9,899,063, claim 1; US 9,703,463, claim 21 "a product" | No construction necessary. | '063 Patent at 50:29-51:2. '463 Patent at 53:23-54:9. | Plain meaning, i.e., "an item sold to and used by a consumer." | '063 Patent <br>*E.g.*, 1:15-17, 1:56-2:5, 14:15-17 <br><br> '463 Patent <br>*E.g.*, 1:21-23, 1:62-2:11, 14:21-23 |
| 9 | US 8,595,057, claim 2 "determining that a threshold condition based on said feedback has been met . . ." <br><br> "presenting a revenue participation offer . . ." | No construction necessary. | '057 Patent at 8:11-38, 10:1-23.  '288 Patent at 8:1-56. | These steps of the claim must occur in that order and reproduced below. <br><br> For '057 Patent, claim 2: <br>1) "determining that a threshold condition based on said feedback | '057 Patent <br>*E.g.*, Claims 1, 2, 10, 19, 20, Fig. 1, Fig. 2, 1:61-2:25, 2:34-62, 2:63-67, 5:12-37, 5:38-60, 5:61-6:15, 6:53-7:5. <br><br> '288 Patent <br>*E.g.*, Claim 1, Fig. 1, Fig. 2, |

Exhibit A Page 9

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | "delivering advertisement content along with said media file . . . after acceptance of said revenue participation offer . . ."<br><br>= = = = = = = =<br>US 8,595,057 claim 19 "presenting a revenue participation offer . . ."<br><br>"delivering advertisement content along with said media file . . . after acceptance of said revenue participation offer . . ."<br><br>= = = = = = = =<br>US 10,354,288, claim 1 "determine if a first predetermined threshold is met . . ." | | | has been met . . ."<br><br>2) then "presenting a revenue participation offer . . ."<br><br>3) then "delivering advertisement content along with said media file . . . after acceptance of said revenue participation offer . . ."<br><br>For '057 Patent, claim 19:<br>1) "presenting a revenue participation offer . . ."<br><br>2) then "delivering advertisement content along with said media file . . . after acceptance of said revenue participation offer . . ."[2] | 2:3-35, 3:6-21, 3:22-55, 4:27-41, 5:27-52, 5:53-6:9, 6:10-32, 7:3-24.<br><br>IPR2021-00511 ('057 Patent)<br>*E.g.*, Preliminary Response, at 3-7, 12-16, 19-27, 30-31; Denying Institution Decision, at 3-5, 13-23.<br><br>IPR2021-01171 ('288 Patent)<br>*E.g.*, Preliminary Response, at 3-5, 12-16, 19-23; Denying Institution Decision, at 3-4, 12-20.<br><br>US Appl. Ser. No. 11/549,027 (Parent of '057 Patent) file |

---

[2] MG Freesites reserves the right to argue claim 19 requires the same "determining that a threshold condition based on said feedback has been met . . ." claim limitation and ordering as claim 2 based on statements to the Patent Trial and Appeal Board

Exhibit A Page 10

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | "based . . . on the . . . the first predetermined threshold being met, dynamically generate a first offer of online and offline services;"<br><br>"at least partly in response to acceptance of the first offer online and offline services, enable the provision of the online and offline services." | | | For '288 Patent:<br>1) "determine if a first predetermined threshold is met . . ."<br><br>2) then "based . . . on the . . . the first predetermined threshold being met, dynamically generate a first offer of online and offline services;"<br><br>3) then "at least partly in response to acceptance of the first offer online and offline services, enable the provision of the online and offline services." | wrapper<br>*E.g.*, Originally-filed claim 1, Dec. 18, 2009 Response to Office Action, at 2, 4, 6, 9; Apr. 29, 2010 Final Rejection, at 6-7; Aug. 16, 2013 Non-Final Rejection at 4-7; Sep. 20, 2013 Applicant-Initiated Interview Summary; Oct. 14, 2013 Response to Office Action at 2, 4, 6.<br><br>'288 Patent file wrapper<br>*E.g.*, Jun. 23, 2014 Response to Office Action, at 2, 5-7; Mar. 30, 2015 Response to Office Action, |

and the accompanying decision. See IPR2021-00511, Paper 15, at 14-15 ("We agree with Patent Owner's above-noted assessment of features that are required by claim 2 (and claim 19) . . . .") (Decision Denying Institution) and Paper 7, at 12-13, 16 (Patent Owner's Preliminary Response).

Exhibit A Page 11

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | at 2-3, 6-9; Aug. 14, 2017 Appeal Brief, at 4.<br><br>U.S. Appl. Ser. No. 17/062,047 (CON of '288 Patent)<br>*E.g.*, Originally-filed claims 1, 15, Fig. 6. |
| 10 | US 8,595,057, claims 2, 19 "after acceptance of said revenue participation offer"<br><br>"after acceptance of said revenue participation offer by said author"<br><br>========<br>US 10,354,288, claim 1<br>"at least partly in response to acceptance of the first offer online and offline services . . ." | No construction necessary. | '057 Patent at 8:11-38, 10:1-23.  '288 Patent at 8:1-56. | Plain meaning, i.e., "after the author opts into said revenue participation offer"<br><br>Plain meaning, i.e., "at least partly in response to the media submitter opting into the first offer online and offline services" | '057 Patent<br>*E.g.*, Fig. 1, Fig. 2, 2:24-43, 5:38-60, 6:53-7:5.<br><br>'288 Patent<br>*E.g.*, Fig. 1, Fig. 2, 2:34-52, 5:53-6:10, 7:3-24.<br><br>IPR2021-00511 ('057 Patent)<br>*E.g.*, Preliminary Response, at 3-5, 12-14, 16, 24-27.<br><br>IPR2021-01171 ('288 Patent)<br>*E.g.*, Preliminary Response, at |

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 3-5, 15-16, 22-25.

'057 Patent file wrapper *E.g.*, Sept. 27, 2010 Amendment, at 3, 7, 9; June 29, 2010 Notice of Allowance, at 7-8 and US2004/0015427 to Camelio, at [0087], claim 1.

'288 Patent file wrapper *E.g.*, Aug. 14, 2017 Appeal Brief, at 5.

US Appl. Ser. No. 11/549,027 (Parent of '057 Patent) *E.g.*, Sept. 11, 2015 Office Action, at 21-22 (including patent citations therein such as US Patent No. 7,162,433 to Foroutan, Figure 29, 18:61-19:1, |

Case 1:20-cv-01012-CFC-JLH   Document 116   Filed 02/17/22   Page 16 of 19 PageID #: 11399


Exhibit A Page 13

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | 41:27-32); Dec. 29, 2015 Response to Office Action, at 2-9, 12-14, Dec. 30, 2015 Applicant-Initiated Interview Summary.<br><br>U.S. Appl. Ser. No. 16/504,883 *E.g.*, December 15, 2020, Non-Final Office Action, at e.g., 23-24 and citations therein (U.S. 2007 /0150349 to Handel et al., at [0031], [0040], [0046]) and August 3, 2021 Notice of Abandonment. |
| 11 | US 8,595,057, claims 2, 19 "advertisement score" | No construction necessary. | '057 Patent at 8:11-38, 10:1-23. | Plain meaning, i.e., "score that includes tracking the delivered advertisement content" | '057 Patent *E.g.*, Fig. 1, Fig. 2, Claims 1, 2, 19, 1:15-20, 3:10-22, 5:52-6:2, 6:65-7:14.<br><br>IPR2021-00511 ('057 Patent) *E.g.*, Preliminary |

Exhibit A Page 14

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Response, at 4-5 .<br><br>US 2006/0212350 (prior art listed on face of '288 Patent) *E.g.*, at ¶[0274], ¶[0282].<br><br>US 2008/0082417 (prior art listed on face of '288 Patent), *E.g.*, at ¶[0051].<br><br>US 11,138,375 (CON of '288 Patent) *E.g.*, Originally-filed claims 4, 18, Fig. 7, Dec. 23, 2020 Office Action, at 21-22. |
| 12 | US 10,354,288, claim 1 "track a number of instances of advertisements associated with offline distribution of the performance data of said | No construction necessary. | '288 Patent at 8:1-56. | Plain meaning, i.e., "track a number of instances of advertisements associated with non-Internet distribution of the performance data of said | '288 Patent *E.g.*, Claim 1, 1:31-38, 2:28-38, 3:33-45, 6:11-16, 6:21-26<br><br>IPR2021-01171 ('288 Patent) |

Exhibit A Page 15

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | media submitter's performance data" | | | media submitter's performance data" | *E.g.,* Preliminary Response, at 5-8, 20-21.<br><br>US Provisional Appl. Ser. No. 60/836,465 *E.g.,* at ¶[0002], ¶[0003], ¶[0007].<br><br>US Appl. Ser. No. 11/549,027 (Parent of '057 Patent) *E.g.,* Dec. 29, 2015 Response, at 11; Specification, at ¶[0003].<br><br>'288 Patent file wrapper *E.g.,* Sept. 29, 2016 Response to Office Action, at 11-12; Aug. 14, 2017 Appeal Brief, at 4. |
| 13 | US 10,354,288, claim 1 "simultaneously record and stream, via the | No construction necessary. | '288 Patent at 8:1-56. | Plain meaning, i.e., "at the same time, record and stream, via the media file data | '288 Patent *E.g.,* 4:47-49, claim 1.<br><br>'288 Patent |

Exhibit A Page 16

| No. | Term for Construction Patent, Claim | Scorpcast's Construction | Scorpcast's Intrinsic Evidence | MG Freesites' Construction | MG Freesites' Intrinsic Evidence |
|---|---|---|---|---|---|
| | interface, to user devices . . ." | | | repository interface, to user devices" | <u>file wrapper</u> *E.g.*, Sept. 29, 2016 Response to Office Action, at 10-11; Aug. 14, 2017 Appeal Brief, at 3. |