IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MG FREESITES LTD<br><br>*Plaintiff*,<br><br>v.<br><br>SCORPCAST, LLC d/b/a HAULSTARS,<br><br>*Defendant*. | C.A. No. 20-1012-MFK<br><br>LEAD CONSOLIDATED CASE<br><br>JURY TRIAL DEMANDED |
| SCORPCAST, LLC dba HAULSTARS,<br><br>*Plaintiff*,<br><br>v.<br><br>MG FREESITES LTD,<br><br>*Defendant*. | C.A. No. 21-887-MFK |

**DEFENDANT MG FREESITES LTD'S NOTICE OF FINAL WRITTEN DECISION IN
*INTER PARTES* REVIEW PROCEEDING**

Defendant MG Freesites Ltd. respectfully notifies the Court that on April 15, 2022, the Patent Trial and Appeal Board ("PTAB") issued a final written decision in IPR2020-01697 (the "IPR Proceeding"), determining that all challenged claims (9-11, 14-17, 20-22, and 24-26) in the IPR Proceeding of U.S. Patent No. 9,965,780 are unpatentable, including all asserted claims in this litigation from this patent (9, 14, 20, 21, and 25). A copy of the final written decision is attached hereto as Exhibit A.

1

| | |
|---|---|
| OF COUNSEL:<br><br>Frank M. Gasparo<br>Ralph A. Dengler<br>Venable LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>(212) 307-5500<br>fmgasparo@venable.com<br>radengler@venable.com<br><br>Jonathan M. Sharret<br>Venable LLP<br>1290 Avenue of the Americas<br>New York, NY 10020<br>(212) 307-5500<br>jsharret@venable.com<br><br>Dated: April 19, 2022 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com<br><br>*Attorneys for MG Freesites Ltd* |