IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MG FREESITES LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-1012-MFK |
| | ) | |
| SCORPCAST, LLC d/b/a Haulstars, | ) | |
| | ) | |
| Defendant. | ) | |
| ---------------------------------------------------- | ) | |
| | ) | |
| SCORPCAST, LLC d/b/a Haulstars, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Case No. 21-887-MFK |
| | ) | |
| MG FREESITES LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The Court has reviewed the parties' joint status report (dkt. no. 178). The Court sets the following schedule, with two caveats. First, the Court wishes to discuss applicable page limits on claim construction briefing. Second, the parties ask the Court to confirm that "District of Delaware procedures" will govern case dispositive motions. As a visiting judge, the Court lacks the familiarity with those procedures that counsel have. So that everyone is on the same page, the Court directs the parties to make a specific proposal regarding page limits, sequencing, etc. for the Court's approval. On these points, the parties are directed to meet and confer and file a joint status report with a proposal (or alternative proposals if the parties cannot agree) by October 24, 2022.

The Court sets the following deadlines.

- Objection to service of international entities:  10/21/2022
- Meet and confirm confirmation and amended claim chart:  11/14/2022
- Hearing on claim construction (the Court is not available in January):  2/17/2023
- Substantial completion of document production:  1/6/2023
- End of fact discovery:  5/17/2023
- Expert report by party with burden of proof on issue:  7/3/2023
- Responsive expert report:  8/7/2023
- Reply expert report:  8/28/2023
- End of expert discovery, including depositions:  10/2/2023
- Narrowing of asserted claims and prior art references:  10/9/2023
- Objections to expert testimony:  11/13/2023
- Case dispositive motions:  11/13/2023
- Trial date:  2/12/2024
- Pretrial order, other trial submissions, pretrial conference:  to be determined

It is so ordered.

Date:  October 17, 2022

_____
MATTHEW F. KENNELLY
United States District Judge