**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MG FREESITES LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>SCORPCAST LLC d/b/a HAULSTARS,<br><br>    Defendant. | Civil Action No. 1:20-cv-01012-MFK<br><br>LEAD CONSOLIDATED CASE<br><br>JURY TRIAL DEMANDED |
| SCORPCAST, LLC d/b/a HAULSTARS,<br><br>    Plaintiff,<br><br>    v.<br><br>MG FREESITES LTD, MINDGEEK<br>S.A.R.L., MG PREMIUM LTD, MG<br>BILLING US CORP., MG BILLING<br>LIMITED, 9219-1568 QUEBEC, INC.,<br>MGCY HOLDINGS, MG GLOBAL<br>ENTERTAINMENT INC., MG GLOBAL<br>ENTERTAINMENT EUROPE,<br><br>    Defendants. | Civil Action No. 1:21-cv-00887-MFK<br><br>JURY TRIAL DEMANDED |

**<u>UNOPPOSED MOTION TO DISMISS U.S. PATENT NO. 10,354,288</u>**

Scorpcast, LLC d/b/a HaulStars ("HaulStars"), through its attorneys of record, requests this Court to dismiss all claims and counterclaims based on U.S. Patent No. 10,354,288 with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure, excepting Defendants' reservation of rights to pursue relief permitted by law from these dismissed claims.  HaulStars has conferred with counsel for Defendants, and they have indicated they do not oppose this motion.

Dated: May 25, 2023

Respectfully submitted,

By: */s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

Of Counsel:

Frank M. Gasparo
Ralph A. Dengler
Jonathan M. Sharret
J. Daniel Kang
Venable LLP
151 W 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500

*Attorneys for Defendants MG Freesites Ltd,
MindGeek S.A.R.L., MG Premium Ltd, MG
Billing US Corp., MG Billing Limited, 9219-
1568 Quebec, Inc., MGCY Holdings, MG
Global Entertainment Inc., MG Global
Entertainment Europe*

By: */s/ Kasey H. DeSantis*
Kasey H. DeSantis (#5882)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19899
Tel: 302-654-7444
kdesantis@foxrothschild.com

Of Counsel:

Fred I. Williams
Texas State Bar No. 00794855
fwilliams@wsltrial.com
Michael Simons
Texas State Bar No. 24008042
msimons@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1376

Todd E. Landis
Texas Bar No. 24030226
tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512.543.1357

John Wittenzellner
Pennsylvania Bar No. 308996
johnw@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373

*Attorneys for Plaintiff Scorpcast, LLC dba
HaulStars*