IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AYLO FREESITES LTD, <br><br> Plaintiff, <br><br> v. <br><br> SCORPCAST LLC d/b/a HAULSTARS, <br><br> Defendant. | C.A. No. 1:20-1012-MFK <br><br> LEAD CONSOLIDATED CASE <br><br> JURY TRIAL DEMANDED |
| SCORPCAST LLC d/b/a HAULSTARS, <br><br> Plaintiff, <br><br> v. <br><br> AYLO FREESITES LTD, et al., <br><br> Defendants. | C.A. No. 1:21-887-MFK |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Scorpcast LLC d/b/a HaulStars ("Plaintiff") and Defendants Aylo Freesites Ltd, Aylo Holdings S.á.r.l., Aylo Premium Ltd, Aylo Billing US Corp., Aylo Billing Limited, 9219- 1568 Quebec, Inc., Aylo Group Ltd, Aylo Global Entertainment Inc., Aylo Global Entertainment Europe ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case.  Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs, and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims for relief against Plaintiff are dismissed with

prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by the party incurring the same.

SIGNED this ___ day of _____, 2024.

                                                                            HONORABLE MATTHEW F. KENNELLY
                                                                            UNITED STATES DISTRICT JUDGE